## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **ILYA LICHTENSTEIN, and** | Case No. 22-mj-22 |
| **HEATHER MORGAN** | **Chief Judge Beryl A. Howell** |
| Defendant. | |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(c), Defendants move for the admission and appearance of attorney Nola B. Heller *pro hac vice* in the above-entitled action. The motion is supported by the Declaration of Nola B. Heller, filed herewith. As set forth in the Declaration, Ms. Heller is admitted and an active member in good standing in the following courts and bars: New York State, the Southern District of New York, the Eastern District of New York, and the Second Circuit U.S. Court of Appeals. This motion is supported and signed by Angela F. Collins, an active and sponsoring member of the Bar this Court.

Dated: February 9, 2022

Respectfully submitted,

*Angela F. Collins*

Angela F. Collins
DC Bar #473891
CAHILL GORDON & REINDEL LLP
1990 K Street, NW
Suite 950
Washington D.C. 20006
Telephone: (202) 862-8930
acollins@cahill.com