## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**ILYA LICHTENSTEIN, and**

**HEATHER MORGAN**

Defendant.

Case No. 22-mj-22

**Chief Judge Beryl A. Howell**

## [DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY NOLA B. HELLER *PRO HAC VICE*

The Court has reviewed the Defendants' motion for admission of attorney Nola B. Heller *pro hac vice*. Upon consideration of that motion, the Court grants attorney Nola B. Heller *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge