# Exhibit 3

Vendor: ███████ @ █████

**Passport**
----
SNILS: ██ *****
Last Name: ████
Middle Name: ████
First Name: ████
Gender: M
DOB ██.██.████
Number: ████
Iss. Date: ██.██.████
Iss. Code: ████
Iss. Place: ████

**Address**
----
████████

**Debit Card**
----
Tinkoff Black
5██████████████9
██/24

Old PIN: ████

**Tinkoff Bank**
----
Login: ████
Password: ████
Old Password: ████

Security Question: ████
Security Answer: ████

Secret Word: ████

**Phone**
----
MTS
+████████

PUK ████████

```
ICCID ████████████████████

Proxies
----
socks5://5.███.███.██:████  Yekaterinburg RU

Test Exhange
----
https:/████████████████

#████████

from Qiwi

success!
```