# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | ANTHONY K. TAMA |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | JONATHAN D. THIER |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | EDWARD N. MOSS | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | NOAH B. NEWITZ | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | WARREN NEWTON § | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | DAVID R. OWEN | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | JOHN PAPACHRISTOS | C. ANTHONY WOLFE |
| JAMES J. CLARK | TIMOTHY B. HOWELL | 20 FENCHURCH STREET | LUIS R. PENALVER | COREY WRIGHT |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | KIMBERLY PETILLO-DÉCOSSARD | ELIZABETH M. YAHL |
| LISA COLLIER | ELAI KATZ | +44 (0) 20 7920 9800 | SHEILA C. RAMESH | JOSHUA M. ZELIG |
| AYANO K. CREED | JAKE KEAVENY | | MICHAEL W. REDDY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | OLEG REZZY | |
| SEAN M. DAVIS | RICHARD KELLY | DIRECT: (212) 701-3125 | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | | JONATHAN A. SCHAFFZIN | |
| ANASTASIA EFIMOVA | TED B. LACEY | | DARREN SILVER | ‡ ADMITTED IN DC ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | JOSIAH M. SLOTNICK | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | RICHARD A. STIEGLITZ JR. | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | ROSS E. STURMAN | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | SUSANNA M. SUH | |

February 10, 2022

**VIA ECF AND EMAIL**
Chief Judge Beryl A. Howell
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

   Re: <u>United States v. Ilya Lichtenstein and Heather R. Morgan</u>, 22 Mag. 22 (RMM)

Dear Chief Judge Howell:

  We respectfully submit this letter on behalf of our clients, Heather R. Morgan and her husband Ilya Lichtenstein, to respectfully request that the Court direct the Government, the U.S. Bureau of Prisons ("BOP"), and the BOP's Metropolitan Detention Center in Brooklyn ("MDC Brooklyn") to allow us to have a legal visit (or at least a legal call) with Mr. Lichtenstein today, and another tomorrow, in advance of tomorrow's bail review hearing.

  We have not been able to see, speak with or visit Mr. Lichtenstein since he was remanded two days ago to MDC Brooklyn at the conclusion of Tuesday's bail hearing in the Southern District of New York, and it is our understanding that he also has not seen or spoken with his parents or other loved ones. Because we have not had any contact whatsoever with Mr. Lichtenstein since he was detained on Tuesday, he has not been informed that the Government applied for and obtained a stay of the bail conditions set on Tuesday, that this Court will be reviewing those bail conditions at the Government's request, or that there is a bail review hearing tomorrow. Nor have we had any opportunity to confer with Mr. Lichtenstein since he was detained about how to prepare for his defense at the bail review hearing or the Government's charges against him.

  Because the BOP apparently misspelled his name in its inmate intake systems, it was not until yesterday that we learned that Mr. Lichtenstein is being detained at MDC Brooklyn. Upon finally learning where Mr. Lichtenstein was being held in custody, we emailed MDC Brooklyn's legal department yesterday to request at least a legal call with him in advance of tomorrow's bail

CAHILL GORDON & REINDEL LLP

-2-

review hearing. MDC Brooklyn's legal department responded: "We will tried [*sic*] to accommodate this request should the schedule allow. Please feel free to visit your client fro [*sic*] this urgent matter. Monday-Friday 8AM-8PM, or, Saturday/Sunday/Holidays 8AM-3PM." In reliance on those representations, two members of our defense team (Samson Enzer, Esq. and Taylor Elicegui, Esq.) drove to MDC Brooklyn, arrived at approximately 6:52PM last night, and performed all the steps needed for clearance to enter the jail's legal visiting area, only to be turned away at the last minute by BOP staff. We have since been advised that MDC Brooklyn has isolated both of our clients into initial intake units as part of its COVID-19 quarantine protocols, and that we will be barred from seeing them in person until they receive a negative COVID-19 test fourteen days after their entry to MDC Brooklyn. We have been further advised that every time our clients leave MDC Brooklyn's facilities, they will be required to remain in intake units for fourteen days upon their return.

By emails last night and early this morning to the prosecution team from Main Justice and the District of Columbia U.S. Attorney's Office, we advised the prosecution team of the foregoing issues and requested the Government's assistance in facilitating legal visits today with both of our clients. In an attempt to placate our concerns, the prosecution team advised us that "[w]e hear your concerns" but "the U.S. Attorney's Office for the District of Columbia does not have control over the conditions at MDC Brooklyn," recommended that we continue to pursue our efforts to obtain legal visits with our clients through contacts at MDC Brooklyn (notwithstanding that those efforts have been futile as to Mr. Lichtenstein), and reported the situation to the U.S. Attorney's Office for the Southern District of New York to address. The Southern District of New York U.S. Attorney's Office is attempting to address our concerns, but it seems increasingly unlikely that this will happen in time for us to speak with Mr. Lichtenstein today, particularly in light of the roadblocks the BOP seems to be throwing up.

Accordingly, as of this writing, we have not received a legal visit with Mr. Lichtenstein or a legal call with him, even after follow-up requests by email and telephone to various MDC Brooklyn officials this morning.

To be constitutionally effective in representing our clients, it is critical that we be able to confer with them, especially when there is active briefing on a contested issue as important as the question of whether they will be detained or bailed pending further proceedings in this case. Thus far, the detention of our clients to BOP custody at the Government's urging has completely deprived us of the ability to confer with Mr. Lichtenstein since Tuesday's bail hearing, and has drastically curtailed our access to Ms. Morgan.[1] Furthermore, in light of Ms. Morgan's medical issues, including her recent surgery (described in our submission of yesterday) it is vital that we have regular contact with her to ensure that her health and safety are being adequately managed by the BOP.

---

[1] With respect to Ms. Morgan, we have only been afforded one roughly 30-minute legal call with her yesterday, and we were scheduled to have a second legal call with her at noon that was just rescheduled at the last minute by the BOP to later this afternoon.

CAHILL GORDON & REINDEL LLP

-3-

       In light of the foregoing, we respectfully request that the Court direct the Government, BOP and MDC Brooklyn to allow us to have a legal visit (or at least a legal call) with Mr. Lichtenstein today, and another tomorrow, in advance of tomorrow's bail review hearing.

                                                        Respectfully submitted,

                                                        /s Anirudh Bansal and /s Samson Enzer
                                                        Anirudh Bansal / Samson Enzer