# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, and HEATHER MORGAN<br>*Defendants.* | Case No. 22-mj-22 |

## ORDER

Upon consideration of the Motion for Leave to Withdraw as Counsel of Record submitted by counsel of record for Defendant Heather Morgan, Marshall L. Miller, it is this 8th day of April, 2022 hereby ORDERED, that the motion is GRANTED.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge
