UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 1:22-MJ-22-RRM |
| ) | |
| v. ) | |
| ) | |
| HEATHER R. MORGAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Defendants' joint motion to permit a joint defense call with Defendant Ilya Lichtenstein, presently detained, Defendant Heather Morgan, presently on pretrial release, and their respective legal teams.

For the reasons stated therein, the Court **GRANTS** the motion. The Court **ORDERS** Alexandria Detention Center and the U.S. Marshals to take all necessary measures to permit and facilitate Mr. Lichtenstein to engage in unmonitored, privileged attorney-client telephone conferences with his legal team and Ms. Morgan and her legal team.

To alleviate the need for future actions from this Court, this order **SHALL** remain in effect for the duration of Mr. Lichtenstein's pretrial detention.

**SO ORDERED** this _____ day of _____, 2022

_____
Hon. Robin M. Meriweather
United States Magistrate Judge

2