# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:23-cr-00239 |
| v. | **Hon. Colleen Kollar-Kotelly** |
| ILYA LICHTENSTEIN and HEATHER MORGAN, | |
| Defendants. | |

## DECLARATION OF CONNOR O'SHEA

I, Connor O'Shea, hereby declare the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. On July 28, 2023, this Court granted a motion for my admission *pro hac vice* on the condition that I file a declaration certifying my familiarity with this Court's Local Rules.

2. I certify that I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Columbia.

Executed:   New York, New York
            July 31, 2023

_____
Connor O'Shea