CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
   vs. )   Criminal Case No.: _23-cr-239-2 (CKK)_
)
ILYA LICHTENSTEIN )
)
)

### WAIVER OF TRIAL BY JURY

  With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

           _____
           Defendant

           _____
           Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____  Date: 08/3/2023

Colleen Kollar-Kotelly

United States District Judge