**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, and HEATHER MORGAN,<br><br>Defendants. | 1:23-cr-00239-CKK |

## MOTION TO WITHDRAW NOLA B. HELLER
## AS COUNSEL OF RECORD

Pursuant to Local Criminal Rule 44.5(d) undersigned counsel respectfully moves the Court for leave to withdraw Nola B. Heller as one of the attorneys of record for Defendants Ilya Lichtenstein and Heather Rhiannon Morgan in the above-captioned action. I, along with Angela F. Collins, Anirudh Bansal and Connor O'Shea, will continue to represent defendant Ilya Lichtenstein, and Charles Burnham and Eugene V. Gorokhov will continue to represent defendant Heather Rhiannon Morgan.

Under Rule 44.5(d), the Court may deny a motion to withdraw if withdrawal "would unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice." As defendants are still represented and Ms. Heller's withdrawal will not affect any current deadline in this action, withdrawal at this time would not be prejudicial to any of the parties or otherwise inconsistent with the interests of justice.

Dated: September 1, 2023
      New York, NY

    Respectfully submitted,

    /s/ Samson A. Enzer
    Samson A. Enzer
    Cahill Gordon & Reindel LLP
    32 Old Slip
    New York, New York 10005
    Tel:    (212) 701-3125
    Email: senzer@cahill.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of September, 2023, true and accurate copies of the foregoing Motion to Withdraw Nola B. Heller as Counsel of Record were delivered electronically through the Court's ECF system to all counsel of record.

      /s/ Samson A. Enzer
Samson A. Enzer
Cahill Gordon & Reindel LLP
32 Old Slip
New York, New York 10005
Tel:    (212) 701-3125
Email:  senzer@cahill.com