# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Daniel Ortiz*, Acting Clerk of Court, Certify that

**JASON MICHAEL ECKER**, Bar # **5764444**

was duly admitted to practice in the Court on

**June 6, 2023**

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On **August 16, 2024**

Daniel Ortiz
Acting Clerk of Court

By s/ R. Juliano
Deputy Clerk