# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**ILYA LICHTENSTEIN, and**<br>**HEATHER MORGAN**<br>Defendants. | Case No. 1:23-cr-00239<br><br>**Judge Colleen Kollar-Kotelly** |

## [DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JASON M. ECKER *PRO HAC VICE*

The Court has reviewed Defendant Ilya Lichtenstein's motion for admission of attorney Jason M. Ecker *pro hac vice*. Upon consideration of that motion, the Court grants attorney Jason M. Ecker *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge