UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                Plaintiff,<br><br>v.<br><br>ILYA LICHTENSTEIN, and<br>HEATHER MORGAN<br>                Defendants. | Case No. 1:23-cr-00239<br><br>Judge Colleen Kollar-Kotelly |

### ORDER GRANTING MOTION TO CONTINUE DEADLINES FOR DEFENSE TO FILE SENTENCING MEMORANDA

The Court has reviewed Defendants' motion requesting permission for Ms. Morgan to file her Sentencing Memorandum on October 30, 2024, and Mr. Lichtenstein to file his Sentencing Memorandum on November 5, 2024. Upon consideration of Defendants' motion, and with no objection from the Government, the Court hereby grants the motion.

IT IS SO ORDERED.

DATED: Oct 22, 2024

                                                                         _Colleen Kollar-Kotelly_
                                                                     United States District Judge