UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 23-cr-239 (CKK) |
| | : | |
| ILYA LICHTENSTEIN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION FOR AMENDED
PRELIMINARY ORDERS OF FORFEITURE**

The United States of America, by and though the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Fed. R. Crim. P. 32.2(b)(2) for entry of a Second Amended Preliminary Order of Forfeiture for each of the defendants, Ilya Lichtenstein and Heather Morgan.

On October 15, 2024, the government submitted its first Amended Preliminary Order of Forfeiture, ECF No. 148 (the "October 15 Order of Forfeiture"). As detailed below, the instant amended orders are otherwise identical to the October 15 Order of Forfeiture, except that the amended orders (1) update the current location of a portion of seized assets that were transferred as a result of criminal activity; (2) reorganize some of the entries of seized property to combine common asset types; and (3) add two new properties seized by the government. The defendants remain liable for the forfeiture of any property involved in or constituting proceeds of their money laundering conspiracy.

**ARGUMENT**

The government moves to amend and update the October 15 Order of Forfeiture. The updated list of assets is attached as "Amended Attachment A." Amended Attachment A does three things:

First, Amended Attachment A updates the current location of a portion of the seized assets that were stolen by unknown criminal actors and then recovered and secured by law enforcement. Specifically, on or about October 24, 2024, while law enforcement was converting an estimated $20.7 million of seized tokens from a relatively obscure virtual currency token to a type that is accepted by the U.S. Marshals Service, an unknown attacker was able to access the funds and/or manipulate the transaction and thereby steal the tokens. Immediately following the theft, law enforcement traced the transactions on public virtual currency transaction ledgers, known as blockchains. A portion of the stolen funds were frozen by third-party providers in coordination with law enforcement. After the criminal actor was unable to liquidate the holdings, he or she anonymously returned all of the stolen funds, except those that had been frozen by third-party providers. As of on or about October 25, 2024, the United States has been able to recover an estimated $19.3 million, with $1.2 million frozen by third-party providers. In other words, the government has recovered approximately all of the stolen funds, and those funds are accounted for in Amended Attachment A. The updates to entries related to these stolen funds are found in Amended Attachment A entries "p.," "q.," and "r.," as well as "ii." and "jj." The October 15 Order of Forfeiture referenced those funds in entries "q." "r." and "s."

Second, Amended Attachment A batches some of the seized funds by token type. Those batches are reflected in entries "i." through "o." of Amended Attachment A. The October 15 Order of Forfeiture referenced those funds in entries "i." through "p."

Third, Amended Attachment A includes new entries for funds seized over the course of the investigation. For example, Amended Attachment A includes two new entries ("kk." and "ll."), both of which the defendants have agreed to forfeit. Entry kk. is $43,354 recovered from the defendants' residence during the execution of a search warrant in January 2022. Entry ll. is 2.42401

bitcoin seized from wallets recovered from defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the defendants' residence during the January 2022 search warrant execution.

## **CONCLUSION**

For the foregoing reasons, the government requests that the Court enter the attached Amended Preliminary Orders of Forfeiture for both defendants.

                              Respectfully submitted,
                              MATTHEW M. GRAVES
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 481052

BY:   */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Special Assistant United States Attorney
        Jolie F. Zimmerman, D.C. Bar No. 465110
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        (202) 353-0018 (Brown)
        (202) 252-7220 (Zimmerman)
        Christopher.Brown8@usdoj.gov
        Jolie.Zimmerman@usdoj.gov

        */s/ Jessica Peck*
        Jessica Peck, N.Y. Bar Number 5188248
        C. Alden Pelker, Maryland Bar
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 353-9455 (Peck)
        (202) 616-5007 (Pelker)
        Jessica.Peck@usdoj.gov
        Catherine.Pelker@usdoj.gov