```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
        *  *  *  *  *  *  *  *  *  *  *  *  *  *  *   )
 3      UNITED STATES OF AMERICA,              )     Criminal Action
                                               )     No. 23-00239-CKK
 4                     Plaintiff,              )
                                               )
 5         vs.                                 )
                                               )
 6      ILYA LICHTENSTEIN,                     )     Washington, D.C.
                                               )     November 14, 2024
 7                     Defendant.              )     2:06 p.m.
                                               )
 8      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *   )

 9

10                           SENTENCING HEARING
               BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
11                 UNITED STATES SENIOR DISTRICT JUDGE


12

        APPEARANCES:
13
        FOR THE GOVERNMENT:        JESSICA PECK, ESQ.
14                                 U.S. DEPARTMENT OF JUSTICE
                                   1301 New York Avenue, Northwest
15                                 Suite 655
                                   Washington, D.C. 20005
16
                                   CATHERINE PELKER, ESQ.
17                                 CHRISTOPHER BROWN, ESQ.
                                   U.S. DEPARTMENT OF JUSTICE
18                                 950 Pennsylvania Avenue, Northwest
                                   Washington, D.C. 20005
19
                                   JOLIE ZIMMERMAN, ESQ.
20                                 UNITED STATES ATTORNEY'S OFFICE
                                     FOR THE DISTRICT OF COLUMBIA
21                                 601 D Street, Northwest
                                   Washington, D.C. 20530
22
        FOR THE DEFENDANT:         SAMSON ENZER, ESQ.
23                                 KIERSTEN A. FLETCHER, ESQ.
                                   JASON M. ECKER, ESQ.
24                                 CAHILL, GORDON & REINDEL, LLP
                                   32 Old Slip
25                                 New York, New York 10005
```

1    FOR U.S. PROBATION:      HANA FIELD

2    REPORTED BY:             LISA EDWARDS, RDR, CRR
                              Official Court Reporter
3                             United States District Court for the
                               District of Columbia
4                             333 Constitution Avenue, Northwest
                              Room 6706
5                             Washington, D.C. 20001
                              (202) 354-3269

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              THE COURT:  Good afternoon, everyone.

 2              Give me a moment.

 3              (Thereupon, the Defendant entered the courtroom

 4      and the following proceedings were had:)

 5              THE COURT:  When you speak, you can take -- come

 6      up to the podium and you can take your mask off.  Otherwise,

 7      we can't really get a good record.

 8              Let's call the case.

 9              THE COURTROOM DEPUTY:  Criminal Case 23-239-1, the

10      United States versus Ilya Lichtenstein.

11              Counsel, would you please identify yourself for

12      the record, starting with the Government.

13              MS. PECK:  Jessica Peck for the Government.  I'm

14      joined at counsel table with Alden Pelker, Jolie Zimmerman

15      and Chris Brown, also from the Government.

16              THE COURT:  Good afternoon.

17              MR. ENZER:  Good afternoon, your Honor.  Samson

18      Enzer from Cahill Gordon for Defendant, Ilya Lichtenstein,

19      who is seated here at the table, along with my colleagues,

20      Kiersten Fletcher and Jason Ecker, also from the Cahill firm

21      for Mr. Lichtenstein.

22              And in the gallery are some of his supporters,

23      including his parents, his brother, his wife and his wife's

24      parents.

25              THE COURT:  Is it "Lichtenstein" or "stein"?
```

1    Which would he prefer, sir?

2              THE DEFENDANT:  "Lichtenstein."

3              THE COURT:  "Stein"?  Okay.

4              And good afternoon, Mr. Lichtenstein.

5              There are two things that I want to clarify before

6    we proceed.  One is the forfeiture orders.  As I understand

7    it, there was an original one.  There was an amended one

8    which I signed October 25th.  And I believe there is a --

9    one new additional one.  Is it one or two additional ones?

10    I just want to clarify.

11              MS. PECK:  We have one new amended order of

12    forfeiture for your Honor.  And apologies.

13              THE COURT:  Has that one been consented to by

14    Mr. Lichtenstein and Ms. Morgan or not?

15              MS. PECK:  Yes.  Counsel for both Defendants did

16    not oppose our filing the amended order.

17              THE COURT:  Is there something on the record that

18    says that?  I may have missed it, but I didn't see it.

19              MS. PECK:  I believe it's in our motion.

20              THE COURT:  I'll go back and take a look.  But I

21    want to make sure on the record we indicate whether or not

22    there's any consent or opposition.  And then I'll, of

23    course, go ahead.

24              The second -- while you're there, the second is,

25    you have filed a request to delay the restitution hearing,

1    which is not a problem.  I can do that.  What I will do is,

2    at the end of the sentencing, is pick a particular day; and

3    I would be inclined -- having looked at it and seen what

4    papers have been filed, it sounds as if they're contested.

5    So I may set a briefing schedule.  So remind me to do that

6    in terms of if there's questions about the validity of any

7    of the particular claims.

8            So I will go ahead and grant that, and I'll pick a

9    date at the end.

10           MS. PECK:  Yes, your Honor.

11           THE COURT:  The other question related to that is,

12   I'm assuming that the -- what I think you have said is the

13   self-identified persons that are doing victim impact, they

14   would be the ones that would be discussed at the restitution

15   hearing.  Is that correct?

16           MS. PECK:  Yes, potentially.

17           THE COURT:  Okay.

18           MS. PECK:  And I think your Honor was notified we

19   do have two people in the audience today, one from Bitfinex,

20   Barry Berke of Gibson Dunn, who's representing Bitfinex

21   here.  We also have Nathanael Andrews from Perkins Coie, in

22   case your Honor wanted to hear from them on the restitution

23   issue.  It sounds like we're going to be pushing that out,

24   so --

25           THE COURT:  My feeling would be to -- I mean,

1    certainly, you know, the crime makes it quite clear what the

2    company suffered.  So the question is whether they get any

3    additional sum, whether they get restitution.  So I would

4    prefer to do it as part of the restitution hearing where

5    there seems to be, reading the papers, some dispute as to

6    whether legally they're entitled.

7         So I would like that briefed so I can have an

8    intelligent -- an informed restitution hearing about

9    people's claims and make sure that, you know, I have all of

10   the information, which of course they would have an

11   opportunity to also -- whoever is making a claim would have

12   a right to fill it out, look at it legally, which is what I

13   need to have.  Looking through it, it's more factual for the

14   most part.  So if that works.

15        Your colleague wants to tell you something.

16        (Confers with co-counsel privately.)

17        MS. PECK:  Apologies.  The motion for the second

18   amended forfeiture order does not actually note the

19   Defendant's consent.

20        So if we could potentially get your consent on the

21   record, that would be great.  Thank you.

22        THE COURT:  Okay.  So if you could indicate --

23   well, why don't we just take care of it while we're

24   discussing it as to whether there's consent to it.

25        MS. FLETCHER:  Yes, your Honor.  I'm happy to

```
1    confirm that Mr. Lichtenstein consents to the entry of the

2    second amended forfeiture order.

3              THE COURT:  Okay.  So can you contact, then,

4    counsel for Ms. Morgan and find out what her position is?

5              MS. PECK:  Absolutely.

6              THE COURT:  I'd prefer to get it in writing or we

7    can do something on the record.

8              MS. PECK:  We obtained it via email, but we'll

9    follow up this afternoon and have him send something that we

10   can forward to the Court.

11             THE COURT:  However you want to do it.  I just

12   need to make sure I know whether there's consent or not.

13   The sentencing for Ms. Morgan is Monday.

14             MS. PECK:  And I'm being told that counsel for

15   Heather Morgan is actually in the gallery, if you would like

16   to hear from him now.

17             THE COURT:  Well, we can take care of it.

18             Sir, if you want to come up, identify yourself,

19   and then just indicate to me your position one way or the

20   other.

21             Good afternoon.

22             MR. GOROKHOV:  Good afternoon, your Honor.  Eugene

23   Gorokhov here for Ms. Morgan.

24             We consent to the order.

25             Thank you, your Honor.
```

```
1              THE COURT:  Then I'll go ahead.  It wasn't clear

2     to me whether, looking at the two things, that -- I wanted

3     to make sure I understood them correctly.

4              All right.

5              MS. PECK:  Thank you, your Honor.

6              THE COURT:  Then let me proceed.

7              Mr. Lichtenstein entered a plea to Count 1,

8     money-laundering conspiracy.  The statutory maximum is 20

9     years in jail.  The maximum fine is $500,000 or two times

10    the value of the property involved.

11             What I have is a presentence report that was

12    revised November 12th in keeping with -- and consistent with

13    my memorandum opinion and order dated November 12th where I

14    took care of the objections; the Government's memorandum in

15    aid of sentencing and motion for downward departure; the

16    Government's supplement to the downward departure and

17    sentencing memo; the Defendant's sentencing memorandum -- I

18    believe it's 20 letters, as well as a forensic

19    neuropsychological evaluation; the amended preliminary order

20    of forfeiture, which was the one I had already signed, but I

21    will now sign the new one.  I'll do it today so it will be

22    as of this date, the 14th.  The other one was on

23    October 25th.

24             Also, the second motion, which we've just talked

25    about, to amend -- and I'll sign that one; and the
```

1    Government's notice of delayed restitution hearing.  And

2    that one I will -- as I've indicated, I will go ahead and

3    delay it so that we can have an opportunity to get all of

4    the information that's needed.

5         And I will include the two notices of

6    self-identified victims, would be the ones that presumably

7    we would discuss and, as I've indicated, I will set a

8    briefing schedule since that evidently seems to be

9    contested.

10        In terms of objections, I resolved them in my

11   November 12th memorandum opinion, which indicated that, as

12   to the two points for enhanced role in the conspiracy, I

13   found that it was inapplicable.  For the two points for

14   adjustment for obstruction of justice, I found it was

15   inapplicable.  For the deduction of three points for

16   adjustment for incomplete conspiracy, I found that the three

17   points' deduction does apply.

18        So there is a revised -- not formally, but revised

19   presentence report that reflects that.

20        And so I've provided the new calculations to the

21   presentence report writer.

22        So with that resolved, the advisory sentencing

23   guidelines, the base offense is 34.  Under Section 1956,

24   which is an additional two points, which I believe it's

25   because the underlying object of the conspiracy would

1    include the wire fraud -- sophisticated laundering is two

2    points; incomplete conspiracy is minus three points, which

3    comes to 35; minus three points for acceptance of

4    responsibility; and minus two points for zero points in the

5    criminal history, for a total offense level of 30.

6         There are no convictions, so he's in Criminal

7    History Category I.

8         And the advisory sentencing guideline for offense

9    level 30, Criminal History Category I, the custody is 97 to

10   121 months; supervised release is one to three years;

11   probation, ineligible; fine, 30,000 to 500,000; restitution

12   will be determined; the special assessment of $100.

13        At this point, the Government has filed a motion

14   under seal for a downward departure from the advisory

15   sentencing guidelines pursuant to Section 5K1.1 of the

16   guidelines based on what the Government describes as, quote,

17   "extraordinary cooperation," unquote, which started shortly

18   after his arrest.  So the Defendant was arrested on

19   February 8th, 2022.  Detention hearing, February 14th, 2022.

20   And his cooperation started on March 3rd, 2022.

21        The Court will not explicate the nature of the

22   cooperation, as it's information subject to a sealing order.

23   Suffice it to say that the motion to depart downward is

24   easily granted on the grounds that the Government described

25   in their pleadings, which I'm adopting.  It was titled

1    Sealed Supplement to the Motion For Downward Departure.

2          Accordingly, I'm granting the Government's motion

3    for a downward departure pursuant to 5K1.1 on the grounds

4    that were cited by the Government.  So both counsel at this

5    point can pursue in their allocution the fact that I've

6    granted the downward departure without waiting to see

7    whether I was going to do it or not.

8          So for those parts of the presentence report that

9    are undisputed, my findings are pursuant to Federal Rule of

10   Criminal Procedure 32(i)(3)(A).  For those parts that are

11   disputed, my findings in the opinion relating to the opinion

12   of November 12th are pursuant to Federal Rule of Criminal

13   Procedure 32(i)(3)(B).

14         I'll adopt the presentence report, which includes

15   my resolution of the objections as I've stated in the

16   opinion.

17         So at this point, I can hear from the Government,

18   defense counsel and the Defendant if he wishes to address

19   the Court.

20         MS. PECK:  Thank you, your Honor.

21         We're obviously aware that the Court has already

22   reviewed our submitted materials, so I'll be as brief as

23   possible, and I'm only going to emphasize the points that we

24   would like to highlight involving some of the 3553(a)

25   factors for today.

1          First, regarding the nature and circumstances of

2    the offense, we want to talk about the seriousness of the

3    crimes here.

4          THE COURT:  Slow down a little bit.

5          MS. PECK:  The Defendant's conduct was extremely

6    serious.  He hacked into a victim's computer network,

7    collected valuable personal information and then exploited

8    his unauthorized access.

9          He created a computer script designed to steal as

10   much Bitcoin as he could, and he did steal Bitcoin.  He

11   stole around 120,000 Bitcoin, worth around $72 million in

12   2016 at the time of the hack, and worth about $10 billion

13   today.

14         We think it's important to note that the

15   Defendant's computer-hacking activities and subsequent

16   laundering scheme were deliberate, not impulsive or the

17   result of a crime of opportunity.

18         He devoted a lot of time and a lot of effort into

19   both of his schemes.  First, he learned about Bitfinex's

20   network infrastructure, so the computers and infrastructure

21   needed to make Bitfinex operate.

22         He spent months designing a detailed plan to hack

23   into their network.

24         He also devoted substantial time and effort

25   between 2016, at the time of the hack, and 2022, at the time

1    of his arrest, trying to liquidate those stolen funds.

2           Specifically, he spent time learning the best ways

3    to engage in money laundering so that he would be able to

4    make use of the stolen funds.  Around 2016 through 2022, it

5    was very hard to spend Bitcoin to buy anything that we need

6    in our daily lives.

7           He was very good at learning how to launder these

8    funds.  Many of the investigators who worked on this case or

9    are familiar with the money laundering involved in this case

10   have said that it is the most complicated money laundering

11   that they had ever seen at the time.

12          Another key point is that the Defendant not only

13   engaged in these criminal activities from behind his

14   computer keyboard at home, but he also went out into the

15   world and obtained assistance from others.

16          He obviously enlisted his wife, Heather Morgan, to

17   assist him in his laundering, and they did things like

18   traveling to Ukraine and Kazakhstan to meet with couriers

19   delivering money mule packages for bank accounts.

20          They were meticulous and devoted to laundering

21   these funds, which was a difficult task, given the volume of

22   Bitcoin that the Defendant had stolen.

23          In total, he and Ms. Morgan were able to launder

24   about 21 percent of what he stole, which is about 25,000

25   Bitcoin.  At the time of the hack, that 25,000 Bitcoin was

1    worth around $14 million.  At the time of the Defendant's

2    arrest in 2022, those funds were worth about a billion

3    dollars.

4            So again, we would like to underscore for the

5    Court the seriousness of the Defendant's crimes here.

6            Second, regarding the history and characteristics

7    of the Defendant, we understand that he overcame a

8    challenging childhood and has no official criminal record.

9    He's definitely a smart, skilled and talented person to have

10   gone from his initial circumstances to where he ended up in

11   Silicon Valley and then Manhattan.

12           However, the theft from Bitfinex was not his first

13   hack.  At a young age, he chose to use his intelligence to

14   engage in hacking and financial fraud, which had a troubling

15   trajectory.  And while we appreciate the defense's

16   submission and the details surrounding the Defendant's

17   personal life, so things like his family ties, his issues

18   with drugs and alcohol throughout his life, according to

19   5H1.1 -- sorry -- 1.4 and 5H1.6, drug and alcohol dependence

20   and family ties are generally not permissible considerations

21   at sentencing.

22           The Government believes that the Defendant's

23   pattern of behavior weighs in favor of a significant

24   sentence here, but our assessment of the value of the

25   Defendant's cooperation and his circumstances are reflected

1    in our sentencing recommendation, which I will discuss

2    further in a moment.

3            Third, regarding general deterrence, we believe a

4    sentence of incarceration here will send a needed message to

5    other criminals in this space who might otherwise think that

6    they can hack into a victim's network without receiving any

7    punishment.

8            Here, though, the Defendant chose to cooperate

9    with the Government immediately, which is very important.

10   He took full responsibility for his actions, and as

11   discussed in the Government's sealed filing, the Defendant's

12   assistance has benefited numerous investigations and cases.

13           So while the need for general deterrence weighs

14   strongly in favor of a sentence of further incarceration,

15   it's important to acknowledge substantial assistance

16   provided by individuals charged with this type of nonviolent

17   crime.

18           To the extent that the sentence will send a

19   message to other cybercriminals, we want to emphasize that

20   an important message for us is that it would highlight the

21   significant benefits to those who decide to cooperate early

22   with the Government.

23           Regarding specific deterrence, given the

24   Defendant's decision to --

25           THE COURT:  Slow down.  Slow down.  The court

1    reporter is struggling here a little, though she's

2    excellent.  Go ahead.

3         MS. PECK:  Regarding specific deterrence, given

4    the Defendant's decision to cooperate almost immediately in

5    this case, the Government is not as concerned about specific

6    deterrence as it relates to the Defendant.

7         Fourth, and finally, the need to avoid unwanted

8    sentence disparities:  As the Court read in our submission,

9    we are unaware of any factually similar money-laundering

10   conspiracy or conspiracy to defraud cases involving the same

11   elements here.

12        In this case, we have a massive theft, $72 million

13   in 2016, worth $10 billion today.  We also have significant

14   technical sophistication.  But we have a Defendant who chose

15   to cooperate with law enforcement right after being

16   arrested.

17        The defense cites six examples of cases in their

18   sentencing memo that they think involve similar

19   sophistication and scale.  There's one case that they cite

20   from the D.C. District and then five cases that they cite

21   from the Southern District of New York.

22        However, those cases are all factually

23   distinguishable from this situation.  For example, the only

24   D.C. District case that they mention involved Defendant

25   Daniel Zancan.  In 2017, Zancan was arrested after he stole

1    $4 million from his employer, and he stole those $4 million

2    because he was conned into thinking that the Mafia was

3    threatening to hurt his mistress.

4           So in other words, he committed those crimes out

5    of duress, not because he was interested or wanted to commit

6    the crime, as is the case with the Defendant.

7           So again, this Defendant is in a wholly different

8    circumstance.

9           The Southern District of New York cases that are

10   cited in the Defendant's sentencing memorandum involve

11   fraud, stealing funds from a darknet market called Silk

12   Road, the operation of a virtual currency exchange in

13   violation of the Bank Secrecy Act, and the theft of

14   $10 million from elderly victims through a telemarketing

15   scam.

16          Again, none of those cases are on point; and

17   that's why in our submission we explained that we were not

18   able to find examples of any factually similar scenarios

19   here.

20          Because of that, and for all the reasons that

21   we've outlined today and in the Government's sentencing

22   memorandum, we believe that a downward departure from the

23   guidelines range is appropriate and we recommend a sentence

24   of 60 months at offense level 25.

25          We believe a sentence of five years' incarceration

```
1    is appropriate and sufficient but not greater than necessary

2    to support the purpose of --

3              THE COURT:  I think you meant supervised release.

4              MS. PECK:  Yes.  Apologies.

5              THE COURT:  Okay.  I see what you're saying.  All

6    right.

7              MS. PECK:  Unless you have further questions,

8    we'll rest on our papers.

9              THE COURT:  No.  I think one of your colleagues

10   wanted to give you something, though.

11             MS. PECK:  We just had one point of clarification,

12   your Honor.

13             The modified PSR update improperly added the minus

14   two zero-point offender, which was not previously included

15   and is not applicable to the Defendant here, because of the

16   personal harm caused to Bitfinex, which is why the

17   calculation was meant to be 32.  Sorry.

18             THE COURT:  Well, I ruled on it.  That's why you

19   got a written memorandum opinion.

