UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
        v.                      :        CRIMINAL NO. 23-cr-239 (CKK)
                                :
ILYA LICHTENSTEIN, *et al.*,    :
                                :
        Defendants.             :

## ORDER

Upon consideration of the Consent Motion To Schedule Restitution Hearing, it is hereby

ORDERED, that a Restitution Hearing in this case shall be scheduled on February 21,

2025, at 1:00    a.m./p.m.; and it is further

ORDERED, that the Government shall file its Supplemental Restitution Memorandum on

or before January 14, 2025; Any third parties shall file any Motions To Intervene or Objections on

or before January 28, 2025; the Defendants shall file any Response on or before February 7, 2025;

and the Government shall file its Reply on or before February 14, 2025.


Dated this 21 day of Nov., 2024.


_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE