**LEAVE TO FILE GRANTED**
Judge C Kollar-Kotelly
12/3/24



Documented Bitcoin Transaction Analysis

**Coinbase Account**
Registered to: Francisco Cavazos
Date: June 13, 2016
Time: 14:57:09 UTC
Initial Amount: 20.9 BTC
Value at Time: $719.97 USD

Initial Transfer
20.9 BTC

**Initial Transfer Wallet**
Full Address:
3KL9ZbwhFQyrpvhWAWNqAL2QXB7q2e38
Date Received: June 13, 2016

Transfer to Hacker

**Hacker Wallet Address**
Full Address: 17UwqXM72yhxmjLRzQec3XRiAXQUmeAt6k
Amount: 14.99386304 BTC
Value: $1,436,723 USD
Date: August 2, 2016 05:44:46

Government Seizure

**Government Controlled Wallet**
Full Address:
bc1qaczcm763858nkj2dj986etajv6wquslv8uxwczt
Total Amount: 15,201.564 BTC
Combined Value: $958,156,535.70 USD