## United States Customer

Your account is flagged as belonging to an individual who is a United States resident. Please be advised that Bitfinex is terminating its relationship with US Individual customers (non-corporate accounts with a primary residence in the United States).

US Individual customers must cease trading and funding activity, close any open trading positions, return any reserved funding you may have, and withdrawal all of your balances from the platform as expeditiously as possible.

For verified individual U.S. customers, we have already disabled deposit pages and financing from being submitted. After a short grace period to allow for withdrawing your funds, all services will be blocked for US individual accounts. For more information, see the announcement post and the following Knowledge Base articles.

LEAVE TO FILE GRANTED
Judge Colleen Kollar-Kotelly
12/3/24