20             MS. PECK:  Okay.

21             THE COURT:  I'm granting it.

22             MS. PECK:  Thank you.

23             THE COURT:  Counsel?

24             MR. ENZER:  Thank you, your Honor.

25             We do not dispute -- there is no dispute here --
```

1    that the crime that Mr. Lichtenstein committed was very

2    serious, and in many ways tragic.  It was tragic that a

3    person with such promise at 28, who had created his own

4    company and has such talent and ability, fell into such a

5    dark place with abuse of Adderall and feelings of pressure

6    that he chose to hack into the Bitfinex exchange, steal the

7    Bitcoin, launder it, and involve his wife, among others.

8         We don't dispute that.  It is -- it is a fact.  It

9    is tragic.  It is terrible.  And for what it's worth,

10   Mr. Lichtenstein is full of remorse and shame over that and

11   his family is full of shame and remorse over that.

12        But that is not the end of the story here.  And it

13   shouldn't be the end of the story.  Because he is more than

14   the biggest mistakes of his life.  And there is also no

15   dispute that ever since being arrested -- indeed, I would

16   submit even before -- he has done everything he can to

17   rectify the harm that he has caused through his conduct.  He

18   has done that by fully accepting responsibility.  He has

19   done that by cooperating to a degree that the Government

20   itself calls extraordinary.

21        And the Government talked a lot about the amount

22   of money that was taken.  But what they didn't say is that

23   more than 96 percent of those funds have been recovered.

24   And a significant portion of that was recovered as a result

25   of his assistance.

1          Now, I think there are several very important

2     mitigating facts here.  One is his full and utter and

3     complete acceptance of responsibility.

4          The second is his cooperation to such a degree

5     that the Government has called it extraordinary.  His --

6     which included -- I'm going to talk more about the details

7     of it -- but it includes testifying in a public trial that

8     helped the Government secure a very important conviction,

9     and endangering himself at a time when he was and is

10    incarcerated in a place where cooperators, where rats,

11    snitches, get beat up or even killed, because that is not

12    acceptable in the custodial environment of a federal jail.

13         And it's also important to note, he has been in

14    jail for nearly three years.  Him and Heather, the love of

15    his life, they were married -- they had their wedding in

16    November of 2021.  Just a few months later, in February of

17    2022, he was arrested.  He has been in custody since then.

18         The bulk of his young marriage, he has been in

19    jail.  They have been in marriage over phone and -- over

20    telephone and emails and letter.

21         And although there is so much hanging over him,

22    although he is ashamed and has been publicly ridiculed, he

23    has done everything he can to look forward in life and make

24    the best of the situation.  He has approached cooperation

25    with the same vigor, the same intensity, the same commitment

1    that he approached every entrepreneurial project that he

2    ever had, even down -- back when he was a kid taking apart

3    toys to understand how they worked and taking apart

4    computers to understand how they worked.

5          He has been a model inmate.  As an inmate, he

6    works in the jail.  He works in the library.  He helps teach

7    other inmates finances and supports them.  And, indeed, your

8    Honor has a letter of support from one of the fellow inmates

9    attesting to that.  And he has focused on what he can do in

10   the next chapter of his life.  And there's no dispute here

11   that this is someone who should be returned to society and

12   has a bright future.  You heard it from the Government.

13   You've heard it from us.  You've heard it from letters of

14   support.

15         He is a genius, a computer genius.  He could make

16   real contributions to society as somebody who helps with

17   cybersecurity and helping companies with anti-money

18   laundering compliance.  There's a whole industry of

19   penetration testing, companies that hire folks like

20   Mr. Lichtenstein.  And the Government says, you know, he

21   committed the most complicated scheme.  That's why he's such

22   a valuable asset.  And he wants to put that skill to work.

23   And it's time to let him do that.

24         We ask your Honor that he be given a sentence of

25   time served.  The Government has said he's a low risk of

1      recidivism.  That's their -- those are their words.  And

2      they have said -- they have no -- they don't have concerns

3      about specific deterrence.

4              I would submit to you, your Honor, the record here

5      shows there is no risk of recidivism for him.  He is never

6      going to commit another crime in his life.  He's never going

7      to spit gum on the sidewalk again in his life.

8              And to the extent the Court has any concerns,

9      supervised release is a tool that can be used to ensure that

10     he has proper supervision when he gets out, as is home

11     incarceration.  If the Court wants to release him from

12     prison and give him a term of home incarceration, that is

13     also a suitable -- an accommodation that can be done short

14     of continuing to keep him in custody, which will serve no

15     good purpose.

16             Now, we respectfully submit that his cooperation

17     alone warrants a sentence of time served in this case.

18             His cooperation was early.  The Government

19     acknowledges that he cooperated very quickly after being

20     arrested.  But as we put forth in our submission, he was

21     prepared -- he was contemplating cooperation even before

22     that.  The circumstances here were that he learned of the

23     Government's investigation before they did a search warrant

24     of his house and before they arrested him.

25             THE COURT:  Well, they did some -- getting rid of

1    some evidence, didn't they?

2              MR. ENZER:  I'm sorry, your Honor?

3              THE COURT:  Didn't they get rid of some evidence

4    as well?

5              MR. ENZER:  Certainly.  They certainly did.  But

6    they didn't run.  They didn't go to Dubai or a country that

7    doesn't extradite.  And he had the means to do it.

8              And I'm not telling you, your Honor, that he's a

9    saint.  But I am saying he was not going to run from this.

10   He knew he was going to accept responsibility.  That was his

11   intention.  And we were in a dialogue with the Government

12   about his possible cooperation.  His wife had a surgery.

13   They said:  Let her have the surgery.  You'll have time.  We

14   haven't made a charging decision.  They ended up arresting

15   him earlier than expected before he could respond to their

16   offer.  Okay?

17             What I'm saying is, it was possible he would have

18   cooperated without being arrested.  And all of that goes to

19   the factor of early cooperation, one of the factors in

20   weighing whether his assistance was substantial.

21             The second is the quality of it.  The Government

22   has called it extraordinary.  And their sealed submission

23   and our sealed submission go into the details.  I know your

24   Honor has read them.

25             The public aspect of it is he testified at the

1    trial of Mr. Sterlingov, who ran a very significant

2    money-laundering operation called Bitcoin Fog.

3    Mr. Lichtenstein helped the Government prepare, helped them

4    understand the technology.  And his testimony helped them

5    secure a very important conviction.

6              And in that trial, the defense lawyer broadcast on

7    social media that Mr. Lichtenstein was cooperating.  That

8    put him in danger.  He did it anyway.  And he's willing to

9    testify at further trials for the Government.

10             And there's other things in the sealed submissions

11   that go into how his assistance was helpful.  And I'm not

12   going to go into all that, your Honor --

13             THE COURT:  That's why it's sealed.

14             MR. ENZER:  Sorry?

15             THE COURT:  That's why it's sealed.

16             MR. ENZER:  Right.

17             One thing I think I can talk about is that he was

18   completely truthful.  In his first proffer with the

19   Government -- and mind you, this is at a moment when he does

20   not have an agreement; he does not have assurance that his

21   assistance to them will be rewarded -- he gave them what

22   they needed to recover over $100 million in funds.  That was

23   a huge leap of faith.

24             And that is a leap of faith that deserves

25   recognition.  It deserves to be rewarded.

1          And not just for his sake, but for the

2    Government's sake.  When they go to try to flip the next

3    cooperator, they should have in their arsenal the fact that,

4    in this district, cooperators are rewarded when they take

5    that leap of faith.

6          And as I've already mentioned, your Honor, he put

7    himself in personal danger.

8          The Government has talked about deterrence.  But

9    the flip side of deterrence is the importance of signaling

10   to the world that those who assist the Government in

11   prosecuting serious wrongdoing and put themselves in harm's

12   way to do so will receive a benefit.

13         And he's done close to three years in prison as

14   well.  So I find it hard to believe that anyone evaluating

15   the overall record would say that he got a slap on the

16   wrist.  It has not been a cakewalk for him, to be in the

17   jail he's been in.

18         And as we note in our submission, your Honor, what

19   the Government is proposing here is really a 50 percent

20   reduction from the bottom of the guidelines range.

21         That is not an extraordinary reduction.  If his

22   cooperation is truly extraordinary, as they say it is, he

23   should get a reduction that is commensurate with

24   extraordinary --

25                 THE COURT:  Which I believe is around 70 percent,

1    you're asking?

2         MR. ENZER:  I believe that's correct, your Honor.

3         And the average, as we know, in the 2023 source

4    book of federal sentencing statistics, the average for money

5    laundering sentences is -- cooperators is 62 percent.

6    That's the average.

7         In terms of the nature -- we think that the

8    Section 3553(a) factors also counsel in favor of a sentence

9    of time served, separate and apart from cooperation.

10         In terms of the nature and circumstances of the

11    offense, what we'd like to highlight is there are mitigating

12    facts surrounding the crime.  He was 28.  He was under

13    immense pressure.  He was abusing Adderall.  And as set

14    forth in the report, the medical report that we put in with

15    our submission, that can impair judgment.  We're not saying

16    this was an impulsive decision.  But when someone is

17    abusing -- is under the cloud of drug abuse from Adderall,

18    that can seriously impair their judgment.  And what's

19    important about that is, today, he is older.  He is more

20    mature.  He has learned from these mistakes and he has been

21    drug-free for the entire time.

22         And he is completely willing and would welcome a

23    condition of supervised release requiring that he go to drug

24    treatment, mental health counseling.  He is committed to

25    never again abusing drugs in his life.

1          In addition, your Honor, in terms of the nature

2     and circumstances of the offense, he has pled guilty and

3     admitted to the entire conspiracy.

4          But in terms of looking at the facts of what

5     happened with the funds, it's important to note the vast

6     bulk of the funds were never spent.  That's why they were

7     recovered:  They were never spent.  I think that the facts

8     of what happened here show that he was in over his -- he got

9     in over his skis.  He was curious.  He did this terrible

10    thing.  For many months he didn't even touch the funds.

11    Many of the funds he never moved.

12         That conflict, just like his acceptance of

13    responsibility, is a sign that he is a person who is capable

14    of being rehabilitated and has been.  The conflict, the

15    internal conflict that is shown by the way he behaved, is

16    also a sign that this is not an evil person.  This is a good

17    person who made some very big mistakes.  But he will not

18    make those mistakes again.

19         His history and characteristics:  Again, these

20    weigh in favor of leniency here.  He is not a person who was

21    born of immense wealth and committed this crime out of

22    greed.  He came from extremely modest beginnings.

23         Your Honor has read the papers.  He was in the

24    Soviet Union, experienced poverty there with his family,

25    antisemitism and discrimination.  They came here as

1    refugees.  They started in Chicago in one of the poorest

2    neighborhoods.  Their first furniture -- they got their

3    first furniture on the street as throw-aways from other

4    families.

5           And I think that he has, throughout his life, had

6    this sense of desperation, desperation that he needs to

7    succeed, that he needs to succeed for himself and for his

8    family.  And that had a very negative impact in the case of

9    this crime.  But it can be turned to great good when he is

10   released because of the mindset he has today.

11          And he comes from a good family, a family that is

12   shocked and embarrassed by this conduct, but that stands by

13   him.  His wife stands by him.  His parents stand by him.

14   And his in-laws stand by him.  They know him.  They have

15   lived through this.  And the fact that they stand by him is

16   a reflection of their judgment that he is not going to ever

17   do this again.

18          And as I've said, he is a computer genius and can

19   put it to great productive use, and wants to do that in the

20   next chapter of his life.

21          In terms of just punishment, respect for the law

22   and deterrence, on balance, he has done close to three years

23   in prison, and this is in an environment where he has

24   personally witnessed over 12 assaults in the jail.  It is

25   terrible for him there because he has a very serious back

1    condition, scoliosis, a very serious digestive condition,

2    GERD, and night terrors.  He has night terrors when he

3    sleeps.

4         All of this combines to make being in prison and

5    sometimes sleeping on the floor, concrete, terrible.  There

6    are rodents all over the place, mice, rats, cockroaches.  He

7    got COVID there.  They didn't give him a vaccine.  And there

8    are lockdowns all the time.  Sometimes they last for days.

9    On several occasions, they lasted a full month where he has

10    to be contained for 22 hours, can't talk to his family,

11    can't talk to his wife, can't talk to his lawyers.

12         Do we really need to continue to incarcerate him

13    for another two years, as the Government asks?

14         And if he had been sentenced already to the

15    five-year sentence that they're recommending, because of the

16    credits he would have received under the First Step Act and

17    good time, a five-year sentence would effectively be time

18    served.  But he isn't eligible for any of that because he

19    was detained in a jail, a pretrial detention facility, to

20    make it easier for them to access him as a witness.  And

21    that's in our submission, your Honor.

22         THE COURT:  I'm not sure I understand that

23    argument.

24         What does the First Step or anything have to do

25    with where he's detained?  I mean, the Marshals Service

1    chooses a place to hold them.  That would ordinarily be in

2    the jail.  They put them someplace else.  Do I have

3    something that I don't understand here?

4            MR. ENZER:  (Confers with the Defendant

5    privately.)

6            Your Honor, our understanding is you cannot earn

7    First Step Act credit when you're detained at a pretrial

8    detention center.  You have to be designated to a prison to

9    earn the credit.

10           THE COURT:  That's correct.  That's correct.

11           MR. ENZER:  And that's what we're saying.

12           THE COURT:  But where he's detained doesn't make

13   any -- in terms of the pretrial, it doesn't matter whether

14   he's at the Alexandria facility or whether he's sitting at

15   the D.C. Jail.  I mean, pretrial, they're not going to send

16   him to a Bureau of Prisons place.  But if you're talking

17   about you don't earn it until the Bureau of Prisons

18   designation is done, I'd have to go back and look.  That --

19   First Step is not simple.

20           MR. ENZER:  Our point is simply that he is not

21   going to get any of that credit for the three years or close

22   to three -- 33 months he's --

23           THE COURT:  He gets credit for being detained.  He

24   gets credit for being detained.  So the period of time,

25   whatever sentence he gets, he gets credit for the period

1      that he's been held.

2                MR. ENZER:  Right.

3                THE COURT:  In terms of deciding whether the First

4      Step works or not, frankly is a fairly complicated

5      calculation in terms of taking a look at it.  But, you know,

6      I haven't -- the argument that you made, I didn't understand

7      it as he wouldn't get it because he wasn't sitting at the

8      Bureau of Prisons.  He doesn't get it until, presumably,

9      there is actually a sentence imposed, which I think is the

10     issue, not so much where he is.  But I think it hinges on

11     whether he's been sentenced.

12               MR. ENZER:  That's right, your Honor.  But we

13     think he would have been sentenced earlier if he had been a

14     less prodigious cooperator.  If he had not been as effective

15     as a cooperator, we expect he would have been sentenced

16     earlier.

17               THE COURT:  Well, then he might not have gotten

18     credit for the cooperation.  This is sort of a -- everybody

19     who cooperates always winds up with a period of time where

20     they cooperate and they don't get sentenced during that

21     period of time.  So, you know, there's -- the benefits

22     are -- you weigh the benefits of whether you want to

23     cooperate.  It puts it off.  But you then have the

24     opportunity to argue that the sentence should be less.

25               MR. ENZER:  Certainly.

1          In terms of his future, on the issue of

2     deterrence, the Government has acknowledged, and we

3     appreciate them acknowledging, they don't have a concern

4     about specific deterrence, meaning they don't think he's

5     going to recidivate.  And so it's really a question of

6     general deterrence.

7          But we think that what he's been through, close to

8     three years, in light of -- balanced against the mitigating

9     facts and his significant cooperation, that that counsels in

10    favor here of a sentence of time served.  And the Government

11    has pointed out that the cases we've cited in terms of

12    unwarranted sentencing disparities are not on point.  There

13    are no two cases that are identical.

14              THE COURT:  Well, I would agree with that.

15              MR. ENZER:  Right.

16              THE COURT:  There are no cases that fit this

17    particular model.

18              MR. ENZER:  This is a unique case.  We've done our

19    best to marshal cases that are similar enough that they're

20    informative.  And they do point to conduct that is, we

21    submit, more serious, or equally as serious, to what

22    Mr. Lichtenstein did.  And those individuals received

23    sentences much lower than what the Government is

24    recommending.

25          And I can say -- I know it's not exactly the same.

1    But when I was a prosecutor in the Southern District of

2    New York, I handled many cases, including murder cases.  And

3    we had many cases where cooperators in murder cases,

4    cooperators who had killed people, received sentences in the

5    range of three to four years when they had cooperated and

6    testified and done what they were required to do to earn a

7    motion under 5K1.1.

8            Obviously, it's apples to oranges.  But if someone

9    who has literally killed can, under the 3553(a) factors and

10   under the 5K1 considerations, when it's all put through the

11   balancing, end up with that kind of sentence, it certainly

12   is appropriate here.

13           Thank you, your Honor.

14           THE COURT:  So let me see if I understand your

15   argument.

16           It's approximately a 70 percent reduction.  And

17   the reduction that they have discussed, as the Government

18   has discussed, is based on a downward departure based on the

19   5K1.1.

20           Your argument appears to be it's based on 5K1.1

21   and other things.

22           The other things, are they -- would you view them

23   as departures?  Or -- you know, what would you view them

24   as --

25           MR. ENZER:  I would call them --

```
 1                  THE COURT:  -- in terms of --

 2                  MR. ENZER:  -- a variance.

 3                  THE COURT:  -- what category --

 4                  MR. ENZER:  I would call them --

 5                  THE COURT:  -- would you put them in?

 6                  MR. ENZER:  -- a variance, your Honor.

 7                  THE COURT:  I'm sorry?

 8                  MR. ENZER:  I would call them a variance, a

 9     downward variance.

10                  THE COURT:  That's what I was getting at, because

11     they're factors to be considered, but they don't fit the

12     departure, at least the way the guidelines have been set

13     out.

14                  MR. ENZER:  That's right, your Honor.  If you're

15     looking at a framework, the cooperation is a departure and

16     it goes under 5K1.1.  And our position is that alone

17     justifies a significant enough departure to get him time

18     served.  I suppose it's 70 percent.

19                  Putting that aside, under Section 3553(a), those

20     factors justify a downward variance to a sentence of time

21     served.  That's our position.

22                  THE COURT:  Okay.

23                  I don't know -- did you want to respond to the one

24     technical thing?  If you don't, that's up to you.

25                  MS. PECK:  I'm sorry to do this.  But if it would
```

1    be okay, going back to the PSR issue, can we address the

2    issue with Probation's email to the Court in response to

3    your order?  Unfortunately, when they did their computation,

4    they ended with a total offense level of 30.  The total

5    offense level is meant to be 32.

6              Your Honor adopted the final PSR, including

7    this --

8              THE COURT:  So you're arguing about the

9    zero-point?

10             MS. PECK:  Exactly.  Yes.

11             THE COURT:  Okay.

12             MS. PECK:  And we've briefed for your Honor why we

13   contend that he is excluded from zero-point offender on

14   other grounds.  And so --

15             THE COURT:  I have suggested that, having gotten

16   this on the 12th, that if you had an issue, that you should

17   have brought it as opposed to orally here.  The other side,

18   nobody has briefed it.

19             I'll take a break and take a look at it in terms

20   of whether I feel that I was incorrect in granting it.  But

21   it would have been better to have raised it -- since you got

22   the memo two days ago.  I mean, my order -- that's why I put

23   it in writing, so if people have issues, they come back.

24             MS. PECK:  Your order is correct.  Their

25   calculation --

1           THE COURT:  Right.

2           MS. PECK:  -- their updated calculation is

3    incorrect, which we got yesterday.  And I apologize that we

4    didn't catch it yesterday.  Your Honor, we would have

5    briefed it and responded to it.

6           THE COURT:  Okay.  Well, let me hear what your

7    argument is.

8           MS. PECK:  Our argument that we've made previously

9    is that he -- basically, that he caused substantial

10   financial hardship, under 4C1.1(a)(6), to Bitfinex, and so

11   he is excluded from the zero-point offender reduction of two

12   additional points.

13          Probation was making --

14          THE COURT:  I know which one you're talking about.

15          MS. PECK:  Apologies, your Honor.

16          THE COURT:  That's all right.

17          MS. PECK:  Probation was making the argument that

18   he didn't apply because they were saying that he had the

19   aggravating role.  And so when your Honor, in your order,

20   said that he was not qualifying for the aggravating role,

21   Probation then went back to having that minus two for the

22   zero-point offender.  But again, our contention is that he

23   is excluded on other grounds.

24          THE COURT:  Okay.  Defense?

25          MS. FLETCHER:  Thank you, your Honor.

1          So while we appreciate the Probation Department's

2     effort to give Mr. Lichtenstein an additional two points,

3     the plea agreement does say and does -- he did stipulate

4     that he caused substantial financial harm to a victim.  And

5     so --

6          THE COURT:  You would agree that he should not get

7     the two points?

8          MS. FLETCHER:  Yes, your Honor.  The total offense

9     level in, I think, the Government's view and in ours should

10    be 32.

11         THE COURT:  All right.  Then what I'll do is I

12    will take a break, make a change before I hear from the

13    Defendant.

14         (Thereupon a recess was taken, after which the

15    following proceedings were had:)

16         THE COURT:  All right.  My memorandum opinion is

17    correct.  And in it, it has the total offense level as 32.

18         I made an incorrect assumption when I received the

19    redone presentence calculations that they had adopted it.

20    That was my fault for not taking a better look at it.

21         But it clearly should be 32, because that's what I

22    ruled on in my opinion.

23         So let me correct the record briefly.

24         The base offense, then, is 34.  The two levels

25    based on Section 1956 added -- two levels added,

1    sophisticated laundering; and minus three for the -- is

2    reduced by three based on the acceptance of

3    responsibility -- well, incomplete laundering.  That's

4    right.  Incomplete conspiracy.  Acceptance of

5    responsibility, minus three.  Which comes to 32.

6            So the range is 32, Criminal History I.  Custody

7    is 121 months to 151 months.  Supervised release is one to

8    three years.  Probation is -- he'd be ineligible for.  The

9    fine is 35,000 to 500,000.  Restitution is to be determined.

10   The special assessment is $100.

11           So let me hear from Mr. Lichtenstein if he wishes

12   to address the Court.

13           THE DEFENDANT:  Your Honor, I am here today

14   because eight years ago I made a terrible mistake.  I stole

15   a lot of money.  I devised a complex money-laundering

16   scheme.  I lied to friends, family and financial

17   institutions.

18           I know now that just because my criminal activity

19   took place in cyberspace rather than in the physical world,

20   that does not make what I did any less serious.

21           I am so, so sorry.  I deeply regret squandering

22   the opportunities that were given to me and wasting my

23   talents on crime instead of positive contributions to

24   society.

25           I was a very different person back then.  But that

1    is no excuse.  I don't want to make any excuses for my

2    unacceptable behavior.  I want to take full responsibility

3    for my actions and to make amends in any way that I can.

4            First and foremost, I want to apologize to all of

5    the users, employees and shareholders of Bitfinex who have

6    been impacted by my bad acts.

7            I've been a technology entrepreneur myself.  And I

8    know how stressful running a business can be.  I am deeply

9    sorry for any additional stress that I have caused you to

10   experience.  And I want you to know that from the very

11   beginning of this case, I have done everything I could to

12   ensure all assets are recovered and restitution is paid in

13   full.

14           In the future, I hope to have the opportunity to

15   meet with Bitfinex to help fix all of the security issues

16   that I had discovered.

17           I want to apologize to the Government.  I am aware

18   that significant government resources were expended on

19   investigating and prosecuting this case.  And I hope that

20   the assistance that I have provided over the last three

21   years has in some small way begun to make up for that.

22           And I want to apologize to my family.  I was

23   raised to be better than this.  I have put you through a lot

24   of heartache, and I will work hard every day to make it up

25   to you.

1     I have now been incarcerated in pretrial detention

2   for almost 1,000 days.  That is a lot of time to think.

3   That is a lot of long days and longer nights to reflect on

4   where I went wrong in my life and how to make certain that

5   it will never happen again.

6     There was not much to do in jail except watch TV

7   or read.  I chose to read.  And I read anything I could get

8   my hands on.

9     Occasionally, I was able to get hold of a

10   newspaper.  One section of the newspaper fascinated me more

11   than anything else:  the obituaries.  These short stories

12   that summed up an entire life affected me powerfully.

13     I was struck by how all of these ordinary people

14   were remembered for all of the good they had done throughout

15   their lives.  And I thought:  If my obituary were written

16   today, what would it say about me?  That I was a thief?  A

17   money-launderer?  A criminal?  This idea stayed with me.

18   Thinking about how my life would be summed up got lodged in

19   my brain and wouldn't leave.  I thought about how my actions

20   would be evaluated, and I hated myself.  I hated myself.

21     But then I resolved:  I will not let my life be

22   defined by the worst thing I have ever done.  I have to find

23   a way to pay my debt to society, not only through years in

24   jail, but also by doing good.  And I realized that it is not

25   too late to tip the balance of my life in the right

1     direction.

2          I have a particular set of skills.  And I believe

3     that I can apply those skills to a productive and successful

4     career in the cybersecurity industry.

5          Our nation faces so many cyber threats from both

6     domestic criminals and foreign adversaries.  I know that if

7     I apply myself, I can make a real difference in the fight

8     against cybercrime.

9          I desperately want to start being part of the

10    solution and not part of the problem.

11         My goal is to stop more crime than I have

12    perpetrated.  And I plan to dedicate my life to that effort.

13         Finally, I would like to ask the Court for

14    leniency for my wife, Heather, who will be sentenced in a

15    few days.  Heather is only involved in this case because of

16    me.  And I am completely responsible for everything that has

17    happened.

18         If you are thinking of giving Heather any more

19    prison time, please give that time to me instead.  I deserve

20    it so much more than her.  Heather means everything to me,

21    and this is all my fault.

22         Thank you.

23         THE COURT:  Thank you.

24         All right.  In addition to the advisory sentencing

25    guidelines, the Court considers the pleadings, arguments and

1    record in this case, in addition to the following

2    information, in determining a fair, appropriate and

3    reasonable sentence in conformance with the factors set out

4    in 18 USC 3553(a) and subsequent sections.

5            The Defendant is 37 years old.  There is no

6    criminal history, prior history.

7            In terms of education, he has a college degree in

8    psychology.  He is self-taught in the extraordinary skills

9    that he evidently has in computers.  He also has an OSHA

10   certification that he obtained in 2023.

11           In terms of job history, which I'll do in a very

12   summary form, from 12/20 until his arrest he was a venture

13   partner for Pioneer Fund.  He worked part-time in

14   independent research, completed investigations and evaluated

15   investments.  And he earned a small percentage of equity in

16   the company.

17           From 2014 to his arrest, he was an advisor to his

18   wife's company, helped build a business, and he took no

19   salary.

20           From March of 2018 to December of 2019, he was the

21   CEO and CTO of Endpass, a software company.  He had nine

22   employees.  That wound down in 2020.  He provided computer

23   programming services.

24           From May 2011 to May 2016, he was the CEO and

25   cofounder of MixRank, a software company that had around 30

1    employees.  He left when he had differences with his

2    cofounder.

3            In 2007 he founded Nexus Global, a digital

4    marketing agency.  That was closed in 2010.  And then, in

5    June of 2013, the corporation dissolved involuntarily.  This

6    was a company that he set up while he was in college.

7            In high school, he operated a successful online

8    computer recycling and refurbishing business.  So he has

9    been using his computer skills, which I would agree are

10    extraordinary, since high school in terms of setting up, as

11    an entrepreneur, different businesses that he had an

12    interest in and that he was able to be successful up to a

13    point at.

14            In terms of finances, the cryptocurrency accounts

15    have been forfeited.  Other proceeds that are forfeited will

16    be setting aside assets subject to the forfeiture.  So at

17    this point, I will find no financial ability to pay a fine

18    in addition to the restitution that he will be required to

19    pay, as well as the forfeiture.

20

21

22

23

24

25



So the part that talks about substance abuse through the mental health should be put under seal.

In terms of physical condition, he has a particular condition of his back that provides pain to him, which is a condition that is, as far as I know, a permanent condition.

On a personal basis, he was born in Russia to an intact union.  His father now is employed as a property manager.  His mother is a biochemist.  His parents reside in Illinois.  He has a younger brother who's a healthcare consultant who was born in the United States.  His parents are naturalized citizens.

The Defendant immigrated in 1994.  In 1999, he became a U.S. citizen.  He's not subject to removal.  He

1  does still maintain, evidently, a Russian citizenship.  He

2  came when he was around -- to the United States when he was

3  around six.

4       While the Defendant resided in Russia until he was

5  six, he lived in what has been described as impoverished

6  circumstances.  At this point the Soviet Union was

7  collapsing.  There was a lot of antisemitism and he and his

8  family were certainly victims of it.

9       His family, with the Defendant, immigrated to the

10  U.S., as I said.  They first went to a city in Illinois

11  where they had some issues as well.  And then, ultimately,

12  they were able to move to the suburbs.

13       Their grandparents came to take care of the

14  Defendant and his younger brother.  His parents worked.  His

15  father received his master's degree and his mother a

16  doctorate.

17       The father eventually worked in IT at an earlier

18  time, and his mother was a researcher.

19       The Defendant had some adjustment issues when he

20  arrived in the United States.  He didn't speak English and

21  there were different issues in terms of adjusting and

22  integrating into American life.  And evidently, as a child,

23  when he first came to the United States, he was bullied for

24  being, in essence, different.

25       He has positive contacts and support from his

1  family.  The letters certainly attest to that.

2          In 2019, he married the Co-Defendant, Heather

3  Morgan.  They have no children at this point.

4          He's lived in Russia, Chicago and Madison,

5  Wisconsin, for college, a period in San Francisco from 2010

6  to 2017, New York.  And on his release, he plans on living

7  with his wife.

8          Some of this I've redacted.  Ordinarily, I

9  probably would give a little bit more detail.  But some of

10  the information, we were requested to redact it, so -- the

11  information that is in the redacted material is what I've

12  considered, even though I've elided over, you know, what

13  some of these things are.  But I know what the actual

14  information is.

15          In terms of the offense, the easiest thing, in

16  terms of presenting it, is to go through what he actually

17  agreed to in terms of his statement of offense.

18          I don't know that I need to give the background

19  regarding virtual currency, the Bank Secrecy Act and FinCEN.

20  I think I will start with the scheme to defraud, which is

21  Paragraph 12.

22          Beginning in or around late winter and early

23  spring of 2016, Lichtenstein knowingly and willingly devised

24  a scheme to defraud victim BCE by means of materially false

25  or fraudulent pretenses, representations or promises.

1          Lichtenstein conducted online research and

2     reconnaissance of the computer infrastructure used by victim

3     BCE.  While physically located in the United States,

4     Lichtenstein identified and compromised computer servers

5     belonging to victim BCE outside the United States.

6     Lichtenstein utilized a number of advanced hacking tools and

7     techniques, commonly known as exploits, to gain unauthorized

8     access to these computer servers.

9          Lichtenstein also used penetrating testing

10    software frequently used by cybercriminals, as well as

11    cybersecurity practitioners, because this software provides

12    data about security vulnerabilities and assists in

13    simulating a cyberattack on a computer system to see how the

14    system would respond.

15         Lichtenstein concealed his activities through a

16    variety of means, including by routing his internet traffic

17    through Tor network, through compromised computers that he

18    purchased via a dedicated remote desktop protocol,

19    marketplace, and through intermediate proxy servers, servers

20    that act as a gateway between users and the internet,

21    including SOCKS, residential proxies rented via online

22    marketplaces.  SOCKS, or socket secure, is an internet

23    protocol that exchanges network packets between a client and

24    server by using a proxy server.

25         Lichtenstein worked late at night to give the

1    appearance that he was operating from another country.

2    Though the servers that Lichtenstein initially compromised

3    did not provide access to virtual currency wallets,

4    Lichtenstein was able to use his access to compromise

5    additional servers and subsequently defeat numerous security

6    measures on victim BCE's network.  Lichtenstein ultimately

7    gained access to the keys, or credentials, used to authorize

8    transactions involving virtual currencies held by victim

9    BCE, including funds belonging to customers of victim BCE.

10        In or about August 2016, Lichtenstein used his

11    access to victim BCE's keys to fraudulently authorize more

12    than 2,000 transactions in which approximately 119,754 BTC

13    was transferred from victim BWC's wallets to an outside

14    wallet, Wallet 1 CGA 4S.

15        Under Lichtenstein's custody and control, at the

16    time of the hack, the stolen virtual currency was valued at

17    approximately 71 million.

18        Following the hack, Lichtenstein took steps to

19    conceal his activity, including by returning to victim BCE's

20    computer systems and deleting access credentials and certain

21    log files that might lead investigators to determine that

22    someone had gained unauthorized access.

23        In the course of the hack, Lichtenstein, while

24    located in the United States, transmitted and caused to be

25    transmitted writings, signs and signals by means of wire

1    communication in interstate and foreign commerce over the

2    internet to victim BCE's computer servers located outside

3    the United States.

4          During the course of the reconnaissance phase of

5    the hack of victim BCE, Lichtenstein gained unauthorized

6    access to victim BCE's customer log-in credentials.

7    Lichtenstein used these customer credentials to engage in

8    credential spraying; that is, using the customer credentials

9    stolen from victim BCE to attempt to log into other

10    accounts, targeting user accounts at other virtual currency

11    exchanges.

12          As a result of these efforts, Lichtenstein

13    fraudulently obtained access to customer accounts at a

14    second virtual currency exchange, BCE A, and stole an

15    estimated several hundred thousand dollars' worth of funds

16    from BCE A customer accounts.  Lichtenstein commingled these

17    funds with the funds stolen from victim BCE.

18          Prior to the hack of victim BCE, Lichtenstein

19    engaged in earlier, less significant hacking and financial

20    fraud activity, including as a juvenile.

21          Lichtenstein developed an interest in virtual

22    currency and darknet markets, including through various

23    illicit transactions on darknet markets.

24          Prior to 2016 and separate from his theft from

25    victim BCE, Lichtenstein located credentials to BCE A's

1    application programming interface that allowed him to

2    withdraw funds through the exchange, API.

3            Lichtenstein used his access to steal

4    approximately $200,000 from BCE A.

5            In addition, in or around 2015, Lichtenstein

6    illicitly obtained and transferred a small amount of

7    PayCoin, an alternative form of virtual currency.

8            Now, obviously, I'm using what he had indicated

9    when we read the thing.  Obviously, we know what the company

10   is.  But I'm going to use what he agreed to.

11           Lichtenstein studied how transactions are traced

12   on the blockchain and formulated a detailed plan that was

13   designed to reduce any perceived illicit taint of the funds

14   over time.

15           First, Lichtenstein left the stolen funds sitting

16   dormant in Wallet 1 CGA 4S until beginning in or around

17   January of 2017, when Lichtenstein began to move a portion

18   of the stolen BTC out of that Wallet 1, I'll call it, in a

19   series of small complex transactions across multiple

20   accounts and platforms.

21           This shuffling, which created a voluminous number

22   of transactions, was designed to conceal the path of the

23   stolen BTC, making it difficult for law enforcement to

24   track/trace the funds.

25           Next, Lichtenstein moved some of the stolen funds

1    from Wallet 1 to another large staging wallet, from the

2    staging wallet into other wallets which were not otherwise

3    linked or associated through numerous accounts at multiple

4    darknet marketplaces, including AlphaBay and Hydra, using

5    multiple segregated input and withdrawal addresses, and

6    through CoinJoins, mixers and exchanges that did not require

7    "know your customer" information about their users.

8            Following the hack, Lichtenstein enlisted Morgan's

9    help in laundering the stolen funds.

10           Morgan was initially unaware of the specific

11   origin of Lichtenstein's proceeds, although she participated

12   with Lichtenstein in efforts to conceal and obscure the

13   source of the funds, while knowing and understanding that

14   the funds were the result of some unspecified, unlawful and

15   fraudulent activity.

16           Sometime after the hack, but by no later than in

17   or around early 2020, Lichtenstein explicitly told Morgan

18   that Lichtenstein was responsible for the 2016 hack of

19   victim BCE.

20           The following steps were taken in furtherance of

21   the money-laundering scheme.  A:  Setting up numerous

22   accounts as USFIs and VCEs to stay below transaction

23   thresholds that would require enhanced customer due

24   diligence by financial institutions.

25           B:  Converting stolen funds into fiat currency

1    through Russian and Ukranian bank accounts and then

2    withdrawing the laundered funds at U.S.-based ATMs.

3             Converting stolen BTC into a virtual currency

4    named Monero XMR, which is an anonymity-enhancing virtual

5    currency with a non-transparent blockchain via exchanges

6    that did not require KYC.

7             D:  Using intermediate unhosted wallets to avoid

8    exchange-to-exchange transactions that would undermine the

9    anonymity benefits of using XMR, darknet markets and

10   CoinJoins, mixers, such as Bitcoin Fog, Helix and ChipMixer.

11            E:  Converting a portion of the stolen funds to

12   Tether, USDT, and USD Coin (USDC), which are both stable

13   coins pegged to the U.S. dollar, as a means of avoiding the

14   price volatility associated with holding other virtual

15   currencies, such as BTC, the price of which fluctuates

16   daily.

17            F:  Using exchanges with high sale limits and

18   setting up multiple accounts at numerous exchanges in order

19   to launder large amounts of stolen funds.

20            G:  Using preexisting KYC-verified accounts

21   purchased from illicit vendors offering profiles designed to

22   defeat exchange AML controls.

23            And H:  Using accounts at USFIs and VCEs opened

24   under Lichtenstein's and Morgan's true names and/or the

25   names of their businesses, including accounts VCE 5, 6, 7,

1    8, 9 and 10.

2    And I:  Converting a portion of the stolen funds

3    into gold coins, which were further concealed by Morgan when

4    she buried them at a location that has since been disclosed

5    to law enforcement, which has been recovered, the gold

6    coins, in full.

7    In engaging in the above-referenced conduct,

8    Lichtenstein at times, with other assistance, employed

9    numerous money-laundering techniques, including, but not

10    limited to, using accounts set up with fictitious

11    identities, moving the stolen funds in a series of small

12    amounts, totaling thousands of transactions, as opposed to

13    moving the funds all at once or in larger amounts, utilizing

14    computer programs to automate transactions, a laundering

15    technique that allows for many transactions to take place in

16    a short period of time, layering the stolen funds by

17    depositing them into accounts at a variety of VCEs and

18    darknet markets, and then withdrawing the funds, which

19    obfuscates the trail of the transaction history by breaking

20    up the fund flow, converting the BTC to other forms of

21    virtual currency, including anonymity-enhanced virtual

22    currency in a practice known as, quote, "chain hopping,"

23    unquote, and using U.S.-based business accounts to

24    legitimize activity.

25    Lichtenstein was assisted by Morgan with setting

1    up accounts with fictitious identities and using U.S.-based

2    business accounts to legitimize the laundering transaction.

3              Additionally, over the course of their conspiracy,

4    Lichtenstein, at times with Morgan's assistance, at his

5    direction, converted stolen funds through the use of debit

6    cards linked to foreign bank accounts.  The foreign bank

7    accounts were registered to Russian and Ukranian money mules

8    who worked for brokers and who typically created the

9    accounts in person at the foreign banks.

10             The accounts were then offered for sale by brokers

11   on darknet markets and cybercriminal forums.

12             Lichtenstein acquired numerous accounts through

13   such platforms, the purchased account packages, including a

14   debt coded, a debit card, as well as identity document scans

15   and the SIM cards associated with the phone used to

16   establish the account.

17             Lichtenstein had the packages delivered to him

18   during trips with Morgan to Kazakhstan and Ukraine.  The

19   packages were typically shipped via a shipping service or

20   handed off by a courier in a prearranged public meeting

21   place such as a train station.

22             Lichtenstein then sent BTC to Russian and Eastern

23   European-based instant exchange platforms, which converted

24   the BTC to fiat currency and deposited the corresponding

25   fiat funds into the Russian and Ukranian bank accounts.

1          Lichtenstein and Morgan would travel to ATMs in

2    the United States and use the purchased debit cards to

3    withdraw funds.

4          Lichtenstein and Morgan would bring multiple cards

5    per trip and use only one card per ATM to avoid suspicion.

6          In or around November 2021, Lichtenstein and

7    Morgan learned that records related to an account held by

8    Lichtenstein and used in furtherance of the conspiracy had

9    been disclosed to U.S. law enforcement.

10          The provider controlling the account failed to

11    process a valid and timely extension of a nondisclosure

12    order issued by the U.S. District Court for the District of

13    Columbia and notified Lichtenstein in violation of the court

14    order.

15          The service provider had the obligation, as I

16    understand it.

17          Upon receipt of the notice, Lichtenstein and

18    Morgan took steps to further conceal their activity.  For

19    example, Lichtenstein deleted data from devices in the

20    United States and abroad.  And Lichtenstein and Morgan threw

21    a computing device down a garbage chute when said computing

22    device contained relevant inculpatory evidence related to

23    this criminal scheme.

24          False statements and deceptions targeting virtual

25    currency exchanges and other U.S. financial institutions:

1          During the period from in or around August 2016

2     through in or around February 2022, Lichtenstein and Morgan

3     used false and fictitious identifying information to

4     establish accounts, made false and fraudulent

5     representations, and lied to and deceived VCEs and other

6     U.S. financial institutions that they used to launder the

7     illegal proceeds of the 2016 hack of victim BCE, including

8     the following.

9          A:  Between on or about August 22nd, 2016, and on

10    or about April 20th, 2017, Lichtenstein established multiple

11    accounts at VCE 1 using email addresses from the same

12    India-based email provider and in the names of third parties

13    unrelated to Lichtenstein.

14         B:  In or around February and March 2017,

15    Lichtenstein declined to respond to inquiries from VCE 1's

16    employees requesting that the registered accountholders for

17    seven of the accounts provide additional identifying

18    information to verify their account ownership.  As a result,

19    VCE 1 froze the accounts.

20         C:  On or about February 28th, 2017, in response

21    to inquiries from employees from VCE 7, as part of VCE 7's

22    AML KYC policies, Lichtenstein falsely and fraudulently

23    represented that he would be using his VCE 7 account to

24    trade only his own virtual currency that he had acquired as

25    a result of his early investment in BTC.

1          D:  In or about February 2018, Lichtenstein

2     established an account at USFI 5 for Lichtenstein and

3     Morgan's company and, in doing so, represented to USFI 5

4     that the primary payments into the account would be from

5     software as a service customer payments.  In actuality,

6     Lichtenstein and Morgan used the account to launder the

7     proceeds of the hack of victim BCE.

8          E:  On or about January 8th, 2019, in response to

9     a KYC verification email from VCE 10, Lichtenstein wrote to

10    representatives from VCE 10 falsely and fraudulently stating

11    that he has, quote, "been investing in mining BTC since

12    2013, so the source of funds would be those early crypto

13    assets," unquote.

14         F:  On or about June 27th, 2019, in response to an

15    inquiry from a representative from VCE 7 about how her

16    business interacted with virtual currency and how her new

17    institutional account would be used, Morgan falsely and

18    fraudulently responded.  So -- I don't need to bring up the

19    rest of that.

20         G:  On or about July 2nd, 2019, Morgan further

21    represented to VCE about the source of her cryptocurrency

22    deposits.  She gave false information.  Those funds were, in

23    fact, proceeds of the hack of victim BCE.

24         At all times relevant to this indictment, VCE 1,

25    VCE 7, VCE 10 and USFI 5 were financial institutions doing

1    business in the United States and were subject to the Bank

2    Secrecy Act and were registered with FinCEN.

3         Each of the accounts referenced above was used by

4    Lichtenstein and Morgan to launder the illegal proceeds of

5    the 2016 hack of victim BCE.

6         And the Government tracing has shown that the

7    majority of the funds deposited into each account was

8    derived directly or indirectly from the same stolen funds.

9         One purpose of Lichtenstein and Morgan's deception

10   was to frustrate the AML KYC and due diligence efforts by

11   the above-referenced VCEs and other financial institutions

12   and thereby to prevent the transmission of SARs mandated

13   under the Bank Secrecy Act to FinCEN and the U.S. Department

14   of the Treasury in the District of Columbia.

15         So -- there are certain conclusions, but I think

16   that certainly gives enough of a background as to what was

17   involved with it.

18         Mr. Lichtenstein has also received several letters

19   of support, so let me indicate what they have contained.

20         His mother provided details about his background,

21   his talents, challenges and his accomplishments.  Clearly,

22   the Defendant comes from a very supportive and close-knit

23   family.  All of them have asked that he be given another

24   chance.

25         His father, now an asset manager of the Housing

1    Authority of Cook County, Illinois, also discusses the

2    challenges of coming to a new country and the struggles to

3    integrate into a different society than the Russian society

4    that they had left for a better life.

5         Both parents evidently feel that his move away

6    from them to San Francisco was detrimental and his new

7    company was a success but that it took a toll on him.  And

8    they describe the special relationship between the Defendant

9    with his younger brother.

10        His wife describes some of her life, how she met

11   the Defendant, how the friendship developed, her respect for

12   his talents and, ultimately, the relationship that led to

13   the marriage, gives accounts of instances where the

14   Defendant, as an overworked executive, still took the time

15   to take care of her, and also does discuss the addiction to

16   Adderall.  She does indicate that she thought that the

17   therapy that he engaged in was helpful.

18        A friend who met him in grade school stayed in

19   touch over the last 30 years.  They bonded over shared

20   interests in science, engineering and computers.  He

21   describes those childhood conversations as magical and

22   remembers their family and how he and the Defendant shared

23   career advice and that the Defendant welcomed him into his

24   home.

25        His brother describes the Defendant that has a

1    special place in his life.  There's 12 years' difference,

2    evidently, in age.  He states, quote, "I absorb passion,

3    dedication, kindness and humility directly from and would be

4    the person -- would not be the person I am without him,"

5    unquote.

6           He obviously cares for his family, in terms of the

7    Defendant.  And one example that was given, among others,

8    was his taking a month off from his work to care for their

9    grandmother.  He also, the brother, describes the Defendant

10   as a naturally curious person with a passion for technology.

11          Another friend who was connected to the

12   Defendant's wife indicates they had met around 13 years ago,

13   describes the supportive and loving relationship between the

14   Defendant and his wife.

15          The mother-in-law:  How supportive the Defendant

16   is of his wife and encouraged her to start her own company,

17   argues -- then she argues for leniency for the Defendant.

18   The mother-in-law describes the Defendant and her daughter

19   as two bright entrepreneurs that are excited to resume their

20   life together and to start a family, unquote.

21          A friend who also has a professional relationship

22   with the Defendant -- they met as tech entrepreneurs over 15

23   years ago -- in addition to his professional

24   accomplishments, he describes the Defendant as having a good

25   heart.

1          Another friend of ten years describes the

2    Defendant as having empathy and care, not only for his

3    family, but others.

4          There's other friends, also a mentor and advisor.

5    They met at a technology conference -- he's a first -- the

6    friend was a first-time entrepreneur -- and how selfless the

7    Defendant was in giving him advice and support.

8          Another person describes the Defendant as warm and

9    caring as a person and as a friend, and helped -- the

10   Defendant helped his friend as a newcomer to the San

11   Francisco area.

12         Leisure law librarian at the adult detention

13   center -- he evidently works at the -- the Defendant works

14   at the library -- that he has been assisting in the library,

15   and she was favorably impressed with the Defendant and his

16   work ethic.

17         Another friend who met in the Alexandria Detention

18   Center described the Defendant as empathetic, earned respect

19   from others, loyal and devoted to his wife and family.

20         The Defendant's father-in-law indicates that the

21   Defendant has maintained a positive attitude while detained,

22   has worked hard to maintain a healthy relationship with his

23   wife during their separation; although the Defendant is

24   stressed in jail, his wife is also as well, and he

25   understands that.

1          Three other friends discuss specific incidents to

2     describe the good character and how generous the Defendant

3     is with his time and talents.

4          Another friend of the Defendant's wife, a

5     technology executive, also describes the loving relationship

6     that the Defendant has with his wife.

7          There is a forensic report that sets out a

8     specific diagnosis which resulted in the use of the

9     medication Adderall.  It does indicate the addiction to

10    Adderall that the Defendant has had.  And I think, in sum,

11    it indicates that it would -- the combination would make him

12    more impulsive or inclined to be impulsive.

13         The supporters -- and I've gone through -- I read

14    all of the letters as they come in, because they certainly

15    present a different picture than usually the person that I

16    see as committing the crime.  So it's important to look at,

17    and read, what others see or what other experiences have

18    with them.

19         I have to say that the supporters describe

20    somebody that doesn't match up with the Defendant in terms

21    of his committing this crime.  And certainly -- the crime

22    was from 2016 to 2022, which is quite a long period of time.

23         The planning, the implementing of the hack was

24    deliberate, took time, was very meticulously planned.  And

25    the -- also certainly the money laundering was also over a

1    period of time.  Certainly the diagnosis and the addiction

2    may have been an factor.  But his criminal conduct I don't

3    think can be said to be impulsive.  We have -- the

4    charges -- he's pleading to five years of engaging in very

5    specific money laundering, which would be inconsistent with

6    a view that these were impulsive decisions, which the

7    forensic psychiatrist has described.

8         This is a very serious offense.  The Government

9    describes the initial theft by the Defendant, quote, as "one

10   of the largest thefts from a virtual currency exchange,"

11   unquote, involving billions, ultimately.

12        The Government as well described the Defendant as,

13   quote, "one of the greatest money launderers that the

14   Government has encountered in the cryptocurrency space,"

15   unquote.  And the Defendant successfully avoided detection

16   for years, they note.  I'm sure that these are not the

17   accolades that you would want.

18        Starting in 2016, you devised -- you carried out a

19   scheme to steal money from Bitfinex, one of the largest

20   virtual currency exchanges in operation at the time.  You

21   set out details in very careful, sophisticated, meticulous

22   actions you took to hack at the time.

23        The stolen virtual currency was valued at around

24   71 million and, by the next five years, you had laundered,

25   you and your wife, millions of dollars' worth of stolen

1    funds.  So I do not see them as being impulsive, but as

2    being very deliberate actions.  The hack and the theft

3    caused serious solvency issues at Bitfinex.

4            The D.C. Circuit has concluded that laundering

5    illegal proceeds represents a distinct injury to society,

6    concealing and facilitating the underlying crime, the hack

7    and the theft in this case, and interfering with law

8    enforcement's ability to, quote, "detect illicit abuses of

9    the financial system," unquote, which of course affects

10   society by, quote, "impeding effort to track ill-gotten

11   gains."

12           According to the Government, the Defendant and the

13   wife spent stolen assets to support their lifestyle.  Some

14   of the laundered funds were left -- that were left at the

15   time of the arrest so that they had not been moved out I

16   think were -- what was laundered was 21 percent stolen from

17   Bitfinex.  In 2016, they would have been 14 million, I

18   believe.  In 2022, I think they're a billion in terms of the

19   value.

20           The Defendant was forthcoming once arrested, but

21   not before.  So the arrest served to end their criminal

22   conduct.

23           I would say, although defense counsel indicates

24   that he was thinking of it, it wasn't done voluntarily until

25   he was actually arrested.

1          I would also indicate that -- what would be

2     contrary to the idea that he did this beforehand is, when

3     they learned of the investigation, they destroyed some of

4     the evidence.

5          In looking at the deterrence to the Defendant, he

6     was an entrepreneur in high school, in college.  He used his

7     computer skills at two successful businesses.  He certainly

8     could have used his evidently extraordinary skills lawfully,

9     but didn't do so.

10         Obviously, if not deterred, you're going to face

11    serious consequences in the future.

12         Remorse for me is a factor.  It's different than

13    accepting responsibility.  You accept responsibility.  That

14    means you accept that you did it.

15         Remorse has a different factor.  And it's

16    important, because it means that you understand what you did

17    and it's something you should not do again.  So that is a

18    factor that I look at.

19         I have to say the statement that Mr. Lichtenstein

20    made today, which I'll credit -- it's sort of hard to know

21    whether people believe it or not, but I'll accept that you

22    do -- certainly showed remorse and a full understanding of

23    exactly what you did and the damage that you've done to both

24    businesses, people, individuals.  And there are consequences

25    to your family as well.

1          The general deterrence, which is a particularly

2     important factor, to other crypto criminals, you know, in

3     terms of sophisticated schemes, investigations, they're very

4     complex.  They are generally very lengthy.  And the ones

5     that I have had, they're expensive and use a lot of

6     resources.

7          So it's important to send a message that you can't

8     commit these crimes with impunity, that there are

9     consequences to it.

10          In terms of parity, I think this crime is unique

11     in so many ways.  I did look at the cases that defense

12     counsel brought up, but I think they really don't match up.

13     A lot of cases don't, when you look at them, but this one

14     particularly I think is so massive that it's just not

15     comparable to the other crypto crimes that were set out,

16     both the scale, the technical sophistication and the

17     cryptocurrency laundering.

18          But I think the Government evidently has looked at

19     parity between the Defendant and his wife, and that seems --

20     as I understand it, that is one of the issues that he will

21     be doing it.

22          Sort of positive aspects of this and other

23     considerations:  The cooperation has been substantial and

24     effective.  I have not set it out in detail.  I don't think

25     it's appropriate to put it on the public record.  But it

1    certainly was substantial and effective.  Counsel has

2    indicated that some of it has come to light.

3         There will be a restitution order, and efforts

4    have been made to retrieve the funds that were stolen.

5         The Defendant has not equivocated at all in terms

6    of what he did.  He has family support, which I always

7    feel -- and, obviously, friends -- which I feel is

8    important.  They understand the crime that he committed, or

9    know about it, but I think they're still there to support

10   him.

11        He has no criminal convictions, which I think is

12   important.

13        As background issues, I don't see them as -- you

14   know, as a basis for a variance, the difficult background,

15   early difficulties.  His addiction that he has -- evidently

16   appears to have conquered, and his diagnosis, the Court has

17   looked at them.  I don't think it's enough to -- you know,

18   to do a variance beyond what I think should be considered as

19   the downward departure under 5K1.1.

20        So I've granted the 5K1.1.  The range is 121 to

21   151.  The Government has requested a 60-month sentence,

22   which is five years.  The Government's reduction from the

23   121, just looking at the bottom, is basically 50.4 percent.

24        The Defendant, through counsel, has asked for time

25   served, which is two years, nine months, and a couple of --

1    I think six days or something like that, which is around 70

2    percent.

3            In terms of the value of the cooperation, I do

4    take into account that the Government is in the best

5    position to determine the value of the cooperation in terms

6    of -- because they basically have used this information, and

7    they certainly have been very forthcoming about the

8    usefulness and importance of the information he's provided

9    and his cooperation.

10           I think over a 50 percent reduction is certainly

11   commensurate with other cases that I've had where there's

12   been cooperation, and at least defense counsel put on the

13   record the one public proceeding.  And I think it's a fair

14   reduction based on combining the serious nature of the crime

15   weighed against his cooperation.

16           So the sentence that I will impose is going to be

17   the 60 months.

18           I hope, on release, that you will use your

19   obviously extraordinary skills lawfully, as you have

20   indicated you would, and that the life you lead at that

21   point on release will define you in the future, and not your

22   criminal conduct, which is obviously what you want to make

23   sure of.

24           So pursuant to the Sentencing Reform Act of 1984,

25   and in consideration of the provisions of 18 USC Section

1    3553, as well as the advisory sentencing guidelines, it is

2    the judgment the Court that you, Ilya Lichtenstein, are

3    hereby committed to the custody of the Bureau of Prisons for

4    a term of 60 months on Count 1.

5    You are further sentenced to serve a 36-month,

6    three-year, term of supervised release as to Count 1.

7    In addition, you are ordered to pay a special

8    assessment of $100 in accordance with the statute.

9    While on supervision, you'll abide by the

10    following mandatory conditions as well as discretionary

11    conditions recommended by the Probation Office in Part D,

12    sentencing options, of the presentence report, which are

13    imposed to establish the basic expectations for your conduct

14    while on supervision.

15    The mandatory conditions include:  You must not

16    commit another federal, state or local crime; you must not

17    unlawfully possess a controlled substance; you must refrain

18    from any unlawful use of a controlled substance; you must

19    submit to one drug test within 15 days of placement on

20    supervision and at least two periodic drug tests thereafter

21    as determined by the protocol of the Probation Office.

22    They have particular protocols.  If your tests are

23    negative, you don't have to do it as often.  If they're

24    positive, they tend to require you to do -- but it's a set

25    protocol.

1          You must cooperate in the collection of DNA as

2     directed by the probation officer unless that's already been

3     done.

4          You must make restitution in accordance with the

5     various statutes authorizing a sentence of restitution.  And

6     we will set the restitution hearing and deal with that.

7          You'll comply with the following special

8     conditions.  These are all connected to the nature of the

9     crime, and that's why I'm putting them in as conditions.

10         Cybercrime management:  You are ordered to

11    participate in cybercrime management and will inform your

12    officer of all computer devices possessed or accessible to

13    you.  This includes desktop or laptop computers,

14    smartphones, smart watches and tablets, smart appliances,

15    internet things.  Devices include hub or personal assistant

16    devices, all network-accessing devices, including

17    internet-connectible gaming systems.

18         You will not acquire or access any new or

19    additional computer devices unless approved by your officer.

20    That's the probation officer.

21         You will also inform your probation officer of all

22    of your computer devices, internet service providers and

23    social media user accounts, local and online services, both

24    on entering supervision and in the event that you create or

25    receive additional user accounts.

1          Computer monitoring with the internet:  You are

2     permitted use of standard computer devices, desktop/laptop

3     computers, smartphones, tablets, with internet access and

4     will permit the U.S. Probation Office to configure, manage

5     and install monitoring software on all your approved

6     standard computer devices.  Your standard computer devices

7     are limited to those that can be configured, managed and

8     monitored by the U.S. Probation Office.

9          The configuration, management and monitoring of

10    your standard computer devices shall be specific to your

11    court-ordered conditions, risk and needs and cybercrime

12    management requirements.

13         Computer search or computer monitoring:  You must

14    allow the U.S. Probation Office to conduct initial and

15    periodic unannounced searches of any computer devices or

16    network systems used or possessed by you.

17         Initial searches of computer devices and network

18    systems will be conducted to determine if they contain or

19    allow access to any materials or capabilities which would

20    violate the Court's ordered conditions, or programs,

21    applications, settings, configurations that would be

22    problematic for monitoring software and cybercrime

23    management program requirements.

24         Periodic unannounced searches of these devices and

25    systems would be conducted to verify that the monitoring

1   software is functional, that required configurations are

2   unaltered and that no circumvention efforts have been made

3   to alter the device's operations or functionality.

4          Computer device payment:  You are responsible for

5   the monitoring or management costs for your approved

6   computer devices.  If that becomes an issue, you can come

7   back to the Court on it.

8          Internet application restriction:  You shall not

9   access any services designed to encrypt, disguise, mask,

10  anonymize your online activity, such as Tor, 12P, Freenet,

11  Freepto, Tox, virtual private networks or other anonymizing

12  applications, services or sites.

13         Computer restriction:  Your use of standard

14  computer devices, desktop/laptop computers, smartphones,

15  tablets is restricted to legitimate and necessary purposes.

16  Examples of a legitimate and necessary use are employment,

17  education, religious activities, treatment services, medical

18  services, communication with friends, family and attorney,

19  personal finance and legal obligations.

20         Computer device restriction:  You may be limited

21  to two standard computer devices, desktop/laptop computer,

22  smartphones, tablets, unless otherwise approved by your

23  officer.  That's the probation officer.

24         Search/seizure:  You must submit your computer

25  devices, other electronic communications, network or cloud

1    storage, data storage devices or media to a search conducted

2    by a United States probation officer.

3            The probation officer may conduct a search under

4    this condition only when reasonable suspicion exists that

5    you have violated a condition of supervision and that the

6    areas to be searched contain evidence of this violation.

7    Any search must be conducted at a reasonable time and in a

8    reasonable manner.  Failure to submit to a search may be

9    grounds for revocation of release.

10           You must warn any other occupant that the premises

11    may be subject to searches pursuant to this condition.

12           That relates based on the fact of the uses that --

13    of the technology that the Defendant -- and these have been

14    all approved by the Court of Appeals as conditions that the

15    Court can put in as conditions on supervised release.

16           The last one is the financial one, and that

17    relates to the type of crime in terms of it involving

18    finances.  So you must provide the probation officer access

19    to any requested financial information and authorize the

20    release of any financial information.  The probation office

21    may share financial information with the U.S. Attorney's

22    Office.

23           Substance abuse treatment:  You must participate

24    in an inpatient and/or outpatient substance abuse treatment

25    program, follow the rules and regulations of that program.

1    The probation officer will supervise your participation in

2    the program as to provider, location, modality, duration,

3    intensity.

4        Substance abuse testing:  You must submit to

5    substance abuse testing to determine if you've used a

6    prohibited substance.  You must not attempt to obstruct or

7    tamper with the testing methods.

8        You must participate in an evaluation and, if

9    recommended, a mental health treatment program and follow

10    the rules and regulations of that program.  The probation

11    officer, in consultation with the treatment provider, will

12    supervise your participation in the program; again,

13    provider, location, modality, duration, intensity.

14        The psychologist had some recommendations relating

15    to what -- programs from a mental health perspective and his

16    other diagnosis, which I think you should share with

17    Probation in terms of -- and you may want to share them with

18    the Bureau of Prisons, for that matter.  They do -- they

19    will accept medical records, and it may be useful to provide

20    it to them before his designation.  There is the office here

21    in D.C. that, if you provide it to them, they will use that

22    in making some decisions about where he may go and what kind

23    of services he may need.

24        You are ordered to make restitution to the victim

25    in this case in an amount to be determined.  I will not

 1    include any interest, and the Court is waiving any interest

 2    or penalties.  I'm finding that you don't have the ability

 3    to pay a fine, and therefore waive imposition of a fine in

 4    this case.

 5             The financial obligations are immediately payable

 6    to the Clerk of the Court for the U.S. District Court.

 7             Within 30 days of any change of address, you'll

 8    notify the Clerk of the Court of the change until such time

 9    as any financial obligations are paid in full.

10             The Probation Office shall release presentence

11    investigation reports to all appropriate agencies, which

12    includes the U.S. Probation Office in the approved district

13    of residence, in order to execute the sentence.  Treatment

14    agencies shall return the presentence report to the

15    Probation Office on the Defendant's completion or

16    termination from treatment.

17             I will allow supervision to be transferred, if

18    that is appropriate, if he's living someplace else.  I am

19    not transferring jurisdiction, however.

20             We also have various forfeiture orders that the

21    Court has entered.  So is the forfeiture, as I understand

22    it, a forfeiture money judgment in the amount of -- is that

23    going forward?  Or how are you doing this?  I can put it in

24    there with separate orders, if that's a better way of doing.

25             MS. PECK:  We've actually removed that from the

1    amended forfeiture order, your Honor.

2              THE COURT:  So what we have, then, is basically

3    the forfeitures that I will be signing, the very last one

4    that you produced.  Is that correct?

5              MS. PECK:  Yes, your Honor.  Thank you.

6              THE COURT:  The last thing is the notice of

7    appeal.  It's easier to discuss it in terms of what you

8    agreed to.

9              You agree to give up, insofar as such waiver is

10   permitted by law, the right to appeal the conviction in this

11   case on any basis, including, but not limited to, claims the

12   statute that's involved is unconstitutional or your conduct

13   doesn't fall within the scope of the statute.

14             So at this point, you've given up that right to

15   take a direct appeal.

16             However, if a higher court at a later point

17   determines that the statute and/or your conduct doesn't fall

18   within the statute, as the statute is unconstitutional, then

19   you can take a collateral appeal to take advantage, assuming

20   it's retroactive, of that new ruling.

21             At this point, the statute has been deemed

22   constitutional, and your conduct to fall within the statute.

23             You are also agreeing to waive the right to appeal

24   the sentence, which would include any term of imprisonment,

25   forfeiture, award of restitution, term or condition of

1    supervised release, authority of the Court to set conditions

2    of release, and the manner in which the sentence was

3    determined.

4          The exceptions are if I sentence you above the

5    statutory maximum, which I did not, or the guideline range,

6    which I didn't either.

7          But notwithstanding these agreements, you retain

8    the right to appeal on the basis of ineffective assistance

9    of counsel, but not to raise on appeal other issues

10   regarding the conviction or sentence.

11         There are also restrictions that are in the plea

12   agreement that you have about collateral attacks other than

13   the one I just spoke about, which would be under 2255,

14   et cetera, where you're giving up that right except to the

15   extent if you -- if the motion is based on newly discovered

16   evidence or on a claim that you received ineffective

17   assistance of counsel.  And you did reserve the right, if

18   there are changes in the guidelines, to be able to file a

19   motion to have it apply to you retroactively.

20         If you do any kind of direct appeal, it has to be

21   filed within 14 days of entry of judgment or, if the

22   Government is filing an appeal, within 14 days after they

23   file it.

24         Again, if you can't afford the appeal, you can ask

25   for permission to file it without cost to you.  You can also

1    ask to have counsel appointed for you.

2              Under the *Hunter* decision, which was decided in

3    2016, I will ask if there's any objections, anything else

4    that needs to be brought up that has not been discussed that

5    needs to be.

6              Probation?

7              THE PROBATION OFFICER:  No, your Honor.  Thank

8    you.

9              THE COURT:  Government?

10             MS. PECK:  No, your Honor.

11             THE COURT:  Defense counsel?

12             MR. ENZER:  One moment, your Honor.

13             THE COURT:  I will add one other thing that -- in

14   terms of the sentence, which is that he's to receive credit

15   for time served from February 8th of 2022.  And I can make a

16   recommendation to a particular place in the Bureau of

17   Prisons if you wish me to.

18             MR. ENZER:  One moment, your Honor.

19             THE COURT:  Sure.

20             MR. ENZER:  (Confers with the Defendant

21   privately.)

22             Your Honor, we would respectfully request that

23   Mr. Lichtenstein be designated -- a recommendation from the

24   Court that the Bureau of Prisons designate him to FCI

25   Otisville.

```
 1              THE COURT:  I'm sorry.  I missed that.

 2              MR. ENZER:  FCI Otisville, the prison camp there.

 3              THE COURT:  Okay.  I don't have a problem with

 4    that.

 5              MR. ENZER:  And that he be considered for the RDAP

 6    program to deal with his substance abuse.

 7              THE COURT:  One thing is, not all the places have

 8    the RDAP program.  So one of the things you might do is --

 9              Do you know, Probation, if Otisville has RDAP?

10              THE PROBATION OFFICER:  I don't know, your Honor,

11    off the top of my head.

12              THE COURT:  You might want to check.  The judgment

13    will probably be done tomorrow.  So if you want to check and

14    see, because, if there's a conflict, then the question is

15    which one you want.

16              MR. ENZER:  Will do, your Honor.

17              THE COURT:  And I would strongly suggest that you

18    provide some of the information, if you want to, to the

19    Bureau of Prisons.  That may be helpful.

20              MR. ENZER:  Will do, your Honor.  Thank you.

21              THE COURT:  So in terms of the forfeiture, I will

22    be signing the second amended one, which I have.

23              And in terms of setting a time for the restitution

24    hearing, do you have a time at this point or is this

25    something that you want to get back to me on?
```

1          MS. PECK:  Your Honor, we'll discuss and get back

2     to you very soon.

3          THE COURT:  Okay.  What I would ask is if you can,

4     you know, find out a time that appears to be appropriate for

5     everybody after the 90 days.  And then if you would also

6     suggest a briefing schedule, because it does look like

7     there's some conflicts about who's asking for the

8     restitution.

9          MS. PECK:  Yes.  Absolutely, your Honor.

10         THE COURT:  In terms of the restitution hearing,

11    one question is, do you wish to have Mr. Lichtenstein

12    present?  We might be able to do it with Zoom, depending on

13    wherever -- wherever he is.  Sometimes they have Zoom;

14    sometimes they don't.

15         MR. ENZER:  Your Honor, we do not need

16    Mr. Lichtenstein to be physically present.  If there's Zoom,

17    great.  If not, no problem.

18         We checked.  Otisville does not have RDAP.  Our

19    preference would be that he be designated to Otisville,

20    notwithstanding that.

21         THE COURT:  Okay.  That's fine.

22         I'll put in RDAP anyway because they have -- they

23    develop the programs on and off in different places.  They

24    come and go.  So they may develop it at a later point.

25         MR. ENZER:  Thank you, your Honor.

```
1              THE COURT:  I do need a signed thing.  I will

2     double-check, wherever it is he winds up, as to whether they

3     have Zoom.  If they do -- I'm assuming he's not going to

4     want to go back and forth.  Unless you want to wait for the

5     90 days in terms of setting it.

6              MR. ENZER:  Correct, your Honor.

7              THE COURT:  All right.  The parties are excused.

8              Mr. Lichtenstein, I hope that I don't see you back

9     here.  Do good things.  You can.

10              MS. PECK:  Apologies, your Honor.  One last thing.

11     We need to move to dismiss the complaint.  He was originally

12     arrested on a complaint.

13              THE COURT:  All right.  I will do so.

14              (Proceedings concluded.)

15

16

17

18

19

20

21

22

23

24

25
```

1                            **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings produced to the

7      best of my ability.

8

9

10                    Dated this 19th day of November, 2024.

11

12               <u>/s/ Lisa Edwards, RDR, CRR</u>
                 Official Court Reporter
13               United States District Court for the
                   District of Columbia
14               333 Constitution Avenue, Northwest
                 Washington, D.C. 20001
15               (202) 354-3269

16

17

18

19

20

21

22

23

24

25

83

## $

**$10** [3] - 12:12, 16:13, 17:14
**$100** [4] - 10:12, 24:22, 38:10, 69:8
**$14** [1] - 14:1
**$200,000** [1] - 50:4
**$500,000** [1] - 8:9
**$72** [2] - 12:11, 16:12

## /

**/s** [1] - 82:12

## 1

**1** [10] - 8:7, 48:14, 50:16, 50:18, 51:1, 56:11, 56:19, 57:24, 69:4, 69:6
**1's** [1] - 56:15
**1,000** [1] - 40:2
**1.4** [1] - 14:19
**10** [4] - 53:1, 57:9, 57:10, 57:25
**10005** [1] - 1:25
**119,754** [1] - 48:12
**12** [3] - 28:24, 46:21, 60:1
**12/20** [1] - 42:12
**120,000** [1] - 12:11
**121** [4] - 10:10, 38:7, 67:20, 67:23
**12P** [1] - 72:10
**12th** [5] - 8:12, 8:13, 9:11, 11:12, 35:16
**13** [1] - 60:12
**1301** [1] - 1:14
**14** [4] - 1:6, 64:17, 77:21, 77:22
**14th** [2] - 8:22, 10:19
**15** [2] - 60:22, 69:19
**151** [2] - 38:7, 67:21
**18** [2] - 42:4, 68:25
**1956** [2] - 9:23, 37:25
**1984** [1] - 68:24
**1994** [1] - 44:24
**1999** [1] - 44:24
**19th** [1] - 82:10

## 2

**2,000** [1] - 48:12
**20** [2] - 8:8, 8:18
**20001** [2] - 2:5, 82:14
**20005** [2] - 1:15, 1:18

**2007** [1] - 43:3
**2010** [2] - 43:4, 46:5
**2011** [1] - 42:24
**2013** [2] - 43:5, 57:12
**2014** [1] - 42:17
**2015** [1] - 50:5
**2016** [17] - 12:12, 12:25, 13:4, 16:13, 42:24, 46:23, 48:10, 49:24, 51:18, 56:1, 56:7, 56:9, 58:5, 62:22, 63:18, 64:17, 78:3
**2017** [6] - 16:25, 46:6, 50:17, 56:10, 56:14, 56:20
**2018** [2] - 42:20, 57:1
**2019** [5] - 42:20, 46:2, 57:8, 57:14, 57:20
**202** [2] - 2:5, 82:15
**2020** [2] - 42:22, 51:17
**2021** [2] - 20:16, 55:6
**2022** [11] - 10:19, 10:20, 12:25, 13:4, 14:2, 20:17, 56:2, 62:22, 64:18, 78:15
**2023** [2] - 26:3, 42:10
**2024** [2] - 1:6, 82:10
**20530** [1] - 1:21
**20th** [1] - 56:10
**21** [2] - 13:24, 64:16
**22** [1] - 29:10
**2255** [1] - 77:13
**22nd** [1] - 56:9
**23-00239-CKK** [1] - 1:3
**23-239-1** [1] - 3:9
**25** [1] - 17:24
**25,000** [2] - 13:24, 13:25
**25th** [2] - 4:8, 8:23
**27th** [1] - 57:14
**28** [2] - 19:3, 26:12
**28th** [1] - 56:20
**2:06** [1] - 1:7
**2nd** [1] - 57:20

## 3

**30** [6] - 10:5, 10:9, 35:4, 42:25, 59:19, 75:7
**30,000** [1] - 10:11
**32** [8] - 1:24, 18:17, 35:5, 37:10, 37:17, 37:21, 38:5, 38:6
**32(i)(3)(A)** [1] - 11:10

**32(i)(3)(B)** [1] - 11:13
**33** [1] - 30:22
**333** [2] - 2:4, 82:14
**34** [2] - 9:23, 37:24
**35** [1] - 10:3
**35,000** [1] - 38:9
**354-3269** [2] - 2:5, 82:15
**3553** [1] - 69:1
**3553(a** [5] - 11:24, 26:8, 33:9, 34:19, 42:4
**36-month** [1] - 69:5
**37** [1] - 42:5
**3rd** [1] - 10:20

## 4

**4** [2] - 17:1
**4C1.1(a)(6** [1] - 36:10
**4S** [2] - 48:14, 50:16

## 5

**5** [4] - 52:25, 57:2, 57:3, 57:25
**50** [2] - 25:19, 68:10
**50.4** [1] - 67:23
**500,000** [2] - 10:11, 38:9
**5H1.1** [1] - 14:19
**5H1.6** [1] - 14:19
**5K1** [1] - 33:10
**5K1.1** [8] - 10:15, 11:3, 33:7, 33:19, 33:20, 34:16, 67:19, 67:20

## 6

**6** [1] - 52:25
**60** [3] - 17:24, 68:17, 69:4
**60-month** [1] - 67:21
**601** [1] - 1:21
**62** [1] - 26:5
**655** [1] - 1:15
**6706** [1] - 2:4

## 7

**7** [5] - 52:25, 56:21, 56:23, 57:15, 57:25
**7's** [1] - 56:21
**70** [4] - 25:25, 33:16, 34:18, 68:1
**71** [2] - 48:17, 63:24

## 8

**8** [1] - 53:1
**8th** [3] - 10:19, 57:8, 78:15

## 9

**9** [1] - 53:1
**90** [2] - 80:5, 81:5
**950** [1] - 1:18
**96** [1] - 19:23
**97** [1] - 10:9

## A

**A's** [1] - 49:25
**abide** [1] - 69:9
**ability** [5] - 19:4, 43:17, 64:8, 75:2, 82:7
**able** [9] - 13:3, 13:23, 17:18, 40:9, 43:12, 45:12, 48:4, 77:18, 80:12
**above-referenced** [2] - 53:7, 58:11
**abroad** [1] - 55:20
**absolutely** [2] - 7:5, 80:9
**absorb** [1] - 60:2
**abuse** [8] - 19:5, 26:17, 44:12, 73:23, 73:24, 74:4, 74:5, 79:6
**abuses** [1] - 64:8
**abusing** [3] - 26:13, 26:17, 26:25
**accept** [5] - 23:10, 65:13, 65:14, 65:21, 74:19
**acceptable** [1] - 20:12
**acceptance** [5] - 10:3, 20:3, 27:12, 38:2, 38:4
**accepting** [2] - 19:18, 65:13
**access** [17] - 12:8, 29:20, 47:8, 48:3, 48:4, 48:7, 48:11, 48:20, 48:22, 49:6, 49:13, 50:3, 70:18, 71:3, 71:19, 72:9, 73:18
**accessible** [1] - 70:12
**accessing** [1] -

70:16
**accolades** [1] - 63:17
**accommodation** [1] - 22:13
**accomplishments** [2] - 58:21, 60:24
**accordance** [2] - 69:8, 70:4
**according** [2] - 14:18, 64:12
**accordingly** [1] - 11:2
**account** [12] - 54:13, 54:16, 55:7, 55:10, 56:18, 56:23, 57:2, 57:4, 57:6, 57:17, 58:7, 68:4
**accountholders** [1] - 56:16
**accounts** [33] - 13:19, 43:14, 49:10, 49:13, 49:16, 50:20, 51:3, 51:22, 52:1, 52:18, 52:20, 52:23, 52:25, 53:10, 53:17, 53:23, 54:1, 54:2, 54:6, 54:7, 54:9, 54:10, 54:12, 54:25, 56:4, 56:11, 56:17, 56:19, 58:3, 59:13, 70:23, 70:25
**accurate** [1] - 82:4
**acknowledge** [1] - 15:15
**acknowledged** [1] - 32:2
**acknowledges** [1] - 22:19
**acknowledging** [1] - 32:3
**acquire** [1] - 70:18
**acquired** [2] - 54:12, 56:24
**Act** [7] - 17:13, 29:16, 30:7, 46:19, 58:2, 58:13, 68:24
**act** [1] - 47:20
**Action** [1] - 1:3
**actions** [5] - 15:10, 39:3, 40:19, 63:22, 64:2
**activities** [4] - 12:15, 13:13, 47:15, 72:17
**activity** [7] - 38:18, 48:19, 49:20, 51:15, 53:24, 55:18, 72:10
**acts** [1] - 39:6
**actual** [1] - 46:13
**actuality** [1] - 57:5

**add** [1] - 78:13
**added** [3] - 18:13, 37:25
**Adderall** [6] - 19:5, 26:13, 26:17, 59:16, 62:9, 62:10
**addiction** [4] - 59:15, 62:9, 63:1, 67:15
**addition** [7] - 27:1, 41:24, 42:1, 43:18, 50:5, 60:23, 69:7
**additional** [11] - 4:9, 6:3, 9:24, 36:12, 37:2, 39:9, 48:5, 56:17, 70:19, 70:25
**additionally** [1] - 54:3
**address** [4] - 11:18, 35:1, 38:12, 75:7
**addresses** [2] - 51:5, 56:11
**adjusting** [1] - 45:21
**adjustment** [3] - 9:14, 9:16, 45:19
**admitted** [1] - 27:3
**adopt** [1] - 11:14
**adopted** [2] - 35:6, 37:19
**adopting** [1] - 10:25
**adult** [1] - 61:12
**advanced** [1] - 47:6
**advantage** [1] - 76:19
**adversaries** [1] - 41:6
**advice** [2] - 59:23, 61:7
**advisor** [2] - 42:17, 61:4
**advisory** [5] - 9:22, 10:8, 10:14, 41:24, 69:1
**affected** [1] - 40:12
**affects** [1] - 64:9
**afford** [1] - 77:24
**afternoon** [7] - 3:1, 3:16, 3:17, 4:4, 7:9, 7:21, 7:22
**age** [2] - 14:13, 60:2
**agencies** [2] - 75:11, 75:14
**agency** [1] - 43:4
**aggravating** [2] - 36:19, 36:20
**ago** [4] - 35:22, 38:14, 60:12, 60:23
**agree** [4] - 32:14, 37:6, 43:9, 76:9
**agreed** [3] - 46:17, 50:10, 76:8

**agreeing** [1] - 76:23
**agreement** [3] - 24:20, 37:3, 77:12
**agreements** [1] - 77:7
**ahead** [5] - 4:23, 5:8, 8:1, 9:2, 16:2
**aid** [1] - 8:15
**alcohol** [2] - 14:18, 14:19
**Alden** [1] - 3:14
**Alexandria** [2] - 30:14, 61:17
**allocution** [1] - 11:5
**allow** [3] - 71:14, 71:19, 75:17
**allowed** [1] - 50:1
**allows** [1] - 53:15
**almost** [2] - 16:4, 40:2
**alone** [2] - 22:17, 34:16
**AlphaBay** [1] - 51:4
**alter** [1] - 72:3
**alternative** [1] - 50:7
**amend** [1] - 8:25
**amended** [8] - 4:7, 4:11, 4:16, 6:18, 7:2, 8:19, 76:1, 79:22
**amends** [1] - 39:3
**AMERICA** [1] - 1:3
**American** [1] - 45:22
**AML** [3] - 52:22, 56:22, 58:10
**amount** [4] - 19:21, 50:6, 74:25, 75:22
**amounts** [3] - 52:19, 53:12, 53:13
**Andrews** [1] - 5:21
**anonymity** [3] - 52:4, 52:9, 53:21
**anonymity-enhanced** [1] - 53:21
**anonymity-enhancing** [1] - 52:4
**anonymize** [1] - 72:10
**anonymizing** [1] - 72:11
**anti** [1] - 21:17
**anti-money** [1] - 21:17
**antisemitism** [2] - 27:25, 45:7
**anyway** [2] - 24:8, 80:22
**apart** [3] - 21:2, 21:3, 26:9
**API** [1] - 50:2
**apologies** [5] - 4:12,

6:17, 18:4, 36:15, 81:10
**apologize** [4] - 36:3, 39:4, 39:17, 39:22
**appeal** [10] - 76:7, 76:10, 76:15, 76:19, 76:23, 77:8, 77:9, 77:20, 77:22, 77:24
**Appeals** [1] - 73:14
**appearance** [1] - 48:1
**aPPEARANCES** [1] - 1:12
**apples** [1] - 33:8
**appliances** [1] - 70:14
**applicable** [1] - 18:15
**application** [2] - 50:1, 72:8
**applications** [2] - 71:21, 72:12
**apply** [5] - 9:17, 36:18, 41:3, 41:7, 77:19
**appointed** [1] - 78:1
**appreciate** [3] - 14:15, 32:3, 37:1
**approached** [2] - 20:24, 21:1
**appropriate** [8] - 17:23, 18:1, 33:12, 42:2, 66:25, 75:11, 75:18, 80:4
**approved** [6] - 70:19, 71:5, 72:5, 72:22, 73:14, 75:12
**April** [1] - 56:10
**area** [1] - 61:11
**areas** [1] - 73:6
**argue** [1] - 31:24
**argues** [2] - 60:17
**arguing** [1] - 35:8
**argument** [7] - 29:23, 31:6, 33:15, 33:20, 36:7, 36:8, 36:17
**arguments** [1] - 41:25
**arrest** [7] - 10:18, 13:1, 14:2, 42:12, 42:17, 64:15, 64:21
**arrested** [11] - 10:18, 16:16, 16:25, 19:15, 20:17, 22:20, 22:24, 23:18, 64:20, 64:25, 81:12
**arresting** [1] - 23:14
**arrived** [1] - 45:20
**arsenal** [1] - 25:3

**ashamed** [1] - 20:22
**aside** [2] - 34:19, 43:16
**aspect** [1] - 23:25
**aspects** [1] - 66:22
**assaults** [1] - 28:24
**assessment** [4] - 10:12, 14:24, 38:10, 69:8
**asset** [2] - 21:22, 58:25
**assets** [4] - 39:12, 43:16, 57:13, 64:13
**assist** [2] - 13:17, 25:10
**assistance** [12] - 13:15, 15:12, 15:15, 19:25, 23:20, 24:11, 24:21, 39:20, 53:8, 54:4, 77:8, 77:17
**assistant** [1] - 70:15
**assisted** [1] - 53:25
**assisting** [1] - 41:14
**assists** [1] - 47:12
**associated** [3] - 51:3, 52:14, 54:15
**assuming** [3] - 5:12, 76:19, 81:3
**assumption** [1] - 37:18
**assurance** [1] - 24:20
**ATM** [1] - 55:5
**ATMs** [2] - 52:2, 55:1
**attacks** [1] - 77:12
**attempt** [2] - 49:9, 74:6
**attest** [1] - 46:1
**attesting** [1] - 21:9
**attitude** [1] - 61:21
**attorney** [1] - 72:18
**ATTORNEY'S** [1] - 1:20
**Attorney's** [1] - 73:21
**audience** [1] - 5:19
**August** [3] - 48:10, 56:1, 56:9
**authority** [1] - 77:1
**Authority** [1] - 59:1
**authorize** [3] - 48:7, 48:11, 73:19
**authorizing** [1] - 70:5
**automate** [1] - 53:14
**Avenue** [4] - 1:14, 1:18, 2:4, 82:14
**average** [3] - 26:3, 26:4, 26:6
**avoid** [3] - 16:7,

52:7, 55:5
**avoided** [1] - 63:15
**avoiding** [1] - 52:13
**award** [1] - 76:25
**aware** [2] - 11:21, 39:17
**aways** [1] - 28:3

## B

**background** [5] - 46:18, 58:16, 58:20, 67:13, 67:14
**bad** [1] - 39:6
**balance** [2] - 28:22, 40:25
**balanced** [1] - 32:8
**balancing** [1] - 33:11
**Bank** [4] - 17:13, 46:19, 58:1, 58:13
**bank** [5] - 13:19, 52:1, 54:6, 54:25
**banks** [1] - 54:9
**Barry** [1] - 5:20
**base** [2] - 9:23, 37:24
**based** [11] - 10:16, 33:18, 33:20, 37:25, 38:2, 54:23, 56:12, 68:14, 73:12, 77:15
**basic** [1] - 69:13
**basis** [4] - 44:18, 67:14, 76:11, 77:8
**BCE** [19] - 46:24, 47:3, 47:5, 48:9, 49:5, 49:9, 49:14, 49:16, 49:17, 49:18, 49:25, 50:4, 51:19, 56:7, 57:7, 57:23, 58:5
**BCE's** [5] - 48:6, 48:11, 48:19, 49:2, 49:6
**beat** [1] - 20:11
**became** [1] - 44:25
**becomes** [1] - 72:6
**BEFORE** [1] - 1:10
**beforehand** [1] - 65:2
**began** [1] - 50:17
**beginning** [3] - 39:11, 46:22, 50:16
**beginnings** [1] - 27:22
**begun** [1] - 39:21
**behaved** [1] - 27:15
**behavior** [2] - 14:23, 39:2
**behind** [1] - 13:13
**believes** [1] - 14:22
**belonging** [2] - 47:5,

48:9
**below** [1] - 51:22
**benefit** [1] - 25:12
**benefited** [1] - 15:12
**benefits** [4] - 15:21, 31:21, 31:22, 52:9
**Berke** [1] - 5:20
**best** [5] - 13:2, 20:24, 32:19, 68:4, 82:7
**better** [5] - 35:21, 37:20, 39:23, 59:4, 75:24
**between** [7] - 12:25, 47:20, 47:23, 56:9, 59:8, 60:13, 66:19
**beyond** [1] - 67:18
**big** [1] - 27:17
**biggest** [1] - 19:14
**billion** [4] - 12:12, 14:2, 16:13, 64:18
**billions** [1] - 63:11
**biochemist** [1] - 44:20
**bit** [2] - 12:4, 46:9
**Bitcoin** [10] - 12:10, 12:11, 13:5, 13:22, 13:25, 19:7, 24:2, 52:10
**Bitfinex** [12] - 5:19, 5:20, 12:21, 14:12, 18:16, 19:6, 36:10, 39:5, 39:15, 63:19, 64:3, 64:17
**Bitfinex's** [1] - 12:19
**blockchain** [2] - 50:12, 52:5
**bonded** [1] - 59:19
**book** [1] - 26:4
**born** [3] - 27:21, 44:18, 44:22
**bottom** [2] - 25:20, 67:23
**brain** [1] - 40:19
**break** [2] - 35:19, 37:12
**breaking** [1] - 53:19
**brief** [1] - 11:22
**briefed** [4] - 6:7, 35:12, 35:18, 36:5
**briefing** [3] - 5:5, 9:8, 80:6
**briefly** [1] - 37:23
**bright** [2] - 21:12, 60:19
**bring** [2] - 55:4, 57:18
**broadcast** [1] - 24:6
**brokers** [2] - 54:8, 54:10

**brother** [6] - 3:23, 44:21, 45:14, 59:9, 59:25, 60:9
**brought** [3] - 35:17, 66:12, 78:4
**BROWN** [1] - 1:17
**Brown** [1] - 3:15
**BTC** [10] - 48:12, 50:18, 50:23, 52:3, 52:15, 53:20, 54:22, 54:24, 56:25, 57:11
**build** [1] - 42:18
**bulk** [2] - 20:18, 27:6
**bullied** [1] - 45:23
**Bureau** [8] - 30:16, 30:17, 31:8, 69:3, 74:18, 78:16, 78:24, 79:19
**buried** [1] - 53:4
**business** [7] - 39:8, 42:18, 43:8, 53:23, 54:2, 57:16, 58:1
**businesses** [4] - 43:11, 52:25, 65:7, 65:24
**buy** [1] - 13:5
**BWC's** [1] - 48:13
**BY** [1] - 2:2

## C

**Cahill** [2] - 3:18, 3:20
**CAHILL** [1] - 1:24
**cakewalk** [1] - 25:16
**calculation** [4] - 18:17, 31:5, 35:25, 36:2
**calculations** [2] - 9:20, 37:19
**camp** [1] - 79:2
**cannot** [1] - 30:6
**capabilities** [1] - 71:19
**capable** [1] - 27:13
**card** [2] - 54:14, 55:5
**cards** [4] - 54:6, 54:15, 55:2, 55:4
**care** [7] - 6:23, 7:17, 8:14, 45:13, 59:15, 60:8, 61:2
**career** [2] - 41:4, 59:23
**careful** [1] - 63:21
**cares** [1] - 60:6
**caring** [1] - 61:9
**carried** [1] - 63:18
**case** [20] - 3:8, 5:22, 13:8, 13:9, 16:5, 16:12, 16:19, 16:24,

17:6, 22:17, 28:8, 32:18, 39:11, 39:19, 41:15, 42:1, 64:7, 74:25, 75:4, 76:11
**Case** [1] - 3:9
**cases** [18] - 15:12, 16:10, 16:17, 16:20, 16:22, 17:9, 17:16, 32:11, 32:13, 32:16, 32:19, 33:2, 33:3, 66:11, 66:13, 68:11
**catch** [1] - 36:4
**Category** [2] - 10:7, 10:9
**category** [1] - 34:3
**CATHERINE** [1] - 1:16
**caused** [7] - 18:16, 19:17, 36:9, 37:4, 39:9, 48:24, 64:3
**Center** [1] - 61:18
**center** [2] - 30:8, 61:13
**CEO** [2] - 42:21, 42:24
**certain** [3] - 40:4, 48:20, 58:15
**certainly** [17] - 6:1, 23:5, 31:25, 33:11, 45:8, 46:1, 58:16, 62:14, 62:21, 62:25, 63:1, 65:7, 65:22, 67:1, 68:7, 68:10
**CERTIFICATE** [1] - 82:1
**certification** [1] - 42:10
**certify** [1] - 82:4
**cetera** [1] - 77:14
**CGA** [2] - 48:14, 50:16
**chain** [1] - 53:22
**challenges** [1] - 58:21, 59:2
**challenging** [1] - 14:8
**chance** [1] - 58:24
**change** [3] - 37:12, 75:7, 75:8
**changes** [1] - 77:18
**chapter** [2] - 21:10, 28:20
**character** [1] - 62:2
**characteristics** [2] - 14:6, 27:19
**charged** [1] - 15:16
**charges** [1] - 63:4
**charging** [1] - 23:14
**check** [3] - 79:12, 79:13, 81:2

**checked** [1] - 80:18
**Chicago** [2] - 28:1, 46:4
**child** [1] - 45:22
**childhood** [2] - 14:8, 59:21
**children** [1] - 46:3
**ChipMixer** [1] - 52:10
**chooses** [1] - 30:1
**chose** [5] - 14:13, 15:8, 16:14, 19:6, 40:7
**Chris** [1] - 3:15
**CHRISTOPHER** [1] - 1:17
**chute** [1] - 55:21
**Circuit** [1] - 64:4
**circumstance** [1] - 17:8
**circumstances** [7] - 12:1, 14:10, 14:25, 22:22, 26:10, 27:2, 45:6
**circumvention** [1] - 72:2
**cite** [2] - 16:19, 16:20
**cited** [3] - 11:4, 17:10, 32:11
**cites** [1] - 16:17
**citizen** [1] - 44:25
**citizens** [1] - 44:23
**citizenship** [1] - 45:1
**city** [1] - 45:10
**claim** [2] - 6:11, 77:16
**claims** [3] - 5:7, 6:9, 76:11
**clarification** [1] - 18:11
**clarify** [2] - 4:5, 4:10
**clear** [2] - 6:1, 8:1
**clearly** [2] - 37:21, 58:21
**Clerk** [2] - 75:6, 75:8
**client** [1] - 47:23
**close** [5] - 25:13, 28:22, 30:21, 32:7, 58:22
**close-knit** [1] - 58:22
**closed** [1] - 43:4
**cloud** [2] - 26:17, 72:25
**Co** [1] - 46:2
**co** [1] - 6:16
**co-counsel** [1] - 6:16
**Co-Defendant** [1] - 46:2
**cockroaches** [1] - 29:6

**coded** [1] - 54:14
**cofounder** [2] - 42:25, 43:2
**Coie** [1] - 5:21
**Coin** [1] - 52:12
**CoinJoins** [2] - 51:6, 52:10
**coins** [3] - 52:13, 53:3, 53:6
**collapsing** [1] - 45:7
**collateral** [2] - 76:19, 77:12
**colleague** [1] - 6:15
**colleagues** [2] - 3:19, 18:9
**collected** [1] - 12:7
**collection** [1] - 70:1
**COLLEEN** [1] - 1:10
**college** [4] - 42:7, 43:6, 46:5, 65:6
**Columbia** [4] - 2:3, 55:13, 58:14, 82:13
**COLUMBIA** [2] - 1:1, 1:20
**combination** [1] - 62:11
**combines** [1] - 29:4
**combining** [1] - 68:14
**coming** [1] - 59:2
**commensurate** [2] - 25:23, 68:11
**commerce** [1] - 49:1
**commingled** [1] - 49:16
**commit** [4] - 17:5, 22:6, 66:8, 69:16
**commitment** [1] - 20:25
**committed** [7] - 17:4, 19:1, 21:21, 26:24, 27:21, 67:8, 69:3
**committing** [2] - 62:16, 62:21
**commonly** [1] - 47:7
**communication** [2] - 49:1, 72:18
**communications** [1] - 72:25
**companies** [2] - 21:17, 21:19
**company** [11] - 6:2, 19:4, 42:16, 42:18, 42:21, 42:25, 43:6, 50:9, 57:3, 59:7, 60:16
**comparable** [1] - 66:15
**complaint** [2] - 81:11, 81:12

**complete** [2] - 20:3, 82:6

**completed** [1] - 42:14

**completely** [3] - 24:18, 26:22, 41:16

**completion** [1] - 75:15

**complex** [3] - 38:15, 50:19, 66:4

**compliance** [1] - 21:18

**complicated** [3] - 13:10, 21:21, 31:4

**comply** [1] - 70:7

**compromise** [1] - 48:4

**compromised** [3] - 47:4, 47:17, 48:2

**computation** [1] - 35:3

**computer** [37] - 12:6, 12:9, 12:15, 13:14, 21:15, 28:18, 42:22, 43:8, 43:9, 47:2, 47:4, 47:8, 47:13, 48:20, 49:2, 53:14, 65:7, 70:12, 70:19, 70:22, 71:1, 71:2, 71:6, 71:10, 71:13, 71:15, 71:17, 72:4, 72:6, 72:13, 72:14, 72:20, 72:21, 72:24

**computer-hacking** [1] - 12:15

**computers** [8] - 12:20, 21:4, 42:9, 47:17, 59:20, 70:13, 71:3, 72:14

**computing** [2] - 55:21

**conceal** [4] - 48:19, 50:22, 51:12, 55:18

**concealed** [2] - 47:15, 53:3

**concealing** [1] - 64:6

**concern** [1] - 32:3

**concerned** [1] - 16:5

**concerns** [2] - 22:2, 22:8

**concluded** [2] - 64:4, 81:14

**conclusions** [1] - 58:15

**concrete** [1] - 29:5

**condition** [11] - 26:23, 29:1, 44:14, 44:15, 44:16, 44:17, 73:4, 73:5, 73:11, 76:25

**conditions** [10] - 69:10, 69:11, 69:15, 70:8, 70:9, 71:11, 71:20, 73:14, 73:15, 77:1

**conduct** [14] - 12:5, 19:17, 28:12, 32:20, 53:7, 63:2, 64:22, 68:22, 69:13, 71:14, 73:3, 76:12, 76:17, 76:22

**conducted** [5] - 47:1, 71:18, 71:25, 73:1, 73:7

**conference** [1] - 61:5

**Confers** [1] - 6:16

**confers** [2] - 30:4, 78:20

**configuration** [1] - 71:9

**configurations** [2] - 71:21, 72:1

**configure** [1] - 71:4

**configured** [1] - 71:7

**confirm** [1] - 7:1

**conflict** [4] - 27:12, 27:14, 27:15, 79:14

**conflicts** [1] - 80:7

**conformance** [1] - 42:3

**connected** [2] - 60:11, 70:8

**connectible** [1] - 70:17

**conned** [1] - 17:2

**conquered** [1] - 67:16

**consent** [6] - 4:22, 6:19, 6:20, 6:24, 7:12, 7:24

**consented** [1] - 4:13

**consents** [1] - 7:1

**consequences** [3] - 65:11, 65:24, 66:9

**consideration** [1] - 68:25

**considerations** [3] - 14:20, 33:10, 66:23

**considered** [4] - 34:11, 46:12, 67:18, 79:5

**considers** [1] - 41:25

**consistent** [1] - 8:12

**conspiracy** [11] - 8:8, 9:12, 9:16, 9:25, 10:2, 16:10, 27:3, 38:4, 54:3, 55:8

**constitutes** [1] - 82:4

**Constitution** [2] - 2:4, 82:14

**constitutional** [1] - 76:22

**consultant** [1] - 44:22

**consultation** [1] - 74:11

**contact** [1] - 7:3

**contacts** [1] - 45:25

**contain** [2] - 71:18, 73:6

**contained** [3] - 29:10, 55:22, 58:19

**contemplating** [1] - 22:21

**contend** [1] - 35:13

**contention** [1] - 36:22

**contested** [2] - 5:4, 9:9

**continue** [1] - 29:12

**continuing** [1] - 22:14

**contrary** [1] - 65:2

**contributions** [2] - 21:16, 38:23

**control** [1] - 48:15

**controlled** [2] - 69:17, 69:18

**controlling** [1] - 55:10

**controls** [1] - 52:22

**conversations** [1] - 59:21

**converted** [2] - 54:5, 54:23

**converting** [5] - 51:25, 52:3, 52:11, 53:2, 53:20

**conviction** [4] - 20:8, 24:5, 76:10, 77:10

**convictions** [2] - 10:6, 67:11

**Cook** [1] - 59:1

**cooperate** [7] - 15:8, 15:21, 16:4, 16:15, 31:20, 31:23, 70:1

**cooperated** [3] - 22:19, 23:18, 33:5

**cooperates** [1] - 31:19

**cooperating** [2] - 19:19, 24:7

**cooperation** [22] - 10:17, 10:20, 10:22, 14:25, 20:4, 20:24, 22:16, 22:18, 22:21, 23:12, 23:19, 25:22, 26:9, 31:18, 32:9, 34:15, 66:23, 68:3, 68:5, 68:9, 68:12,

68:15

**cooperator** [3] - 25:3, 31:14, 31:15

**cooperators** [5] - 20:10, 25:4, 26:5, 33:3, 33:4

**corporation** [1] - 43:5

**correct** [9] - 5:15, 26:2, 30:10, 35:24, 37:17, 37:23, 76:4, 81:6

**correctly** [1] - 8:3

**corresponding** [1] - 54:24

**cost** [1] - 77:25

**costs** [1] - 72:5

**counsel** [19] - 3:11, 3:14, 4:15, 6:16, 7:4, 7:14, 11:4, 11:18, 18:23, 26:8, 64:23, 66:12, 67:1, 67:24, 68:12, 77:9, 77:17, 78:1, 78:11

**counseling** [1] - 26:24

**counsels** [1] - 32:9

**Count** [3] - 8:7, 69:4, 69:6

**country** [3] - 23:6, 48:1, 59:2

**County** [1] - 59:1

**couple** [1] - 67:25

**courier** [1] - 54:20

**couriers** [1] - 13:18

**course** [6] - 4:23, 6:10, 48:23, 49:4, 54:3, 64:9

**COURT** [77] - 1:1, 3:1, 3:5, 3:16, 3:25, 4:3, 4:13, 4:17, 4:20, 5:11, 5:17, 5:25, 6:22, 7:3, 7:6, 7:11, 7:17, 8:1, 8:6, 12:4, 15:25, 18:3, 18:5, 18:9, 18:18, 18:21, 18:23, 22:25, 23:3, 24:13, 24:15, 25:25, 29:22, 30:10, 30:12, 30:23, 31:3, 31:17, 32:14, 32:16, 33:14, 34:1, 34:3, 34:5, 34:7, 34:10, 34:22, 35:8, 35:11, 35:15, 36:1, 36:6, 36:14, 36:16, 36:24, 37:6, 37:11, 37:16, 41:23, 76:2, 76:6, 78:9, 78:11, 78:13, 78:19, 79:1, 79:3, 79:7, 79:12,

79:17, 79:21, 80:3, 80:10, 80:21, 81:1, 81:7, 81:13

**Court** [29] - 2:2, 2:3, 7:10, 10:21, 11:19, 11:21, 14:5, 16:8, 22:8, 22:11, 35:2, 38:12, 41:13, 41:25, 55:12, 67:16, 69:2, 72:7, 73:14, 73:15, 75:1, 75:6, 75:8, 75:21, 77:1, 78:24, 82:12, 82:13

**court** [4] - 15:25, 55:13, 71:11, 76:16

**Court's** [1] - 71:20

**court-ordered** [1] - 71:11

**courtroom** [1] - 3:3

**COURTROOM** [1] - 3:9

**COVID** [1] - 29:7

**create** [1] - 70:24

**created** [4] - 12:9, 19:3, 50:21, 54:8

**credential** [1] - 49:8

**credentials** [6] - 48:7, 48:20, 49:6, 49:7, 49:8, 49:25

**credit** [9] - 30:7, 30:9, 30:21, 30:23, 30:24, 30:25, 31:18, 65:20, 78:14

**credits** [1] - 29:16

**crime** [21] - 6:1, 12:17, 15:17, 17:6, 19:1, 22:6, 26:12, 27:21, 28:9, 38:23, 41:11, 62:16, 62:21, 64:6, 66:10, 67:8, 68:14, 69:16, 70:9, 73:17

**crimes** [5] - 12:3, 14:5, 17:4, 66:8, 66:15

**criminal** [12] - 3:9, 10:5, 13:13, 14:8, 38:18, 40:17, 42:6, 55:23, 63:2, 64:21, 67:11, 68:22

**Criminal** [6] - 1:3, 10:6, 10:9, 11:10, 11:12, 38:6

**criminals** [3] - 15:5, 41:6, 66:2

**CRR** [3] - 2:2, 82:3, 82:12

**crypto** [3] - 57:12, 66:2, 66:15

**cryptocurrency** [4] -

43:14, 57:21, 63:14, 66:17
**CTO** [1] - 42:21
**curious** [2] - 27:9, 60:10
**currencies** [2] - 48:8, 52:15
**currency** [20] - 17:12, 46:19, 48:3, 48:16, 49:10, 49:14, 49:22, 50:7, 51:25, 52:3, 52:5, 53:21, 53:22, 54:24, 55:25, 56:24, 57:16, 63:10, 63:20, 63:23
**custodial** [1] - 20:12
**custody** [6] - 10:9, 20:17, 22:14, 38:6, 48:15, 69:3
**customer** [8] - 49:6, 49:7, 49:8, 49:13, 49:16, 51:7, 51:23, 57:5
**customers** [1] - 48:9
**cyber** [1] - 41:5
**cyberattack** [1] - 47:13
**cybercrime** [5] - 41:8, 70:10, 70:11, 71:11, 71:22
**cybercriminal** [1] - 54:11
**cybercriminals** [2] - 15:19, 47:10
**cybersecurity** [3] - 21:17, 41:4, 47:11
**cyberspace** [1] - 38:19

# D

**D.C** [11] - 1:6, 1:15, 1:18, 1:21, 2:5, 16:20, 16:24, 30:15, 64:4, 74:21, 82:14
**daily** [2] - 13:6, 52:16
**damage** [1] - 65:23
**danger** [2] - 24:8, 25:7
**Daniel** [1] - 16:25
**dark** [1] - 19:5
**darknet** [7] - 17:11, 49:22, 49:23, 51:4, 52:9, 53:18, 54:11
**data** [3] - 47:12, 55:19, 73:1
**date** [2] - 5:9, 8:22
**Dated** [1] - 82:10
**dated** [1] - 8:13

**daughter** [1] - 60:18
**days** [12] - 29:8, 35:22, 40:2, 40:3, 41:15, 68:1, 69:19, 75:7, 77:21, 77:22, 80:5, 81:5
**deal** [2] - 70:6, 79:6
**debit** [3] - 54:5, 54:14, 55:2
**debt** [2] - 40:23, 54:14
**deceived** [1] - 56:5
**December** [1] - 42:20
**deception** [1] - 58:9
**deceptions** [1] - 55:24
**decide** [1] - 15:21
**decided** [1] - 78:2
**deciding** [1] - 31:3
**decision** [5] - 15:24, 16:4, 23:14, 26:16, 78:2
**decisions** [2] - 63:6, 74:22
**declined** [1] - 56:15
**dedicate** [1] - 41:12
**dedicated** [1] - 47:18
**dedication** [1] - 60:3
**deduction** [2] - 9:15, 9:17
**deemed** [1] - 76:21
**deeply** [2] - 38:21, 39:8
**defeat** [2] - 48:5, 52:22
**Defendant** [63] - 1:7, 3:3, 3:18, 10:18, 11:18, 13:12, 13:22, 14:7, 15:8, 16:6, 16:14, 16:24, 17:6, 17:7, 18:15, 30:4, 37:13, 42:5, 44:24, 45:4, 45:9, 45:14, 45:19, 46:2, 58:22, 59:8, 59:11, 59:14, 59:22, 59:23, 59:25, 60:7, 60:9, 60:14, 60:15, 60:17, 60:18, 60:22, 60:24, 61:2, 61:7, 61:8, 61:10, 61:13, 61:15, 61:18, 61:21, 61:23, 62:2, 62:6, 62:10, 62:20, 63:9, 63:12, 63:15, 64:12, 64:20, 65:5, 66:19, 67:5, 67:24, 73:13, 78:20
**DEFENDANT** [3] - 1:22, 4:2, 38:13

**Defendant's** [17] - 6:19, 8:17, 12:5, 12:15, 14:1, 14:5, 14:16, 14:22, 14:25, 15:11, 15:24, 16:4, 17:10, 60:12, 61:20, 62:4, 75:15
**Defendants** [1] - 4:15
**defense** [8] - 11:18, 16:17, 24:6, 36:24, 64:23, 66:11, 68:12, 78:11
**defense's** [1] - 14:15
**define** [1] - 68:21
**defined** [1] - 40:22
**definitely** [1] - 14:9
**defraud** [3] - 16:10, 46:20, 46:24
**degree** [4] - 19:19, 20:4, 42:7, 45:15
**delay** [2] - 4:25, 9:3
**delayed** [1] - 9:1
**deleted** [1] - 55:19
**deleting** [1] - 48:20
**deliberate** [3] - 12:16, 62:24, 64:2
**delivered** [1] - 54:17
**delivering** [1] - 13:19
**depart** [1] - 10:23
**Department** [1] - 58:13
**DEPARTMENT** [2] - 1:14, 1:17
**Department's** [1] - 37:1
**departure** [11] - 8:15, 8:16, 10:14, 11:3, 11:6, 17:22, 33:18, 34:12, 34:15, 34:17, 67:19
**Departure** [1] - 11:1
**departures** [1] - 33:23
**dependence** [1] - 14:19
**deposited** [2] - 54:24, 58:7
**depositing** [1] - 53:17
**deposits** [1] - 57:22
**DEPUTY** [1] - 3:9
**derived** [1] - 58:8
**describe** [3] - 59:8, 62:2, 62:19
**described** [5] - 10:24, 45:5, 61:18, 63:7, 63:12
**describes** [12] - 10:16, 59:10, 59:21,

59:25, 60:9, 60:13, 60:18, 60:24, 61:1, 61:8, 62:5, 63:9
**deserve** [1] - 41:19
**deserves** [2] - 24:24, 24:25
**designate** [1] - 78:24
**designated** [3] - 30:8, 78:23, 80:19
**designation** [2] - 30:18, 74:20
**designed** [5] - 12:9, 50:13, 50:22, 52:21, 72:9
**designing** [1] - 12:22
**desktop** [2] - 47:18, 70:13
**desktop/laptop** [3] - 71:2, 72:14, 72:21
**desperately** [1] - 41:9
**desperation** [1] - 28:6
**destroyed** [1] - 65:3
**detail** [2] - 46:9, 66:24
**detailed** [2] - 12:22, 50:12
**details** [5] - 14:16, 20:6, 23:23, 58:20, 63:21
**detained** [7] - 29:19, 29:25, 30:7, 30:12, 30:23, 30:24, 61:21
**detect** [1] - 64:8
**detection** [1] - 63:15
**Detention** [1] - 61:17
**detention** [5] - 10:19, 29:19, 30:8, 40:1, 61:12
**determine** [4] - 48:21, 68:5, 71:18, 74:5
**determined** [5] - 10:12, 38:9, 69:21, 74:25, 77:3
**determines** [1] - 76:17
**determining** [1] - 42:2
**deterred** [1] - 65:10
**deterrence** [14] - 15:3, 15:13, 15:23, 16:3, 16:6, 22:3, 25:8, 25:9, 28:22, 32:2, 32:4, 32:6, 65:5, 66:1
**detrimental** [1] - 59:6
**develop** [2] - 80:23, 80:24

**developed** [2] - 49:21, 59:11
**device** [4] - 55:21, 55:22, 72:4, 72:20
**device's** [1] - 72:3
**devices** [19] - 55:19, 70:12, 70:15, 70:16, 70:19, 70:22, 71:2, 71:6, 71:10, 71:15, 71:17, 71:24, 72:6, 72:14, 72:21, 72:25, 73:1
**devised** [3] - 38:15, 46:23, 63:18
**devoted** [4] - 12:18, 12:24, 13:20, 61:19
**diagnosis** [4] - 62:8, 63:1, 67:16, 74:16
**dialogue** [1] - 23:11
**difference** [2] - 41:7, 60:1
**differences** [1] - 43:1
**different** [10] - 17:7, 38:25, 43:11, 45:21, 45:24, 59:3, 62:15, 65:12, 65:15, 80:23
**difficult** [3] - 13:21, 50:23, 67:14
**difficulties** [1] - 67:15
**digestive** [1] - 29:1
**digital** [1] - 43:3
**diligence** [2] - 51:24, 58:10
**direct** [2] - 76:15, 77:20
**directed** [1] - 70:2
**direction** [2] - 41:1, 54:5
**directly** [2] - 58:8, 60:3
**disclosed** [2] - 53:4, 55:9
**discovered** [2] - 39:16, 77:15
**discretionary** [1] - 69:10
**discrimination** [1] - 27:25
**discuss** [6] - 9:7, 15:1, 59:15, 62:1, 76:7, 80:1
**discussed** [5] - 5:14, 15:11, 33:17, 33:18, 78:4
**discusses** [1] - 59:1
**discussing** [1] - 6:24
**disguise** [1] - 72:9
**dismiss** [1] - 81:11
**disparities** [2] - 16:8,

32:12
 **dispute** [6] - 6:5,
18:25, 19:8, 19:15,
21:10
 **disputed** [1] - 11:11
 **dissolved** [1] - 43:5
 **distinct** [1] - 64:5
 **distinguishable** [1] -
16:23
 **district** [3] - 25:4,
75:12, 82:13
 **District** [12] - 2:3,
2:3, 16:20, 16:21,
16:24, 17:9, 33:1,
55:12, 58:14, 75:6,
82:13
 **DISTRICT** [4] - 1:1,
1:1, 1:10, 1:20
 **DNA** [1] - 70:1
 **doctorate** [1] - 45:16
 **document** [1] - 54:14
 **dollar** [1] - 52:13
 **dollars** [1] - 14:3
 **dollars'** [2] - 49:15,
63:25
 **domestic** [1] - 41:6
 **done** [17] - 19:16,
19:18, 19:19, 20:23,
22:13, 25:13, 28:22,
30:18, 32:18, 33:6,
39:11, 40:14, 40:22,
64:24, 65:23, 70:3,
79:13
 **dormant** [1] - 50:16
 **double** [1] - 81:2
 **double-check** [1] -
81:2
 **down** [6] - 12:4,
15:25, 21:2, 42:22,
55:21
 **downward** [11] -
8:15, 8:16, 10:14,
10:23, 11:3, 11:6,
17:22, 33:18, 34:9,
34:20, 67:19
 **Downward** [1] - 11:1
 **drug** [6] - 14:19,
26:17, 26:21, 26:23,
69:19, 69:20
 **drug-free** [1] - 26:21
 **drugs** [2] - 14:18,
26:25
 **Dubai** [1] - 23:6
 **due** [2] - 51:23,
58:10
 **Dunn** [1] - 5:20
 **duration** [2] - 74:2,
74:13
 **duress** [1] - 17:5
 **during** [5] - 31:20,

49:4, 54:18, 56:1,
61:23

---

**E**

---

 **early** [8] - 15:21,
22:18, 23:19, 46:22,
51:17, 56:25, 57:12,
67:15
 **earn** [4] - 30:6, 30:9,
30:17, 33:6
 **earned** [2] - 42:15,
61:18
 **easier** [2] - 29:20,
76:7
 **easiest** [1] - 46:15
 **easily** [1] - 10:24
 **Eastern** [1] - 54:22
 **Ecker** [1] - 3:20
 **ECKER** [1] - 1:23
 **education** [2] - 42:7,
72:17
 **EDWARDS** [2] - 2:2,
82:3
 **Edwards** [1] - 82:12
 **effective** [3] - 31:14,
66:24, 67:1
 **effectively** [1] -
29:17
 **effort** [5] - 12:18,
12:24, 37:2, 41:12,
64:10
 **efforts** [5] - 49:12,
51:12, 58:10, 67:3,
72:2
 **eight** [1] - 38:14
 **either** [1] - 77:6
 **elderly** [1] - 17:14
 **electronic** [1] - 72:25
 **elements** [1] - 16:11
 **elided** [1] - 46:12
 **eligible** [1] - 29:18
 **email** [5] - 7:8, 35:2,
56:11, 56:12, 57:9
 **emails** [1] - 20:20
 **embarrassed** [1] -
28:12
 **empathetic** [1] -
61:18
 **empathy** [1] - 61:2
 **emphasize** [2] -
11:23, 15:19
 **employed** [2] -
44:19, 53:8
 **employees** [5] -
39:5, 42:22, 43:1,
56:16, 56:21
 **employer** [1] - 17:1
 **employment** [1] -

72:16
 **encountered** [1] -
63:14
 **encouraged** [1] -
60:16
 **encrypt** [1] - 72:9
 **end** [6] - 5:2, 5:9,
19:12, 19:13, 33:11,
64:21
 **endangering** [1] -
20:9
 **ended** [3] - 14:10,
23:14, 35:4
 **Endpass** [1] - 42:21
 **enforcement** [4] -
16:15, 50:23, 53:5,
55:9
 **enforcement's** [1] -
64:8
 **engage** [3] - 13:3,
14:14, 49:7
 **engaged** [3] - 13:13,
49:19, 59:17
 **engaging** [2] - 53:7,
63:4
 **engineering** [1] -
59:20
 **English** [1] - 45:20
 **enhanced** [3] - 9:12,
51:23, 53:21
 **enhancing** [1] - 52:4
 **enlisted** [2] - 13:16,
51:8
 **ensure** [2] - 22:9,
39:12
 **entered** [3] - 3:3, 8:7,
75:21
 **entering** [1] - 70:24
 **entire** [3] - 26:21,
27:3, 40:12
 **entitled** [1] - 6:6
 **entrepreneur** [4] -
39:7, 43:11, 61:6,
65:6
 **entrepreneurial** [1] -
21:1
 **entrepreneurs** [2] -
60:19, 60:22
 **entry** [2] - 7:1, 77:21
 **environment** [2] -
20:12, 28:23
 **ENZER** [32] - 1:22,
3:17, 18:24, 23:2,
23:5, 24:14, 24:16,
26:2, 30:4, 30:11,
30:20, 31:2, 31:12,
31:25, 32:15, 32:18,
33:25, 34:2, 34:4,
34:6, 34:8, 34:14,
78:12, 78:18, 78:20,

79:2, 79:5, 79:16,
79:20, 80:15, 80:25,
81:6
 **Enzer** [1] - 3:18
 **equally** [1] - 32:21
 **equity** [1] - 42:15
 **equivocated** [1] -
67:5
 **ESQ** [7] - 1:13, 1:16,
1:17, 1:19, 1:22, 1:23,
1:23
 **essence** [1] - 45:24
 **establish** [3] - 54:16,
56:4, 69:13
 **established** [2] -
56:10, 57:2
 **estimated** [1] - 49:15
 **et** [1] - 77:14
 **ethic** [1] - 61:16
 **Eugene** [1] - 7:22
 **European** [1] - 54:23
 **European-based** [1]
- 54:23
 **evaluated** [2] -
40:20, 42:14
 **evaluating** [1] -
25:14
 **evaluation** [2] - 8:19,
74:8
 **event** [1] - 70:24
 **eventually** [1] -
45:17
 **evidence** [6] - 23:1,
23:3, 55:22, 65:4,
73:6, 77:16
 **evidently** [10] - 9:8,
42:9, 45:1, 45:22,
59:5, 60:2, 61:13,
65:8, 66:18, 67:15
 **evil** [1] - 27:16
 **exactly** [3] - 32:25,
35:10, 65:23
 **example** [3] - 16:23,
55:19, 60:7
 **examples** [3] -
16:17, 17:18, 72:16
 **excellent** [1] - 16:2
 **except** [2] - 40:6,
77:14
 **exceptions** [1] - 77:4
 **exchange** [9] -
17:12, 19:6, 49:14,
50:2, 52:8, 52:22,
54:23, 63:10
 **exchange-to-
exchange** [1] - 52:8
 **exchanges** [8] -
47:23, 49:11, 51:6,
52:5, 52:17, 52:18,
55:25, 63:20

 **excited** [1] - 60:19
 **excluded** [3] - 35:13,
36:11, 36:23
 **excuse** [1] - 39:1
 **excused** [1] - 81:7
 **excuses** [1] - 39:1
 **execute** [1] - 75:13
 **executive** [2] -
59:14, 62:5
 **exists** [1] - 73:4
 **expect** [1] - 31:15
 **expectations** [1] -
69:13
 **expected** [1] - 23:15
 **expended** [1] - 39:18
 **expensive** [1] - 66:5
 **experience** [1] -
39:10
 **experienced** [1] -
27:24
 **experiences** [1] -
62:17
 **explained** [1] - 17:17
 **explicate** [1] - 10:21
 **explicitly** [1] - 51:17
 **exploited** [1] - 12:7
 **exploits** [1] - 47:7
 **extension** [1] - 55:11
 **extent** [3] - 15:18,
22:8, 77:15
 **extradite** [1] - 23:7
 **extraordinary** [11] -
10:17, 19:20, 20:5,
23:22, 25:21, 25:22,
25:24, 42:8, 43:10,
65:8, 68:19
 **extremely** [2] - 12:5,
27:22

---

**F**

---

 **face** [1] - 65:10
 **faces** [1] - 41:5
 **facilitating** [1] - 64:6
 **facility** [2] - 29:19,
30:14
 **fact** [6] - 11:5, 19:8,
25:3, 28:15, 57:23,
73:12
 **factor** [2] - 23:19,
63:2, 65:12, 65:15,
65:18, 66:2
 **factors** [7] - 11:25,
23:19, 26:8, 33:9,
34:11, 34:20, 42:3
 **facts** [5] - 20:2,
26:12, 27:4, 27:7,
32:9
 **factual** [1] - 6:13

**factually** [3] - 16:9, 16:22, 17:18
**failed** [1] - 55:10
**failure** [1] - 73:8
**fair** [2] - 42:2, 68:13
**fairly** [1] - 31:4
**faith** [3] - 24:23, 24:24, 25:5
**fall** [3] - 76:13, 76:17, 76:22
**false** [5] - 46:24, 55:24, 56:3, 56:4, 57:22
**falsely** [3] - 56:22, 57:10, 57:17
**familiar** [1] - 13:9
**families** [1] - 28:4
**family** [22] - 14:17, 14:20, 19:11, 27:24, 28:8, 28:11, 29:10, 38:16, 39:22, 45:8, 45:9, 46:1, 58:23, 59:22, 60:6, 60:20, 61:3, 61:19, 65:25, 67:6, 72:18
**far** [1] - 44:16
**fascinated** [1] - 40:10
**father** [5] - 44:19, 45:15, 45:17, 58:25, 61:20
**father-in-law** [1] - 61:20
**fault** [2] - 37:20, 41:21
**favor** [5] - 14:23, 15:14, 26:8, 27:20, 32:10
**favorably** [1] - 61:15
**FCI** [2] - 78:24, 79:2
**February** [8] - 10:19, 20:16, 56:2, 56:14, 56:20, 57:1, 78:15
**federal** [3] - 20:12, 26:4, 69:16
**Federal** [2] - 11:9, 11:12
**feelings** [1] - 19:5
**fell** [1] - 19:4
**fellow** [1] - 21:8
**few** [2] - 20:16, 41:15
**fiat** [3] - 51:25, 54:24, 54:25
**fictitious** [3] - 53:10, 54:1, 56:3
**FIELD** [1] - 2:1
**fight** [1] - 41:7
**file** [3] - 77:18, 77:23, 77:25
**filed** [4] - 4:25, 5:4,

10:13, 77:21
**files** [1] - 48:21
**filing** [3] - 4:16, 15:11, 77:22
**fill** [1] - 6:12
**final** [1] - 35:6
**finally** [2] - 16:7, 41:13
**finance** [1] - 72:19
**finances** [3] - 21:7, 43:14, 73:18
**financial** [18] - 14:14, 36:10, 37:4, 38:16, 43:17, 49:19, 51:24, 55:25, 56:6, 57:25, 58:11, 64:9, 73:16, 73:19, 73:20, 73:21, 75:5, 75:9
**FinCEN** [3] - 46:19, 58:2, 58:13
**findings** [2] - 11:9, 11:11
**fine** [7] - 8:9, 10:11, 38:9, 43:17, 75:3, 80:21
**firm** [1] - 3:20
**first** [12] - 12:1, 12:19, 14:12, 24:18, 28:2, 28:3, 39:4, 45:10, 45:23, 50:15, 61:5, 61:6
**First** [5] - 29:16, 29:24, 30:7, 30:19, 31:3
**first-time** [1] - 61:6
**fit** [2] - 32:16, 34:11
**five** [7] - 16:20, 27:15, 29:15, 29:17, 63:4, 63:24, 67:22
**five-year** [2] - 29:15, 29:17
**fix** [1] - 39:15
**FLETCHER** [4] - 1:23, 6:25, 36:25, 37:8
**Fletcher** [1] - 3:20
**flip** [2] - 25:2, 25:9
**floor** [1] - 29:5
**flow** [1] - 53:20
**fluctuates** [1] - 52:15
**focused** [1] - 21:9
**Fog** [2] - 24:2, 52:10
**folks** [1] - 21:19
**follow** [3] - 7:9, 73:25, 74:9
**following** [9] - 3:4, 37:15, 42:1, 48:18, 51:8, 51:20, 56:8, 69:10, 70:7
**FOR** [5] - 1:1, 1:13,

1:20, 1:22, 2:1
**foregoing** [1] - 82:4
**foreign** [5] - 41:6, 49:1, 54:6, 54:9
**foremost** [1] - 39:4
**forensic** [3] - 8:18, 62:7, 63:7
**forfeited** [2] - 43:15
**forfeiture** [13] - 4:6, 4:12, 6:18, 7:2, 8:20, 43:16, 43:19, 75:20, 75:21, 75:22, 76:1, 76:25, 79:21
**forfeitures** [1] - 76:3
**form** [2] - 42:12, 50:7
**formally** [1] - 9:18
**forms** [1] - 53:20
**formulated** [1] - 50:12
**forth** [3] - 22:20, 26:14, 81:4
**forthcoming** [2] - 64:20, 68:7
**forums** [1] - 54:11
**forward** [3] - 7:10, 20:23, 75:23
**founded** [1] - 44:3
**four** [1] - 33:5
**fourth** [1] - 16:7
**framework** [1] - 34:15
**Francisco** [3] - 46:5, 59:6, 61:11
**frankly** [1] - 31:4
**fraud** [4] - 10:1, 14:14, 17:11, 49:20
**fraudulent** [3] - 46:25, 51:15, 56:4
**fraudulently** [5] - 48:11, 49:13, 56:22, 57:10, 57:18
**free** [1] - 26:21
**Freenet** [1] - 72:10
**Freepto** [1] - 72:11
**frequently** [1] - 47:10
**friend** [9] - 59:18, 60:11, 60:21, 61:1, 61:6, 61:9, 61:10, 61:17, 62:4
**friends** [5] - 38:16, 61:4, 62:1, 67:7, 72:18
**friendship** [1] - 59:11
**froze** [1] - 56:19
**frustrate** [1] - 58:10
**full** [15] - 15:10, 19:10, 19:11, 20:2, 29:9, 39:2, 39:13,

53:6, 65:22, 75:9, 82:5
**fully** [1] - 19:18
**functional** [1] - 72:1
**functionality** [1] - 72:3
**fund** [1] - 53:20
**Fund** [2] - 42:13
**funds** [43] - 13:1, 13:4, 13:8, 13:21, 14:2, 17:11, 19:23, 24:22, 27:5, 27:6, 27:10, 27:11, 48:9, 49:15, 49:17, 50:2, 50:13, 50:15, 50:24, 50:25, 51:9, 51:13, 51:14, 51:25, 52:2, 52:11, 52:19, 53:2, 53:11, 53:13, 53:16, 53:18, 54:5, 54:25, 55:3, 57:12, 57:22, 58:7, 58:8, 64:1, 64:14, 67:4
**furniture** [1] - 28:2, 28:3
**furtherance** [2] - 51:20, 55:8
**future** [5] - 21:12, 32:1, 39:14, 65:11, 68:21

## G

**gain** [1] - 47:7
**gained** [3] - 48:7, 48:22, 49:5
**gains** [1] - 64:11
**gallery** [2] - 3:22, 7:15
**gaming** [1] - 70:17
**garbage** [1] - 55:21
**gateway** [1] - 47:20
**general** [4] - 15:3, 15:13, 32:6, 66:1
**generally** [2] - 14:20, 66:4
**generous** [1] - 62:2
**genius** [3] - 21:15, 28:18
**GERD** [1] - 29:2
**Gibson** [1] - 5:20
**given** [8] - 13:21, 15:23, 16:3, 21:24, 38:22, 58:23, 60:7, 76:14
**Global** [1] - 43:3
**goal** [1] - 41:11
**gold** [2] - 53:3, 53:5
**Gordon** [1] - 3:18

**GORDON** [1] - 1:24
**GOROKHOV** [1] - 7:22
**Gorokhov** [1] - 7:23
**GOVERNMENT** [1] - 1:13
**government** [2] - 39:18, 78:9
**Government** [43] - 3:12, 3:13, 3:15, 10:13, 10:16, 10:24, 11:4, 11:17, 14:22, 15:9, 15:22, 16:5, 19:19, 19:21, 20:5, 20:8, 21:12, 21:20, 21:25, 22:18, 23:11, 23:21, 24:3, 24:9, 24:19, 25:8, 25:10, 25:19, 29:13, 32:2, 32:10, 32:23, 33:17, 39:17, 58:6, 63:8, 63:12, 63:14, 64:12, 66:18, 67:21, 68:4, 77:22
**Government's** [10] - 8:14, 8:16, 9:1, 11:2, 15:11, 17:21, 22:23, 25:2, 37:9, 67:22
**grade** [1] - 59:18
**grandmother** [1] - 60:9
**grandparents** [1] - 45:13
**grant** [1] - 5:8
**granted** [3] - 10:24, 11:6, 67:20
**granting** [3] - 11:2, 18:21, 35:20
**great** [4] - 6:21, 28:9, 28:19, 80:17
**greater** [1] - 18:1
**greatest** [1] - 63:13
**greed** [1] - 27:22
**grounds** [5] - 10:24, 11:3, 35:14, 36:23, 73:9
**guideline** [2] - 10:8, 77:5
**guidelines** [9] - 9:23, 10:15, 10:16, 17:23, 25:20, 34:12, 41:25, 69:1, 77:18
**guilty** [1] - 27:2
**gum** [1] - 22:7

## H

**hack** [23] - 12:12, 12:22, 12:25, 13:25,

14:13, 15:6, 19:6,
48:16, 48:18, 48:23,
49:5, 49:18, 51:8,
51:16, 51:18, 56:7,
57:7, 57:23, 58:5,
62:23, 63:22, 64:2,
64:6
  **hacked** [1] - 12:6
  **hacking** [4] - 12:15,
14:14, 47:6, 49:19
  **HANA** [1] - 2:1
  **handed** [1] - 54:20
  **handled** [1] - 33:2
  **hands** [1] - 40:8
  **hanging** [1] - 20:21
  **happy** [1] - 6:25
  **hard** [5] - 13:5,
25:14, 39:24, 61:22,
65:20
  **hardship** [1] - 36:10
  **harm** [3] - 18:16,
19:17, 37:4
  **harm's** [1] - 25:11
  **hated** [2] - 40:20
  **head** [1] - 79:11
  **health** [4] - 26:24,
44:13, 74:9, 74:15
  **healthcare** [1] -
44:21
  **healthy** [1] - 61:22
  **hear** [6] - 5:22, 7:16,
11:17, 36:6, 37:12,
38:11
  **heard** [3] - 21:12,
21:13
  **hearing** [9] - 4:25,
5:15, 6:4, 6:8, 9:1,
10:19, 70:6, 79:24,
80:10
  **HEARING** [1] - 1:9
  **heart** [1] - 60:25
  **heartache** [1] - 39:24
  **Heather** [6] - 7:15,
13:16, 20:14, 41:14,
41:15, 41:18, 41:20,
46:2
  **held** [3] - 31:1, 48:8,
55:7
  **Helix** [1] - 52:10
  **help** [2] - 39:15, 51:9
  **helped** [7] - 20:8,
24:3, 24:4, 42:18,
61:9, 61:10
  **helpful** [3] - 24:11,
59:17, 79:19
  **helping** [1] - 21:17
  **helps** [2] - 21:6,
21:16
  **hereby** [2] - 69:3,
82:3

  **high** [4] - 43:7,
43:10, 52:17, 65:6
  **higher** [1] - 76:16
  **highlight** [3] - 11:24,
15:20, 26:11
  **himself** [3] - 20:9,
25:7, 28:7
  **hinges** [1] - 31:10
  **hire** [1] - 21:19
  **history** [7] - 10:5,
14:6, 27:19, 42:6,
42:11, 53:19
  **History** [3] - 10:7,
10:9, 38:6
  **hold** [2] - 30:1, 40:9
  **holding** [1] - 52:14
  **home** [4] - 13:14,
22:10, 22:12, 59:24
  **Honor** [54] - 3:17,
4:12, 5:10, 5:18, 5:22,
6:25, 7:22, 7:25, 8:5,
11:20, 18:12, 18:24,
21:8, 21:24, 22:4,
23:2, 23:8, 23:24,
24:12, 25:6, 25:18,
26:2, 27:1, 27:23,
29:21, 30:6, 31:12,
33:13, 34:6, 34:14,
35:6, 35:12, 36:4,
36:15, 36:19, 36:25,
37:8, 38:13, 76:1,
76:5, 78:7, 78:10,
78:12, 78:18, 78:22,
79:10, 79:16, 79:20,
80:1, 80:9, 80:15,
80:25, 81:6, 81:10
  **HONORABLE** [1] -
1:10
  **hope** [4] - 39:14,
39:19, 68:18, 81:8
  **hopping** [1] - 53:22
  **hours** [1] - 29:10
  **house** [1] - 22:24
  **Housing** [1] - 58:25
  **hub** [1] - 70:15
  **huge** [1] - 24:23
  **humility** [1] - 60:3
  **hundred** [1] - 49:15
  **Hunter** [1] - 78:2
  **hurt** [1] - 17:3
  **Hydra** [1] - 51:4

## I

  **idea** [2] - 40:17, 65:2
  **identical** [1] - 32:13
  **identified** [3] - 5:13,
9:6, 47:4
  **identify** [2] - 3:11,

7:18
  **identifying** [2] - 56:3,
56:17
  **identities** [2] - 53:11,
54:1
  **identity** [1] - 54:14
  **ill** [1] - 64:10
  **ill-gotten** [1] - 64:10
  **illegal** [3] - 56:7,
58:4, 64:5
  **illicit** [4] - 49:23,
50:13, 52:21, 64:8
  **illicitly** [1] - 50:6
  **Illinois** [3] - 44:21,
45:10, 59:1
  **ILYA** [1] - 1:6
  **Ilya** [3] - 3:10, 3:18,
69:2
  **immediately** [3] -
15:9, 16:4, 75:5
  **immense** [2] - 26:13,
27:21
  **immigrated** [2] -
44:24, 45:9
  **impact** [2] - 5:13,
28:8
  **impacted** [1] - 39:6
  **impair** [2] - 26:15,
26:18
  **impeding** [1] - 64:10
  **implementing** [1] -
62:23
  **importance** [2] -
25:9, 68:8
  **important** [16] -
12:14, 15:9, 15:15,
15:20, 20:1, 20:8,
20:13, 24:5, 26:19,
27:5, 62:16, 65:16,
66:2, 66:7, 67:8,
67:12
  **impose** [1] - 68:16
  **imposed** [2] - 31:9,
69:13
  **imposition** [1] - 75:3
  **impoverished** [1] -
45:5
  **impressed** [1] -
61:15
  **imprisonment** [1] -
76:24
  **improperly** [1] -
18:13
  **impulsive** [7] -
12:16, 26:16, 62:12,
63:3, 63:6, 64:1
  **impunity** [1] - 66:8
  **in-laws** [1] - 28:14
  **inapplicable** [2] -
9:13, 9:15

  **incarcerate** [1] -
29:12
  **incarcerated** [2] -
20:10, 40:1
  **incarceration** [5] -
15:4, 15:14, 17:25,
22:11, 22:12
  **incidents** [1] - 62:1
  **inclined** [2] - 5:3,
62:12
  **include** [6] - 9:5,
10:1, 69:15, 70:15,
75:1, 76:24
  **included** [2] - 18:14,
20:6
  **includes** [4] - 11:14,
20:7, 70:13, 75:12
  **including** [17] - 3:23,
33:2, 35:6, 47:16,
47:21, 48:9, 48:19,
49:20, 49:22, 51:4,
52:25, 53:9, 53:21,
54:13, 56:7, 70:16,
76:11
  **incomplete** [4] -
9:16, 10:2, 38:3, 38:4
  **inconsistent** [1] -
63:5
  **incorrect** [3] - 35:20,
36:3, 37:18
  **inculpatory** [1] -
55:22
  **indeed** [2] - 19:15,
21:7
  **independent** [1] -
42:14
  **India** [1] - 56:12
  **India-based** [1] -
56:12
  **indicate** [7] - 4:21,
6:22, 7:19, 58:19,
59:16, 62:9, 65:1
  **indicated** [6] - 9:2,
9:7, 9:11, 50:8, 67:2,
68:20
  **indicates** [4] - 60:12,
61:20, 62:11, 64:23
  **indictment** [1] -
57:24
  **indirectly** [1] - 58:8
  **individuals** [3] -
15:16, 32:22, 65:24
  **industry** [2] - 21:18,
41:4
  **ineffective** [2] - 77:8,
77:16
  **ineligible** [2] - 10:11,
38:8
  **inform** [2] - 70:11,
70:21

  **information** [18] -
6:10, 9:4, 10:22, 12:7,
42:2, 46:10, 46:11,
46:14, 51:7, 56:3,
56:18, 57:22, 68:6,
68:8, 73:19, 73:20,
73:21, 79:18
  **informative** [1] -
32:20
  **informed** [1] - 6:8
  **infrastructure** [3] -
12:20, 47:2
  **initial** [4] - 14:10,
63:9, 71:14, 71:17
  **injury** [1] - 64:5
  **inmate** [2] - 21:5
  **inmates** [2] - 21:7,
21:8
  **inpatient** [1] - 73:24
  **input** [1] - 51:5
  **inquiries** [2] - 56:15,
56:21
  **inquiry** [1] - 57:15
  **insofar** [1] - 76:9
  **install** [1] - 71:5
  **instances** [1] - 59:13
  **instant** [1] - 54:23
  **instead** [2] - 38:23,
41:19
  **institutional** [1] -
57:17
  **institutions** [6] -
38:17, 51:24, 55:25,
56:6, 57:25, 58:11
  **intact** [1] - 44:19
  **integrate** [1] - 59:3
  **integrating** [1] -
45:22
  **intelligence** [1] -
14:13
  **intelligent** [1] - 6:8
  **intensity** [3] - 20:25,
74:3, 74:13
  **intention** [1] - 23:11
  **interacted** [1] - 57:16
  **interest** [2] - 43:12,
49:21, 75:1
  **interested** [1] - 17:5
  **interests** [1] - 59:20
  **interface** [1] - 50:1
  **interfering** [1] - 64:7
  **intermediate** [2] -
47:19, 52:7
  **internal** [1] - 27:15
  **internet** [10] - 47:16,
47:20, 47:22, 49:2,
70:15, 70:17, 70:22,
71:1, 71:3, 72:8
  **internet-**
**connectible** [1] -

70:17
**interstate** [1] - 49:1
**investigating** [1] - 39:19
**investigation** [3] - 22:23, 65:3, 75:11
**investigations** [3] - 15:12, 42:14, 66:3
**investigators** [2] - 13:8, 48:21
**investing** [1] - 57:11
**investment** [1] - 56:25
**investments** [1] - 42:15
**involuntarily** [1] - 43:5
**involve** [3] - 16:18, 17:10, 19:7
**involved** [6] - 8:10, 13:9, 16:24, 41:15, 58:17, 76:12
**involving** [5] - 11:24, 16:10, 48:8, 63:11, 73:17
**issue** [7] - 5:23, 31:10, 32:1, 35:1, 35:2, 35:16, 72:6
**issued** [1] - 55:12
**issues** [10] - 14:17, 35:23, 39:15, 45:11, 45:19, 45:21, 64:3, 66:20, 67:13, 77:9
**IT** [1] - 45:17
**itself** [1] - 19:20

## J

**jail** [12] - 8:9, 20:12, 20:14, 20:19, 21:6, 25:17, 28:24, 29:19, 30:2, 40:6, 40:24, 61:24
**Jail** [1] - 30:15
**January** [2] - 50:17, 57:8
**Jason** [1] - 3:20
**JASON** [1] - 1:23
**JESSICA** [1] - 1:13
**Jessica** [1] - 3:13
**job** [1] - 42:11
**joined** [1] - 3:14
**JOLIE** [1] - 1:19
**Jolie** [1] - 3:14
**JUDGE** [1] - 1:10
**judgment** [7] - 26:15, 26:18, 28:16, 69:2, 75:22, 77:21, 79:12
**July** [1] - 57:20

**June** [2] - 43:5, 57:14
**jurisdiction** [1] - 75:19
**JUSTICE** [2] - 1:14, 1:17
**justice** [1] - 9:14
**justifies** [1] - 34:17
**justify** [1] - 34:20
**juvenile** [1] - 49:20

## K

**Kazakhstan** [2] - 13:18, 54:18
**keep** [1] - 22:14
**keeping** [1] - 8:12
**key** [1] - 13:12
**keyboard** [1] - 13:14
**keys** [2] - 48:7, 48:11
**kid** [1] - 21:2
**KIERSTEN** [1] - 1:23
**Kiersten** [1] - 3:20
**killed** [3] - 20:11, 33:4, 33:9
**kind** [3] - 33:11, 74:22, 77:20
**kindness** [1] - 60:3
**knit** [1] - 58:22
**knowing** [1] - 51:13
**knowingly** [1] - 46:23
**known** [2] - 47:7, 53:22
**KOLLAR** [1] - 1:10
**KOLLAR-KOTELLY** [1] - 1:10
**KOTELLY** [1] - 1:10
**KYC** [5] - 52:6, 52:20, 56:22, 57:9, 58:10
**KYC-verified** [1] - 52:20

## L

**laptop** [1] - 70:13
**large** [2] - 51:1, 52:19
**larger** [1] - 53:13
**largest** [2] - 63:10, 63:19
**last** [7] - 29:8, 39:20, 59:19, 73:16, 76:3, 76:6, 81:10
**lasted** [1] - 29:9
**late** [3] - 40:25, 46:22, 47:25

**launder** [7] - 13:7, 13:23, 19:7, 52:19, 56:6, 57:6, 58:4
**laundered** [4] - 52:2, 63:24, 64:14, 64:16
**launderer** [1] - 40:17
**launderers** [1] - 63:13
**laundering** [24] - 8:8, 10:1, 12:16, 13:3, 13:9, 13:10, 13:17, 13:20, 16:9, 21:18, 24:2, 26:5, 38:1, 38:3, 38:15, 51:9, 51:21, 53:9, 53:14, 54:2, 62:25, 63:5, 64:4, 66:17
**law** [11] - 16:15, 28:21, 50:23, 53:5, 55:9, 60:15, 60:18, 61:12, 61:20, 64:7, 76:10
**lawfully** [2] - 65:8, 68:19
**laws** [1] - 28:14
**lawyer** [1] - 24:6
**lawyers** [1] - 29:11
**layering** [1] - 53:16
**lead** [2] - 48:21, 68:20
**leap** [3] - 24:23, 24:24, 25:5
**learned** [5] - 12:19, 22:22, 26:20, 55:7, 65:3
**learning** [2] - 13:2, 13:7
**least** [3] - 34:12, 68:12, 69:20
**leave** [1] - 40:19
**led** [1] - 59:12
**left** [5] - 43:1, 50:15, 59:4, 64:14
**legal** [1] - 72:19
**legally** [2] - 6:6, 6:12
**legitimate** [2] - 72:15, 72:16
**legitimize** [2] - 53:24, 54:2
**leisure** [1] - 61:12
**lengthy** [1] - 66:4
**leniency** [3] - 27:20, 41:14, 60:17
**less** [4] - 31:14, 31:24, 38:20, 49:19
**letter** [2] - 20:20, 21:8
**letters** [5] - 8:18, 21:13, 46:1, 58:18, 62:14

**level** [7] - 10:5, 10:9, 17:24, 35:4, 35:5, 37:9, 37:17
**levels** [2] - 37:24, 37:25
**librarian** [1] - 61:12
**library** [3] - 21:6, 61:14
**Lichtenstein** [79] - 3:10, 3:18, 3:21, 3:25, 4:2, 4:4, 4:14, 7:1, 8:7, 19:1, 19:10, 21:20, 24:3, 24:7, 32:22, 37:2, 38:11, 46:23, 47:1, 47:4, 47:6, 47:9, 47:15, 47:25, 48:2, 48:4, 48:6, 48:10, 48:18, 48:23, 49:5, 49:7, 49:12, 49:16, 49:18, 49:21, 49:25, 50:3, 50:5, 50:11, 50:15, 50:17, 50:25, 51:8, 51:12, 51:17, 51:18, 53:8, 53:25, 54:4, 54:12, 54:17, 54:22, 55:1, 55:4, 55:6, 55:8, 55:13, 55:17, 55:19, 55:20, 56:2, 56:10, 56:13, 56:15, 56:22, 57:1, 57:2, 57:6, 57:9, 58:4, 58:9, 58:18, 65:19, 69:2, 78:23, 80:11, 80:16, 81:8
**LICHTENSTEIN** [1] - 1:6
**Lichtenstein's** [3] - 48:15, 51:11, 52:24
**lied** [2] - 38:16, 56:5
**life** [23] - 14:17, 14:18, 19:14, 20:15, 20:23, 21:10, 22:6, 22:7, 26:25, 28:5, 28:20, 40:4, 40:12, 40:18, 40:21, 40:25, 41:12, 45:22, 59:4, 59:10, 60:1, 60:20, 68:20
**lifestyle** [1] - 64:13
**light** [2] - 32:8, 67:2
**limited** [4] - 53:10, 71:7, 72:20, 76:11
**limits** [1] - 52:17
**linked** [2] - 51:3, 54:6
**liquidate** [1] - 13:1
**Lisa** [1] - 82:12
**LISA** [2] - 2:2, 82:3
**literally** [1] - 33:9
**lived** [3] - 28:15,

45:5, 46:4
**lives** [2] - 13:6, 40:15
**living** [2] - 46:6, 75:18
**LLP** [1] - 1:24
**local** [2] - 69:16, 70:23
**located** [4] - 47:3, 48:24, 49:2, 49:25
**location** [3] - 53:4, 74:2, 74:13
**lockdowns** [1] - 29:8
**lodged** [1] - 40:18
**log** [3] - 48:21, 49:6, 49:9
**log-in** [1] - 49:6
**look** [12] - 4:20, 6:12, 20:23, 30:18, 31:5, 35:19, 37:20, 62:16, 65:18, 66:11, 66:13, 80:6
**looked** [3] - 5:3, 66:18, 67:17
**looking** [6] - 6:13, 8:2, 27:4, 34:15, 65:5, 67:23
**love** [1] - 20:14
**loving** [2] - 60:13, 62:5
**low** [1] - 21:25
**lower** [1] - 32:23
**loyal** [1] - 61:19

## M

**Madison** [1] - 46:4
**Mafia** [1] - 17:2
**magical** [1] - 59:21
**maintain** [2] - 45:1, 61:22
**maintained** [1] - 61:21
**majority** [1] - 58:7
**manage** [1] - 47:10
**managed** [1] - 71:7
**management** [6] - 70:10, 70:11, 71:9, 71:12, 71:23, 72:5
**manager** [2] - 44:20, 58:25
**mandated** [1] - 58:12
**mandatory** [2] - 69:10, 69:15
**Manhattan** [1] - 14:11
**manner** [2] - 73:8, 77:2
**March** [3] - 10:20, 42:20, 56:14

**market** [1] - 17:11
**marketing** [1] - 43:4
**marketplace** [1] -
47:19
**marketplaces** [2] -
47:22, 51:4
**markets** [5] - 49:22,
49:23, 52:9, 53:18,
54:11
**marriage** [3] - 20:18,
20:19, 59:13
**married** [2] - 20:15,
46:2
**marshal** [1] - 32:19
**Marshals** [1] - 29:25
**mask** [2] - 3:6, 72:9
**massive** [2] - 16:12,
66:14
**master's** [1] - 45:15
**match** [2] - 62:20,
66:12
**material** [1] - 46:11
**materially** [1] - 46:24
**materials** [2] - 11:22,
71:19
**matter** [2] - 30:13,
74:18
**mature** [1] - 26:20
**maximum** [3] - 8:8,
8:9, 77:5
**mean** [4] - 5:25,
29:25, 30:15, 35:22
**meaning** [1] - 32:4
**means** [8] - 23:7,
41:20, 46:24, 47:16,
48:25, 52:13, 65:14,
65:16
**meant** [3] - 18:3,
18:17, 35:5
**measures** [1] - 48:6
**media** [3] - 24:7,
70:23, 73:1
**medical** [3] - 26:14,
72:17, 74:19
**medication** [1] - 62:9
**meet** [2] - 13:18,
39:15
**meeting** [1] - 54:20
**memo** [3] - 8:17,
16:18, 35:22
**memorandum** [8] -
8:13, 8:14, 8:17, 9:11,
17:10, 17:22, 18:19,
37:16
**mental** [4] - 26:24,
44:13, 74:9, 74:15
**mention** [1] - 16:24
**mentioned** [1] - 25:6
**mentor** [1] - 61:4
**message** [4] - 15:4,

15:19, 15:20, 66:7
**met** [6] - 59:10,
59:18, 60:12, 60:22,
61:5, 61:17
**methods** [1] - 74:7
**meticulous** [2] -
13:20, 63:21
**meticulously** [1] -
62:24
**mice** [1] - 29:6
**might** [6] - 15:5,
31:17, 48:21, 79:8,
79:12, 80:12
**million** [10] - 12:11,
14:1, 16:12, 17:1,
17:14, 24:22, 48:17,
63:24, 64:17
**millions** [1] - 63:25
**mind** [1] - 24:19
**mindset** [1] - 28:10
**mining** [1] - 57:11
**minus** [7] - 10:2,
10:3, 10:4, 18:13,
36:21, 38:1, 38:5
**missed** [2] - 4:18,
79:1
**mistake** [1] - 38:14
**mistakes** [4] - 19:14,
26:20, 27:17, 27:18
**mistress** [1] - 17:3
**mitigating** [3] - 20:2,
26:11, 32:8
**mixers** [2] - 51:6,
52:10
**MixRank** [1] - 42:25
**modality** [2] - 74:2,
74:13
**model** [2] - 21:5,
32:17
**modest** [1] - 27:22
**modified** [1] - 18:13
**moment** [5] - 3:2,
15:2, 24:19, 78:12,
78:18
**Monday** [1] - 7:13
**Monero** [1] - 52:4
**money** [21] - 8:8,
13:3, 13:9, 13:10,
13:19, 16:9, 19:22,
21:17, 24:2, 26:4,
38:15, 40:17, 51:21,
53:9, 54:7, 62:25,
63:5, 63:13, 63:19,
75:22
**money-launderer** [1]
- 40:17
**money-laundering**
[6] - 8:8, 16:9, 24:2,
38:15, 51:21, 53:9
**monitored** [1] - 71:8

**monitoring** [7] -
71:1, 71:5, 71:9,
71:13, 71:22, 71:25,
72:5
**month** [2] - 29:9,
60:8
**months** [11] - 10:10,
12:22, 17:24, 20:16,
27:10, 30:22, 38:7,
67:25, 68:17, 69:4
**Morgan** [23] - 4:14,
7:4, 7:13, 7:15, 7:23,
13:16, 13:23, 46:3,
51:10, 51:17, 53:3,
53:25, 54:18, 55:1,
55:4, 55:7, 55:18,
55:20, 56:2, 57:6,
57:17, 57:20, 58:4
**Morgan's** [5] - 51:8,
52:24, 54:4, 57:3,
58:9
**most** [3] - 6:14,
13:10, 21:21
**mother** [6] - 44:20,
45:15, 45:18, 58:20,
60:15, 60:18
**mother-in-law** [2] -
60:15, 60:18
**Motion** [1] - 11:1
**motion** [10] - 4:19,
6:17, 8:15, 8:24,
10:13, 10:23, 11:2,
33:7, 77:15, 77:19
**move** [4] - 45:12,
50:17, 59:5, 81:11
**moved** [3] - 27:11,
50:25, 64:15
**moving** [2] - 53:11,
53:13
**MR** [32] - 3:17, 7:22,
18:24, 23:2, 23:5,
24:14, 24:16, 26:2,
30:4, 30:11, 30:20,
31:2, 31:12, 31:25,
32:15, 32:18, 33:25,
34:2, 34:4, 34:6, 34:8,
34:14, 78:12, 78:18,
78:20, 79:2, 79:5,
79:16, 79:20, 80:15,
80:25, 81:6
**MS** [37] - 3:13, 4:11,
4:15, 4:19, 5:10, 5:16,
5:18, 6:17, 6:25, 7:5,
7:8, 7:14, 8:5, 11:20,
12:5, 16:3, 18:4, 18:7,
18:11, 18:20, 18:22,
34:25, 35:10, 35:12,
35:24, 36:2, 36:8,
36:15, 36:17, 36:25,
37:8, 75:25, 76:5,

78:10, 80:1, 80:9,
81:10
**mule** [1] - 13:19
**mules** [1] - 54:7
**multiple** [6] - 50:19,
51:3, 51:5, 52:18,
55:4, 56:10
**murder** [2] - 33:2,
33:3
**must** [15] - 69:15,
69:16, 69:17, 69:18,
70:1, 70:4, 71:13,
72:24, 73:7, 73:10,
73:18, 73:23, 74:4,
74:6, 74:8

**N**

**named** [1] - 52:4
**names** [3] - 52:24,
52:25, 56:12
**Nathanael** [1] - 5:21
**nation** [1] - 41:5
**naturalized** [1] -
44:23
**naturally** [1] - 60:10
**nature** [7] - 10:21,
12:1, 26:7, 26:10,
27:1, 68:14, 70:8
**nearly** [1] - 20:14
**necessary** [3] - 18:1,
72:15, 72:16
**need** [12] - 6:13,
7:12, 13:5, 15:13,
16:7, 29:12, 46:18,
57:18, 74:23, 80:15,
81:1, 81:11
**needed** [4] - 9:4,
12:21, 15:4, 24:22
**needs** [5] - 28:6,
28:7, 71:11, 78:4,
78:5
**negative** [2] - 28:8,
69:23
**neighborhoods** [1] -
28:2
**network** [11] - 12:6,
12:20, 12:23, 15:6,
47:17, 47:23, 48:6,
70:16, 71:16, 71:17,
72:25
**network-accessing**
[1] - 70:16
**networks** [1] - 72:11
**neuropsychologica**
l [1] - 8:19
**never** [7] - 22:5,
22:6, 26:25, 27:6,
27:7, 27:11, 40:5

**New** [7] - 1:14, 1:25,
16:21, 17:9, 33:2,
46:6
**new** [9] - 4:9, 4:11,
8:21, 9:20, 57:16,
59:2, 59:6, 70:18,
76:20
**newcomer** [1] -
61:10
**newly** [1] - 77:15
**newspaper** [2] -
40:10
**next** [5] - 21:10,
25:2, 28:20, 50:25,
63:24
**Nexus** [1] - 43:3
**night** [3] - 29:2,
47:25
**nights** [1] - 40:3
**nine** [2] - 42:21,
67:25
**nobody** [1] - 35:18
**non** [1] - 52:5
**non-transparent** [1]
- 52:5
**nondisclosure** [1] -
55:11
**none** [1] - 17:16
**nonviolent** [1] -
15:16
**Northwest** [5] - 1:14,
1:18, 1:21, 2:4, 82:14
**note** [6] - 6:18,
12:14, 20:13, 25:18,
27:5, 63:16
**notes** [1] - 82:5
**notice** [3] - 9:1,
55:17, 76:6
**notices** [1] - 9:5
**notified** [2] - 5:18,
55:13
**notify** [1] - 75:8
**notwithstanding** [2]
- 77:7, 80:20
**November** [8] - 1:6,
8:12, 8:13, 9:11,
11:12, 20:16, 55:6,
82:10
**number** [2] - 47:6,
50:21
**numerous** [7] -
15:12, 48:5, 51:3,
52:1, 52:18, 53:9,
54:12

**O**

**obfuscates** [1] -
53:19

**obituaries** [1] - 40:11
**obituary** [1] - 40:15
**object** [1] - 9:25
**objections** [4] - 8:14, 9:10, 11:15, 78:3
**obligation** [1] - 55:15
**obligations** [3] - 72:19, 75:5, 75:9
**obscure** [1] - 51:12
**obstruct** [1] - 74:6
**obstruction** [1] - 9:14
**obtained** [5] - 7:8, 13:15, 42:10, 49:13, 50:6
**obviously** [10] - 11:21, 13:16, 33:8, 50:8, 50:9, 60:6, 65:10, 67:7, 68:19, 68:22
**occasionally** [1] - 40:9
**occasions** [1] - 29:9
**occupant** [1] - 73:10
**October** [2] - 4:8, 8:23
**OF** [5] - 1:1, 1:3, 1:14, 1:17, 1:20
**offender** [4] - 18:14, 35:13, 36:11, 36:22
**offense** [15] - 9:23, 10:5, 10:8, 12:2, 17:24, 26:11, 27:2, 35:4, 35:5, 37:8, 37:17, 37:24, 46:15, 46:17, 63:8
**offer** [1] - 23:16
**offered** [1] - 54:10
**offering** [1] - 52:21
**Office** [9] - 69:11, 69:21, 71:4, 71:8, 71:14, 73:22, 75:10, 75:12, 75:15
**office** [2] - 73:20, 74:20
**OFFICE** [1] - 1:20
**OFFICER** [2] - 78:7, 79:10
**officer** [12] - 70:2, 70:12, 70:19, 70:20, 70:21, 72:23, 73:2, 73:3, 73:18, 74:1, 74:11
**Official** [1] - 2:2
**official** [2] - 14:8, 82:12
**often** [1] - 69:23
**Old** [1] - 1:24
**old** [1] - 42:5
**older** [1] - 26:19

**once** [2] - 53:13, 64:20
**one** [51] - 4:6, 4:7, 4:9, 4:11, 4:13, 5:19, 7:19, 8:20, 8:21, 8:22, 9:12, 9:22, 10:10, 16:19, 18:9, 18:11, 20:2, 21:8, 23:19, 24:17, 28:1, 34:23, 36:14, 38:7, 40:10, 55:5, 58:9, 60:7, 63:9, 63:13, 63:19, 66:13, 66:20, 68:13, 69:19, 73:16, 76:3, 77:13, 78:12, 78:13, 78:18, 79:7, 79:8, 79:15, 79:22, 80:11, 81:10
**ones** [4] - 4:9, 5:14, 9:6, 66:4
**online** [5] - 43:7, 47:1, 47:21, 70:23, 72:10
**opened** [1] - 52:23
**operate** [1] - 12:21
**operated** [1] - 43:7
**operating** [1] - 48:1
**operation** [3] - 17:12, 24:2, 63:20
**operations** [1] - 72:3
**opinion** [8] - 8:13, 9:11, 11:11, 11:16, 18:19, 37:16, 37:22
**opportunities** [1] - 38:22
**opportunity** [5] - 6:11, 9:3, 12:17, 31:24, 39:14
**oppose** [1] - 4:16
**opposed** [2] - 35:17, 53:12
**opposition** [1] - 4:22
**options** [1] - 69:12
**orally** [1] - 35:17
**oranges** [1] - 33:8
**order** [18] - 4:11, 4:16, 6:18, 7:2, 7:24, 8:13, 8:19, 10:22, 35:3, 35:22, 35:24, 36:19, 52:18, 55:12, 55:14, 67:3, 75:13, 76:1
**ordered** [5] - 69:7, 70:10, 71:11, 71:20, 74:24
**orders** [3] - 4:6, 75:20, 75:24
**ordinarily** [2] - 30:1, 46:8
**ordinary** [1] - 40:13
**origin** [1] - 51:11

**original** [1] - 4:7
**originally** [1] - 81:11
**OSHA** [1] - 42:9
**otherwise** [4] - 3:6, 15:5, 51:2, 72:22
**Otisville** [5] - 78:25, 79:2, 79:9, 80:18, 80:19
**outlined** [1] - 17:21
**outpatient** [1] - 73:24
**outside** [3] - 47:5, 48:13, 49:2
**overall** [1] - 25:15
**overcame** [1] - 14:7
**overworked** [1] - 59:14
**own** [3] - 19:3, 56:24, 60:16
**ownership** [1] - 56:18

**P**

**p.m** [1] - 1:7
**packages** [4] - 13:19, 54:13, 54:17, 54:19
**packets** [1] - 47:23
**paid** [2] - 39:12, 75:9
**pain** [1] - 44:15
**papers** [4] - 5:4, 6:5, 8:8, 27:23
**Paragraph** [1] - 46:21
**parents** [7] - 3:23, 3:24, 28:13, 44:20, 44:22, 45:14, 59:5
**parity** [2] - 66:10, 66:19
**part** [7] - 6:4, 6:14, 41:9, 41:10, 42:13, 44:12, 56:21
**Part** [1] - 69:11
**part-time** [1] - 42:13
**participate** [3] - 70:11, 73:23, 74:8
**participated** [1] - 51:11
**participation** [2] - 74:1, 74:12
**particular** [7] - 5:2, 5:7, 32:17, 41:2, 44:15, 69:22, 78:16
**particularly** [2] - 66:1, 66:14
**parties** [2] - 56:12, 81:7
**partner** [1] - 42:13

**parts** [2] - 11:8, 11:10
**passion** [2] - 60:2, 60:10
**path** [1] - 50:22
**pattern** [1] - 14:23
**pay** [5] - 40:23, 43:17, 43:19, 69:7, 75:3
**payable** [1] - 75:5
**PayCoin** [1] - 50:7
**payment** [1] - 72:4
**payments** [2] - 57:4, 57:5
**PECK** [35] - 1:13, 3:13, 4:11, 4:15, 4:19, 5:10, 5:16, 5:18, 6:17, 7:5, 7:8, 7:14, 8:5, 11:20, 12:5, 16:3, 18:4, 18:7, 18:11, 18:20, 18:22, 34:25, 35:10, 35:12, 35:24, 36:2, 36:8, 36:15, 36:17, 75:25, 76:5, 78:10, 80:1, 80:9, 81:10
**Peck** [1] - 3:13
**pegged** [1] - 52:13
**PELKER** [1] - 1:16
**Pelker** [1] - 3:14
**penalties** [1] - 75:2
**penetrating** [1] - 47:9
**penetration** [1] - 21:19
**Pennsylvania** [1] - 1:18
**people** [6] - 5:19, 33:4, 35:23, 40:13, 65:21, 65:24
**people's** [1] - 6:9
**per** [1] - 55:5
**perceived** [1] - 50:13
**percent** [11] - 13:24, 19:23, 25:19, 25:25, 26:5, 33:16, 34:18, 64:16, 67:23, 68:2, 68:10
**percentage** [1] - 42:15
**period** [9] - 30:24, 30:25, 31:19, 31:21, 46:5, 53:16, 56:1, 62:22, 63:1
**periodic** [3] - 69:20, 71:15, 71:24
**Perkins** [1] - 5:21
**permanent** [1] - 44:16
**permissible** [1] -

14:20
**permission** [1] - 77:25
**permit** [1] - 71:4
**permitted** [2] - 71:2, 76:10
**perpetrated** [1] - 41:12
**person** [14] - 14:9, 19:3, 27:13, 27:16, 27:17, 27:20, 38:25, 54:9, 60:4, 60:10, 61:8, 61:9, 62:15
**personal** [7] - 12:7, 14:17, 18:16, 25:7, 44:18, 70:15, 72:19
**personally** [1] - 28:24
**persons** [1] - 5:13
**perspective** [1] - 74:15
**phase** [1] - 49:4
**phone** [2] - 20:19, 54:15
**physical** [2] - 38:19, 44:14
**physically** [2] - 47:3, 80:16
**pick** [2] - 5:2, 5:8
**picture** [1] - 62:15
**Pioneer** [1] - 42:13
**place** [10] - 19:5, 20:10, 29:6, 30:1, 30:16, 38:19, 53:15, 54:21, 60:1, 78:16
**placement** [1] - 69:19
**places** [2] - 79:7, 80:23
**Plaintiff** [1] - 1:4
**plan** [3] - 12:22, 41:12, 50:12
**planned** [1] - 62:24
**planning** [1] - 62:23
**plans** [1] - 46:6
**platforms** [3] - 50:20, 54:13, 54:23
**plea** [3] - 8:7, 37:3, 77:11
**pleading** [1] - 63:4
**pleadings** [2] - 10:25, 41:25
**pled** [1] - 27:2
**podium** [1] - 3:6
**point** [24] - 10:13, 11:5, 11:17, 13:12, 17:16, 18:11, 18:14, 30:20, 32:12, 32:20, 35:9, 35:13, 36:11, 36:22, 43:13, 43:17,

45:6, 46:3, 68:21, 76:14, 76:16, 76:21, 79:24, 80:24
**pointed** [1] - 32:11
**points** [13] - 9:12, 9:13, 9:15, 9:24, 10:2, 10:3, 10:4, 11:23, 36:12, 37:2, 37:7
**points'** [1] - 9:17
**policies** [1] - 56:22
**poorest** [1] - 28:1
**portion** [4] - 19:24, 50:17, 52:11, 53:2
**position** [5] - 7:4, 7:19, 34:16, 34:21, 68:5
**positive** [5] - 38:23, 45:25, 61:21, 66:22, 69:24
**possess** [1] - 69:17
**possessed** [2] - 70:12, 71:16
**possible** [3] - 11:23, 23:12, 23:17
**potentially** [2] - 5:16, 6:20
**poverty** [1] - 27:24
**powerfully** [1] - 40:12
**practice** [1] - 53:22
**practitioners** [1] - 47:11
**prearranged** [1] - 54:20
**preexisting** [1] - 52:20
**prefer** [3] - 4:1, 6:4, 7:6
**preference** [1] - 80:19
**preliminary** [1] - 8:19
**premises** [1] - 73:10
**prepare** [1] - 24:3
**prepared** [1] - 22:21
**present** [3] - 62:15, 80:12, 80:16
**presentence** [9] - 8:11, 9:19, 9:21, 11:8, 11:14, 37:19, 69:12, 75:10, 75:14
**presenting** [1] - 46:16
**pressure** [2] - 19:5, 26:13
**presumably** [2] - 9:6, 31:8
**pretenses** [1] - 46:25
**pretrial** [5] - 29:19, 30:7, 30:13, 30:15,

40:1
**prevent** [1] - 58:12
**previously** [2] - 18:14, 36:8
**price** [2] - 52:14, 52:15
**primary** [1] - 57:4
**prison** [7] - 22:12, 25:13, 28:23, 29:4, 30:8, 41:19, 79:2
**Prisons** [8] - 30:16, 30:17, 31:8, 69:3, 74:18, 78:17, 78:24, 79:19
**private** [1] - 72:11
**privately** [3] - 6:16, 30:5, 78:21
**probation** [14] - 10:11, 36:13, 36:17, 38:8, 70:2, 70:20, 70:21, 72:23, 73:2, 73:3, 73:18, 73:20, 74:1, 74:10
**Probation** [13] - 36:21, 37:1, 69:11, 69:21, 71:4, 71:8, 71:14, 74:17, 75:10, 75:12, 75:15, 78:6, 79:9
**PROBATION** [3] - 2:1, 78:7, 79:10
**Probation's** [1] - 35:2
**problem** [4] - 5:1, 41:10, 79:3, 80:17
**problematic** [1] - 71:22
**Procedure** [2] - 11:10, 11:13
**proceed** [2] - 4:6, 8:6
**proceeding** [1] - 68:13
**Proceedings** [1] - 81:14
**proceedings** [3] - 3:4, 37:15, 82:6
**proceeds** [7] - 43:15, 51:11, 56:7, 57:7, 57:23, 58:4, 64:5
**process** [1] - 55:11
**prodigious** [1] - 31:14
**produced** [2] - 76:4, 82:6
**productive** [2] - 28:19, 41:3
**professional** [2] - 60:21, 60:23
**proffer** [1] - 24:18
**profiles** [1] - 52:21

**program** [9] - 71:23, 73:25, 74:2, 74:9, 74:10, 74:12, 79:6, 79:8
**programming** [2] - 42:23, 50:1
**programs** [4] - 53:14, 71:20, 74:15, 80:23
**prohibited** [1] - 74:6
**project** [1] - 21:1
**promise** [1] - 19:3
**promises** [1] - 46:25
**proper** [1] - 22:10
**property** [2] - 8:10, 44:19
**proposing** [1] - 25:19
**prosecuting** [1] - 25:11, 39:19
**prosecutor** [1] - 33:1
**protocol** [4] - 47:18, 47:23, 69:21, 69:25
**protocols** [1] - 69:22
**provide** [6] - 48:3, 56:17, 73:18, 74:19, 74:21, 79:18
**provided** [6] - 9:20, 15:16, 39:20, 42:22, 58:20, 68:8
**provider** [6] - 55:10, 55:15, 56:12, 74:2, 74:11, 74:13
**providers** [1] - 70:22
**provides** [2] - 44:15, 47:11
**provisions** [1] - 68:25
**proxies** [1] - 47:21
**proxy** [2] - 47:19, 47:24
**PSR** [3] - 18:13, 35:1, 35:6
**psychiatrist** [1] - 63:7
**psychologist** [1] - 74:14
**psychology** [1] - 42:8
**public** [5] - 20:7, 23:25, 54:20, 66:25, 68:13
**publicly** [1] - 20:22
**punishment** [2] - 15:7, 28:21
**purchased** [4] - 47:18, 52:21, 54:13, 55:2
**purpose** [3] - 18:2, 22:15, 58:9

**purposes** [1] - 72:15
**pursuant** [6] - 10:15, 11:3, 11:9, 11:12, 68:24, 73:11
**pursue** [1] - 11:5
**pushing** [1] - 5:23
**put** [18] - 21:22, 22:20, 24:8, 25:6, 25:11, 26:14, 28:19, 30:2, 33:10, 34:5, 35:22, 39:23, 44:13, 66:25, 68:12, 73:15, 75:23, 80:22
**puts** [1] - 31:23
**putting** [2] - 34:19, 70:9

## Q

**qualifying** [1] - 36:20
**quality** [1] - 23:21
**questions** [2] - 5:6, 18:7
**quickly** [1] - 22:19
**quite** [2] - 6:1, 62:22
**quote** [8] - 10:16, 53:22, 57:11, 60:2, 63:9, 63:13, 64:8, 64:10

## R

**raise** [1] - 77:9
**raised** [2] - 35:21, 39:23
**ran** [1] - 24:1
**range** [6] - 17:23, 25:20, 33:5, 38:6, 67:20, 77:5
**rather** [1] - 38:19
**rats** [2] - 20:10, 29:6
**RDAP** [5] - 79:5, 79:8, 79:9, 80:18, 80:22
**RDR** [3] - 2:2, 82:3, 82:12
**read** [9] - 16:8, 23:24, 27:23, 40:7, 50:9, 62:13, 62:17
**reading** [1] - 6:5
**real** [2] - 21:16, 41:7
**realized** [1] - 40:24
**really** [5] - 3:7, 25:19, 29:12, 32:5, 66:12
**reasonable** [4] - 42:3, 73:4, 73:7, 73:8
**reasons** [1] - 17:20

**receipt** [1] - 55:17
**receive** [3] - 25:12, 70:25, 78:14
**received** [7] - 29:16, 32:22, 33:4, 37:18, 45:15, 58:18, 77:16
**receiving** [1] - 15:6
**recess** [1] - 37:14
**recidivate** [1] - 32:5
**recidivism** [2] - 22:1, 22:5
**recognition** [1] - 24:25
**recommend** [1] - 17:23
**recommendation** [3] - 15:1, 78:16, 78:23
**recommendations** [1] - 74:14
**recommended** [2] - 69:11, 74:9
**recommending** [2] - 29:15, 32:24
**reconnaissance** [2] - 47:2, 49:4
**record** [13] - 3:7, 3:12, 4:17, 4:21, 6:21, 7:7, 14:8, 22:4, 25:15, 37:23, 42:1, 66:25, 68:13
**records** [2] - 55:7, 74:19
**recover** [1] - 24:22
**recovered** [5] - 19:23, 19:24, 27:7, 39:12, 53:5
**rectify** [1] - 19:17
**recycling** [1] - 43:8
**redact** [1] - 46:10
**redacted** [2] - 46:8, 46:11
**redone** [1] - 37:19
**reduce** [1] - 50:13
**reduced** [1] - 38:2
**reduction** [9] - 25:20, 25:21, 25:23, 33:16, 33:17, 36:11, 67:22, 68:10, 68:14
**referenced** [3] - 53:7, 58:3, 58:11
**reflect** [1] - 40:3
**reflected** [1] - 14:25
**reflection** [1] - 28:16
**reflects** [1] - 9:19
**Reform** [1] - 68:24
**refrain** [1] - 69:17
**refugees** [1] - 28:1
**refurbishing** [1] - 43:8
**regarding** [7] - 12:1,

14:6, 15:3, 15:23,
16:3, 46:19, 77:10
**registered** [3] - 54:7,
56:16, 58:2
**regret** [1] - 38:21
**regulations** [2] -
73:25, 74:10
**rehabilitated** [1] -
27:14
**REINDEL** [1] - 1:24
**related** [3] - 5:11,
55:7, 55:22
**relates** [3] - 16:6,
73:12, 73:17
**relating** [2] - 11:11,
74:14
**relationship** [6] -
59:8, 59:12, 60:13,
60:21, 61:22, 62:5
**release** [16] - 10:10,
18:3, 22:9, 22:11,
26:23, 38:7, 46:6,
68:18, 68:21, 69:6,
73:9, 73:15, 73:20,
75:10, 77:1, 77:2
**released** [1] - 28:10
**relevant** [2] - 55:22,
57:24
**religious** [1] - 72:17
**remembered** [1] -
40:14
**remembers** [1] -
59:22
**remind** [1] - 5:5
**remorse** [5] - 19:10,
19:11, 65:12, 65:15,
65:22
**remote** [1] - 47:18
**removal** [1] - 44:25
**removed** [1] - 75:25
**rented** [1] - 47:21
**report** [10] - 8:11,
9:19, 9:21, 11:8,
11:14, 26:14, 62:7,
69:12, 75:14
**REPORTED** [1] - 2:2
**reporter** [1] - 16:1
**Reporter** [2] - 2:2,
82:12
**reports** [1] - 75:11
**representations** [2] -
46:25, 56:5
**representative** [1] -
57:15
**representatives** [1] -
57:10
**represented** [3] -
56:23, 57:3, 57:21
**representing** [1] -
5:20

**represents** [1] - 64:5
**request** [2] - 4:25,
78:22
**requested** [3] -
46:10, 67:21, 73:19
**requesting** [1] -
56:16
**require** [4] - 51:6,
51:23, 52:6, 69:24
**required** [3] - 33:6,
43:18, 72:1
**requirements** [2] -
71:12, 71:23
**requiring** [1] - 26:23
**research** [2] - 42:14,
47:1
**researcher** [1] -
45:18
**reserve** [1] - 77:17
**reside** [1] - 44:20
**resided** [1] - 45:4
**residence** [1] - 75:13
**residential** [1] -
47:21
**resolution** [1] -
1:15
**resolved** [3] - 9:10,
9:22, 40:21
**resources** [2] -
39:18, 66:6
**respect** [3] - 28:21,
59:11, 61:18
**respectfully** [2] -
22:16, 78:22
**respond** [4] - 23:15,
34:23, 47:14, 56:15
**responded** [2] -
36:5, 57:18
**response** [4] - 35:2,
56:20, 57:8, 57:14
**responsibility** [11] -
10:4, 15:10, 19:18,
20:3, 23:10, 27:13,
38:3, 38:5, 39:2,
65:13
**responsible** [3] -
41:16, 51:18, 72:4
**rest** [2] - 18:8, 57:19
**restitution** [20] -
4:25, 5:14, 5:22, 6:3,
6:4, 6:8, 9:1, 10:11,
38:9, 39:12, 43:18,
67:3, 70:4, 70:5, 70:6,
74:24, 76:25, 79:23,
80:8, 80:10
**restricted** [1] - 72:15
**restriction** [3] - 72:8,
72:13, 72:20
**restrictions** [1] -
77:11

**result** [6] - 12:17,
19:24, 49:12, 51:14,
56:18, 56:25
**resulted** [1] - 62:8
**resume** [1] - 60:19
**retain** [1] - 77:7
**retrieve** [1] - 67:4
**retroactive** [1] -
76:20
**retroactively** [1] -
77:19
**return** [1] - 75:14
**returned** [1] - 21:11
**returning** [1] - 48:19
**reviewed** [1] - 11:22
**revised** [3] - 8:12,
9:18
**revocation** [1] - 73:9
**rewarded** [3] - 24:21,
24:25, 25:4
**rid** [2] - 22:25, 23:3
**ridiculed** [1] - 20:22
**risk** [3] - 21:25, 22:5,
71:11
**Road** [1] - 17:12
**rodents** [1] - 29:6
**role** [3] - 9:12, 36:19,
36:20
**Room** [1] - 2:4
**routing** [1] - 47:16
**Rule** [2] - 11:9, 11:12
**ruled** [2] - 18:18,
37:22
**rules** [2] - 73:25,
74:10
**ruling** [1] - 76:20
**run** [2] - 23:6, 23:9
**running** [1] - 39:8
**Russia** [3] - 44:18,
45:4, 46:4
**Russian** [6] - 45:1,
52:1, 54:7, 54:22,
54:25, 59:3

## S

**saint** [1] - 23:9
**sake** [2] - 25:1, 25:2
**salary** [1] - 42:19
**sale** [2] - 52:17,
54:10
**Samson** [1] - 3:17
**SAMSON** [1] - 1:22
**San** [3] - 46:5, 59:6,
61:10
**SARs** [1] - 58:12
**scale** [2] - 16:19,
66:16
**scam** [1] - 17:15

**scans** [1] - 54:14
**scenarios** [1] - 17:18
**schedule** [3] - 5:5,
9:8, 80:6
**scheme** [8] - 12:16,
21:21, 38:16, 46:20,
46:24, 51:21, 55:23,
63:19
**schemes** [2] - 12:19,
66:3
**school** [4] - 43:7,
43:10, 59:18, 65:6
**science** [1] - 59:20
**scoliosis** [1] - 29:1
**scope** [1] - 76:13
**script** [1] - 12:9
**seal** [2] - 10:14,
44:13
**Sealed** [1] - 11:1
**sealed** [6] - 15:11,
23:22, 23:23, 24:10,
24:13, 24:15
**sealing** [1] - 10:22
**search** [6] - 22:23,
71:13, 73:1, 73:3,
73:7, 73:8
**search/seizure** [1] -
72:24
**searched** [1] - 73:6
**searches** [4] - 71:15,
71:17, 71:24, 73:11
**seated** [1] - 3:19
**second** [10] - 4:24,
6:17, 7:2, 8:24, 14:6,
20:4, 23:21, 49:14,
79:22
**Secrecy** [4] - 17:13,
46:19, 58:2, 58:13
**Section** [6] - 9:23,
10:15, 26:8, 34:19,
37:25, 68:25
**section** [1] - 40:10
**sections** [1] - 42:4
**secure** [2] - 20:8,
24:5, 47:22
**security** [3] - 39:15,
47:12, 48:5
**see** [1] - 4:18, 11:6,
18:5, 33:14, 47:13,
62:16, 62:17, 64:1,
67:13, 79:14, 81:8
**segregated** [1] - 51:5
**self** [3] - 5:13, 9:6,
42:8
**self-identified** [2] -
5:13, 9:6
**self-taught** [1] - 42:8
**selfless** [1] - 61:6
**send** [5] - 7:9, 15:4,
15:18, 30:15, 66:7

**SENIOR** [1] - 1:10
**sense** [1] - 28:6
**sent** [1] - 54:22
**sentence** [28] -
14:24, 15:4, 15:14,
15:18, 16:8, 17:23,
17:25, 21:24, 22:17,
26:8, 29:15, 29:17,
30:25, 31:9, 31:24,
32:10, 33:11, 34:20,
42:3, 67:21, 68:16,
70:5, 75:13, 76:24,
77:2, 77:4, 77:10,
78:14
**sentenced** [7] -
29:14, 31:11, 31:13,
31:15, 31:20, 41:14,
69:5
**sentences** [3] - 26:5,
32:23, 33:4
**Sentencing** [1] -
68:24
**SENTENCING** [1] -
1:9
**sentencing** [18] -
5:2, 7:13, 8:15, 8:17,
9:22, 10:8, 10:15,
14:21, 15:1, 16:18,
17:10, 17:21, 26:4,
32:12, 41:24, 69:1,
69:12
**separate** [3] - 26:9,
49:24, 75:24
**separation** [1] -
61:23
**series** [2] - 50:19,
53:11
**serious** [12] - 12:6,
19:2, 25:11, 28:25,
29:1, 32:21, 38:20,
63:8, 64:3, 65:11,
68:14
**seriously** [1] - 26:18
**seriousness** [2] -
12:2, 14:5
**serve** [2] - 22:14,
69:5
**served** [10] - 21:25,
22:17, 26:9, 29:18,
32:10, 34:18, 34:21,
64:21, 67:25, 78:15
**server** [2] - 47:24
**servers** [7] - 47:4,
47:8, 47:19, 48:2,
48:5, 49:2
**service** [4] - 54:19,
55:15, 57:5, 70:22
**Service** [1] - 29:25
**services** [7] - 42:23,
70:23, 72:9, 72:12,

72:17, 72:18, 74:23
**set** [14] - 5:5, 9:7, 26:13, 34:12, 41:2, 42:3, 43:6, 53:10, 63:21, 66:15, 66:24, 69:24, 70:6, 77:1
**sets** [1] - 62:7
**setting** [7] - 43:10, 43:16, 51:21, 52:18, 53:25, 79:23, 81:5
**settings** [1] - 71:21
**seven** [1] - 56:17
**several** [4] - 20:1, 29:9, 49:15, 58:18
**shall** [4] - 71:10, 72:8, 75:10, 75:14
**shame** [2] - 19:10, 19:11
**share** [3] - 73:21, 74:16, 74:17
**shared** [2] - 59:19, 59:22
**shareholders** [1] - 39:5
**shipped** [1] - 54:19
**shipping** [1] - 54:19
**shocked** [1] - 28:12
**short** [3] - 22:13, 40:11, 53:16
**shortly** [1] - 10:17
**show** [1] - 27:8
**showed** [1] - 65:22
**shown** [2] - 27:15, 58:6
**shows** [1] - 22:5
**shuffling** [1] - 50:21
**side** [2] - 25:9, 35:17
**sidewalk** [1] - 22:7
**sign** [4] - 8:21, 8:25, 27:13, 27:16
**signaling** [1] - 25:9
**signals** [1] - 48:25
**signed** [3] - 4:8, 8:20, 81:1
**significant** [9] - 14:23, 15:21, 16:13, 19:24, 24:1, 32:9, 34:17, 39:18, 49:19
**signing** [2] - 76:3, 79:22
**signs** [1] - 48:25
**Silicon** [1] - 14:11
**Silk** [1] - 17:11
**SIM** [1] - 54:15
**similar** [4] - 16:9, 16:18, 17:18, 32:19
**simple** [1] - 30:19
**simply** [1] - 30:20
**simulating** [1] - 47:13

**sites** [1] - 72:12
**sitting** [3] - 30:14, 31:7, 50:15
**situation** [2] - 16:23, 20:24
**six** [4] - 16:17, 45:3, 45:5, 68:1
**skill** [1] - 21:22
**skilled** [1] - 14:9
**skills** [7] - 41:2, 41:3, 42:8, 43:9, 65:7, 65:8, 68:19
**skis** [1] - 27:9
**slap** [1] - 25:15
**sleeping** [1] - 29:5
**sleeps** [1] - 29:3
**Slip** [1] - 1:24
**slow** [3] - 12:4, 15:25
**small** [5] - 39:21, 42:15, 50:6, 50:19, 53:11
**smart** [3] - 14:9, 70:14
**smartphones** [4] - 70:14, 71:3, 72:14, 72:22
**snitches** [1] - 20:11
**social** [2] - 24:7, 70:23
**society** [8] - 21:11, 21:16, 38:24, 40:23, 59:3, 64:5, 64:10
**socket** [1] - 47:21
**SOCKS** [2] - 47:21, 47:22
**software** [8] - 42:21, 42:25, 47:10, 47:11, 57:5, 71:5, 71:22, 72:1
**solution** [1] - 41:10
**solvency** [1] - 64:3
**someone** [4] - 21:11, 26:16, 33:8, 48:22
**someplace** [2] - 30:2, 75:18
**sometime** [1] - 51:16
**sometimes** [4] - 29:5, 29:8, 80:13, 80:14
**soon** [1] - 80:2
**sophisticated** [4] - 10:1, 38:1, 63:21, 66:3
**sophistication** [3] - 16:14, 16:19, 66:16
**sorry** [4] - 14:19, 18:17, 23:2, 24:14, 34:7, 34:25, 38:21, 39:9, 79:1
**sort** [3] - 31:18,

65:20, 66:22
**sounds** [2] - 5:4, 5:23
**source** [4] - 26:3, 51:13, 57:12, 57:21
**Southern** [3] - 16:21, 17:9, 33:1
**Soviet** [2] - 27:24, 45:6
**space** [2] - 15:5, 63:14
**special** [6] - 10:12, 38:10, 59:8, 60:1, 69:7, 70:7
**specific** [10] - 15:23, 16:3, 16:5, 22:3, 32:4, 51:10, 62:1, 62:8, 63:5, 71:10
**specifically** [1] - 13:2
**spend** [1] - 13:5
**spent** [5] - 12:22, 12:23, 27:6, 27:7, 64:13
**spit** [1] - 22:7
**spraying** [1] - 49:8
**spring** [1] - 46:23
**squandering** [1] - 38:21
**stable** [1] - 52:12
**staging** [2] - 51:1, 51:2
**stand** [3] - 28:13, 28:14, 28:15
**standard** [6] - 71:2, 71:6, 71:10, 72:13, 72:21
**stands** [2] - 28:12, 28:13
**start** [4] - 41:9, 46:20, 60:16, 60:20
**started** [3] - 10:17, 10:20, 28:1
**starting** [2] - 3:12, 63:18
**state** [1] - 69:16
**statement** [2] - 46:17, 65:19
**statements** [1] - 55:24
**states** [1] - 60:2
**States** [15] - 2:3, 3:10, 44:22, 45:2, 45:20, 45:23, 47:3, 47:5, 48:24, 49:3, 55:2, 55:20, 58:1, 73:2, 82:13
**STATES** [4] - 1:1, 1:3, 1:10, 1:20
**stating** [1] - 57:10

**station** [1] - 54:21
**statistics** [1] - 26:4
**statute** [8] - 69:8, 76:12, 76:13, 76:17, 76:18, 76:21, 76:22
**statutes** [1] - 70:5
**statutory** [2] - 8:8, 77:5
**stay** [1] - 51:22
**stayed** [2] - 40:17, 59:18
**steal** [5] - 12:9, 12:10, 19:6, 50:3, 63:19
**stealing** [1] - 17:11
**stein** [1] - 3:25
**Stein** [1] - 4:3
**stenographic** [1] - 82:5
**Step** [5] - 29:16, 29:24, 30:7, 30:19, 31:4
**steps** [2] - 48:18, 51:20, 55:18
**Sterlingov** [1] - 24:1
**still** [3] - 45:1, 59:14, 67:9
**stipulate** [1] - 37:3
**stole** [6] - 12:11, 13:24, 16:25, 17:1, 38:14, 49:14
**stolen** [25] - 13:1, 13:4, 13:22, 48:16, 49:9, 49:17, 50:15, 50:18, 50:23, 50:25, 51:9, 51:25, 52:3, 52:11, 52:19, 53:2, 53:11, 53:16, 54:5, 58:8, 63:23, 63:25, 64:13, 64:16, 67:4
**stop** [1] - 41:11
**storage** [2] - 73:1
**stories** [1] - 40:11
**story** [2] - 19:12, 19:13
**street** [1] - 28:3
**Street** [1] - 1:21
**stress** [1] - 39:9
**stressed** [1] - 61:24
**stressful** [1] - 39:8
**strongly** [2] - 15:14, 79:17
**struck** [1] - 40:13
**struggles** [1] - 59:2
**struggling** [1] - 16:1
**studied** [1] - 50:11
**subject** [5] - 10:22, 43:16, 44:25, 58:1, 73:11
**submission** [9] -

14:16, 16:8, 17:17, 22:20, 23:22, 23:23, 25:18, 26:15, 29:21
**submissions** [1] - 24:10
**submit** [8] - 19:16, 22:4, 22:16, 32:21, 69:19, 72:24, 73:8, 74:4
**submitted** [1] - 11:22
**subsequent** [2] - 12:15, 42:4
**subsequently** [1] - 48:5
**substance** [9] - 44:12, 69:17, 69:18, 73:23, 73:24, 74:4, 74:5, 74:6, 79:6
**substantial** [7] - 12:24, 15:15, 23:20, 36:9, 37:4, 66:23, 67:1
**suburbs** [1] - 45:12
**succeed** [2] - 28:7
**success** [1] - 59:7
**successful** [4] - 41:3, 43:7, 43:12, 65:7
**successfully** [1] - 63:15
**suffered** [1] - 6:2
**suffice** [1] - 10:23
**sufficient** [1] - 18:1
**suggest** [2] - 79:17, 80:6
**suggested** [1] - 35:15
**suitable** [1] - 22:13
**Suite** [1] - 1:15
**sum** [2] - 6:3, 62:10
**summary** [1] - 42:12
**summed** [2] - 40:12, 40:18
**supervise** [2] - 74:1, 74:12
**supervised** [8] - 10:10, 18:3, 22:9, 26:23, 38:7, 69:6, 73:15, 77:1
**supervision** [7] - 22:10, 69:9, 69:14, 69:20, 70:24, 73:5, 75:17
**Supplement** [1] - 11:1
**supplement** [1] - 8:16
**support** [9] - 18:2, 21:8, 21:14, 45:25, 58:19, 61:7, 64:13,

67:6, 67:9
**supporters** [3] -
3:22, 62:13, 62:19
**supportive** [3] -
58:22, 60:13, 60:15
**supports** [1] - 21:7
**suppose** [1] - 34:18
**surgery** [2] - 23:12,
23:13
**surrounding** [2] -
14:16, 26:12
**suspicion** [2] - 55:5,
73:4
**system** [3] - 47:13,
47:14, 64:9
**systems** [5] - 48:20,
70:17, 71:16, 71:18,
71:25

## T

**table** [2] - 3:14, 3:19
**tablets** [4] - 70:14,
71:3, 72:15, 72:22
**taint** [1] - 50:13
**talent** [1] - 19:4
**talented** [1] - 14:9
**talents** [4] - 38:23,
58:21, 59:12, 62:3
**talks** [1] - 44:12
**tamper** [1] - 74:7
**targeting** [2] - 49:10,
55:24
**task** [1] - 13:21
**taught** [1] - 42:8
**teach** [1] - 21:6
**tech** [1] - 60:22
**technical** [3] - 16:14,
34:24, 66:16
**technique** [1] - 53:15
**techniques** [2] -
47:7, 53:9
**technology** [6] -
24:4, 39:7, 60:10,
61:5, 62:5, 73:13
**telemarketing** [1] -
17:14
**telephone** [1] - 20:20
**ten** [1] - 61:1
**tend** [1] - 69:24
**term** [5] - 22:12,
69:4, 69:6, 76:24,
76:25
**termination** [1] -
75:16
**terms** [39] - 5:6, 9:10,
26:7, 26:10, 27:1,
27:4, 28:21, 30:13,
31:3, 31:5, 32:1,

32:11, 34:1, 35:19,
42:7, 42:11, 43:10,
43:14, 44:14, 45:21,
46:15, 46:16, 46:17,
60:6, 62:20, 64:18,
66:3, 66:10, 67:5,
68:3, 68:5, 73:17,
74:17, 76:7, 78:14,
79:21, 79:23, 80:10,
81:5
**terrible** [5] - 19:9,
27:9, 28:25, 29:5,
38:14
**terrors** [2] - 29:2
**test** [1] - 69:19
**testified** [2] - 23:25,
33:6
**testify** [1] - 24:9
**testifying** [1] - 20:7
**testimony** [1] - 24:4
**testing** [5] - 21:19,
47:9, 74:4, 74:5, 74:7
**tests** [2] - 69:20,
69:22
**Tether** [1] - 52:12
**THE** [86] - 1:1, 1:10,
1:13, 1:20, 1:22, 3:1,
3:5, 3:9, 3:16, 3:25,
4:2, 4:3, 4:13, 4:17,
4:20, 5:11, 5:17, 5:25,
6:22, 7:3, 7:6, 7:11,
7:17, 8:1, 8:6, 12:4,
15:25, 18:3, 18:5,
18:9, 18:18, 18:21,
18:23, 22:25, 23:3,
24:13, 24:15, 25:25,
29:22, 30:10, 30:12,
30:23, 31:3, 31:17,
32:14, 32:16, 33:14,
34:1, 34:3, 34:5, 34:7,
34:10, 34:22, 35:8,
35:11, 35:15, 36:1,
36:6, 36:14, 36:16,
36:24, 37:6, 37:11,
37:16, 38:13, 41:23,
76:2, 76:6, 78:7, 78:9,
78:11, 78:13, 78:19,
79:1, 79:3, 79:7,
79:10, 79:12, 79:17,
79:21, 80:3, 80:10,
80:21, 81:1, 81:7,
81:13
**theft** [7] - 14:12,
16:12, 17:13, 49:24,
63:9, 64:2, 64:7
**thefts** [1] - 63:10
**themselves** [1] -
25:11
**therapy** [1] - 59:17
**thereafter** [1] - 69:20

**thereby** [1] - 58:12
**therefore** [1] - 75:3
**Thereupon** [2] - 3:3,
37:14
**thief** [1] - 40:16
**thinking** [4] - 17:2,
40:18, 41:18, 64:24
**third** [2] - 15:3, 56:12
**thousand** [1] - 49:15
**thousands** [1] -
53:12
**threatening** [1] -
17:3
**threats** [1] - 41:5
**three** [19] - 9:15,
9:16, 10:2, 10:3,
10:10, 20:14, 25:13,
28:22, 30:21, 30:22,
32:8, 33:5, 38:1, 38:2,
38:5, 38:8, 39:20,
62:1, 69:6
**three-year** [1] - 69:6
**thresholds** [1] -
51:23
**threw** [1] - 55:20
**throughout** [3] -
14:18, 28:5, 40:14
**throw** [1] - 28:3
**throw-aways** [1] -
28:3
**ties** [2] - 14:17, 14:20
**timely** [1] - 55:11
**tip** [1] - 40:25
**titled** [1] - 10:25
**today** [11] - 5:19,
8:21, 11:25, 12:13,
16:13, 17:21, 26:19,
28:10, 38:13, 40:16,
65:20
**together** [1] - 60:20
**toll** [1] - 59:7
**tomorrow** [1] - 79:13
**took** [10] - 8:14,
15:10, 38:19, 42:18,
48:18, 55:18, 59:7,
59:14, 62:24, 63:22
**tool** [1] - 22:9
**tools** [1] - 47:6
**top** [1] - 79:11
**Tor** [2] - 47:17, 72:10
**total** [6] - 10:5,
13:23, 35:4, 37:8,
37:17
**totaling** [1] - 53:12
**touch** [2] - 27:10,
59:19
**Tox** [1] - 72:11
**toys** [1] - 21:3
**traced** [1] - 50:11
**tracing** [1] - 58:6

**track** [1] - 64:10
**track/trace** [1] -
50:24
**trade** [1] - 56:24
**traffic** [1] - 47:16
**tragic** [3] - 19:2, 19:9
**trail** [1] - 53:19
**train** [1] - 54:21
**trajectory** [1] - 14:15
**transaction** [3] -
51:22, 53:19, 54:2
**transactions** [10] -
48:8, 48:12, 49:23,
50:11, 50:19, 50:22,
52:8, 53:12, 53:14,
53:15
**transcript** [2] - 82:5,
82:6
**transferred** [3] -
48:13, 50:6, 75:17
**transferring** [1] -
75:19
**transmission** [1] -
58:12
**transmitted** [2] -
48:24, 48:25
**transparent** [1] -
52:5
**travel** [1] - 55:1
**traveling** [1] - 13:18
**Treasury** [1] - 58:14
**treatment** [8] -
26:24, 72:17, 73:23,
73:24, 74:9, 74:11,
75:13, 75:16
**trial** [3] - 20:7, 24:1,
24:6
**trials** [1] - 24:9
**trip** [1] - 55:5
**trips** [1] - 54:18
**troubling** [1] - 82:5
**true** [3] - 52:24, 82:4,
82:5
**truly** [1] - 25:22
**truthful** [1] - 24:18
**try** [1] - 25:2
**trying** [1] - 13:1
**turned** [1] - 28:9
**TV** [1] - 40:6
**two** [26] - 4:5, 4:9,
5:19, 8:2, 8:9, 9:5,
9:12, 9:13, 9:24, 10:1,
10:4, 18:14, 29:13,
32:13, 35:22, 36:11,
36:21, 37:2, 37:7,
37:24, 37:25, 60:19,
65:7, 67:25, 69:20,
72:21
**type** [2] - 15:16,
73:17

**typically** [2] - 54:8,
54:19

## U

**U.S** [17] - 1:14, 1:17,
2:1, 44:25, 45:10,
52:13, 55:9, 55:12,
55:25, 56:6, 58:13,
71:4, 71:8, 71:14,
73:21, 75:6, 75:12
**U.S.-based** [3] -
52:2, 53:23, 54:1
**Ukraine** [2] - 13:18,
54:18
**Ukranian** [3] - 52:1,
54:7, 54:25
**ultimately** [4] -
45:11, 48:6, 59:12,
63:11
**unacceptable** [1] -
39:2
**unaltered** [1] - 72:2
**unannounced** [2] -
71:15, 71:24
**unauthorized** [4] -
12:8, 47:7, 48:22,
49:5
**unaware** [2] - 16:9,
51:10
**unconstitutional** [2]
- 76:12, 76:18
**under** [19] - 9:23,
10:14, 26:12, 26:17,
29:16, 33:7, 33:9,
33:10, 34:16, 34:19,
36:10, 44:13, 45:10,
52:24, 58:13, 67:19,
73:3, 77:13, 78:2
**underlying** [2] -
9:25, 64:6
**undermine** [1] - 52:8
**underscore** [1] -
14:4
**understood** [1] - 8:3
**undisputed** [1] -
11:9
**unfortunately** [1] -
35:3
**unhosted** [1] - 52:7
**Union** [2] - 27:24,
45:6
**union** [1] - 44:19
**unique** [2] - 32:18,
66:10
**UNITED** [4] - 1:1,
1:3, 1:10, 1:20
**united** [1] - 2:3
**United** [14] - 3:10,

44:22, 45:2, 45:20,
45:23, 47:3, 47:5,
48:24, 49:3, 55:2,
55:20, 58:1, 73:2,
82:13
**unlawful** [2] - 51:14,
69:18
**unlawfully** [1] -
69:17
**unless** [5] - 18:7,
70:2, 70:19, 72:22,
81:4
**unquote** [8] - 10:17,
53:23, 57:13, 60:5,
60:20, 63:11, 63:15,
64:9
**unrelated** [1] - 56:13
**unspecified** [1] -
51:14
**unwanted** [1] - 16:7
**unwarranted** [1] -
32:12
**up** [30] - 3:6, 7:9,
7:18, 14:10, 20:11,
23:14, 31:19, 33:11,
34:24, 39:21, 39:24,
40:12, 40:18, 43:6,
43:10, 43:12, 51:21,
52:18, 53:10, 53:20,
54:1, 57:18, 62:20,
66:12, 76:9, 76:14,
77:14, 78:4, 81:2
**update** [1] - 18:13
**updated** [1] - 36:2
**USC** [2] - 42:4, 68:25
**USD** [1] - 52:12
**USDC** [1] - 52:12
**USDT** [1] - 52:12
**useful** [1] - 74:19
**usefulness** [1] - 68:8
**user** [3] - 49:10,
70:23, 70:25
**users** [3] - 39:5,
47:20, 51:7
**uses** [1] - 73:12
**USFI** [3] - 57:2, 57:3,
57:25
**USFIs** [2] - 51:22,
52:23
**utilized** [1] - 47:6
**utilizing** [1] - 53:13
**utter** [1] - 20:2

**V**

**vaccine** [1] - 29:7
**valid** [1] - 55:11
**validity** [1] - 5:6
**Valley** [1] - 14:11

**valuable** [2] - 12:7,
21:22
**value** [5] - 8:10,
14:24, 64:19, 68:3,
68:5
**valued** [2] - 48:16,
63:23
**variance** [7] - 34:2,
34:6, 34:8, 34:9,
34:20, 67:14, 67:18
**variety** [2] - 47:16,
53:17
**various** [3] - 49:22,
70:5, 75:20
**vast** [1] - 27:5
**VCE** [14] - 52:25,
56:11, 56:15, 56:19,
56:21, 56:23, 57:9,
57:10, 57:15, 57:21,
57:24, 57:25
**VCEs** [5] - 51:22,
52:23, 53:17, 56:5,
58:11
**vendors** [1] - 52:21
**venture** [1] - 42:12
**verification** [1] - 57:9
**verified** [1] - 52:20
**verify** [2] - 56:18,
71:25
**versus** [1] - 3:10
**via** [5] - 7:8, 47:18,
47:21, 52:5, 54:19
**victim** [24] - 5:13,
37:4, 46:24, 47:2,
47:5, 48:6, 48:8, 48:9,
48:11, 48:13, 48:19,
49:2, 49:5, 49:6, 49:9,
49:17, 49:18, 49:25,
51:19, 56:7, 57:7,
57:23, 58:5, 74:24
**victim's** [2] - 12:6,
15:6
**victims** [3] - 9:6,
17:14, 45:8
**view** [4] - 33:22,
33:23, 37:9, 63:6
**vigor** [1] - 20:25
**violate** [1] - 71:20
**violated** [1] - 73:5
**violation** [3] - 17:13,
55:13, 73:6
**virtual** [21] - 17:12,
46:19, 48:3, 48:8,
48:16, 49:10, 49:14,
49:21, 50:7, 52:3,
52:4, 52:14, 53:21,
55:24, 56:24, 57:16,
63:10, 63:20, 63:23,
72:11
**volatility** [1] - 52:14

**volume** [1] - 13:21
**voluminous** [1] -
50:21
**voluntarily** [1] -
64:24
**vs** [1] - 1:5
**vulnerabilities** [1] -
47:12

**W**

**wait** [1] - 81:4
**waiting** [1] - 11:6
**waive** [2] - 75:3,
76:23
**waiver** [1] - 76:9
**waiving** [1] - 75:1
**wallet** [3] - 48:14,
51:1, 51:2
**Wallet** [4] - 48:14,
50:16, 50:18, 51:1
**wallets** [4] - 48:3,
48:13, 51:2, 52:7
**wants** [4] - 6:15,
21:22, 22:11, 28:19
**warm** [1] - 61:8
**warn** [1] - 73:10
**warrant** [1] - 22:23
**warrants** [1] - 22:17
**Washington** [6] -
1:6, 1:15, 1:18, 1:21,
2:5, 82:14
**wasting** [1] - 38:22
**watch** [1] - 40:6
**watches** [1] - 70:14
**ways** [3] - 13:2, 19:2,
66:11
**wealth** [1] - 27:21
**wedding** [1] - 20:15
**weigh** [2] - 27:20,
31:22
**weighed** [1] - 68:15
**weighing** [1] - 23:20
**weighs** [2] - 14:23,
15:13
**welcome** [1] - 26:22
**welcomed** [1] -
59:23
**whole** [1] - 21:18
**wholly** [1] - 17:7
**wife** [20] - 3:23,
13:16, 19:7, 23:12,
28:13, 29:11, 41:14,
46:7, 59:10, 60:12,
60:14, 60:16, 61:19,
61:23, 61:24, 62:4,
62:6, 63:25, 64:13,
66:19
**wife's** [2] - 3:23,

42:18
**willing** [2] - 24:8,
26:22
**willingly** [1] - 46:23
**winds** [2] - 31:19,
81:2
**winter** [1] - 46:22
**wire** [2] - 10:1, 48:25
**Wisconsin** [1] - 46:5
**wish** [2] - 78:17,
80:11
**wishes** [2] - 11:18,
38:11
**withdraw** [2] - 50:2,
55:3
**withdrawal** [1] - 51:5
**withdrawing** [2] -
52:2, 53:18
**witness** [1] - 29:20
**witnessed** [1] -
28:24
**words** [2] - 17:4,
22:1
**works** [6] - 6:14,
21:6, 31:4, 61:13
**world** [3] - 13:15,
25:10, 38:19
**worst** [1] - 40:22
**worth** [8] - 12:11,
12:12, 14:1, 14:2,
16:13, 19:9, 49:15,
63:25
**wound** [1] - 42:22
**wrist** [1] - 25:16
**writer** [1] - 9:21
**writing** [2] - 7:6,
35:23
**writings** [1] - 48:25
**written** [2] - 18:19,
40:15
**wrongdoing** [1] -
25:11
**wrote** [1] - 57:9

**X**

**XMR** [2] - 52:4, 52:9

**Y**

**year** [3] - 29:15,
29:17, 69:6
**years** [23] - 8:9,
10:10, 20:14, 25:13,
28:22, 29:13, 30:21,
32:8, 33:5, 38:8,
38:14, 39:21, 40:23,
42:5, 59:19, 60:12,

60:23, 61:1, 63:4,
63:16, 63:24, 67:22,
67:25
**years'** [2] - 17:25,
60:1
**yesterday** [2] - 36:3,
36:4
**York** [7] - 1:14, 1:25,
16:21, 17:9, 33:2,
46:6
**young** [2] - 14:13,
20:18
**younger** [2] - 44:21,
45:14, 59:9
**yourself** [2] - 3:11,
7:18

**Z**

**Zancan** [2] - 16:25
**zero** [6] - 10:4,
18:14, 35:9, 35:13,
36:11, 36:22
**zero-point** [5] -
18:14, 35:9, 35:13,
36:11, 36:22
**ZIMMERMAN** [1] -
1:19
**Zimmerman** [1] -
3:14
**Zoom** [4] - 80:12,
80:13, 80:16, 81:3