UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 23-cr-239 (CKK) |
| | : | |
| ILYA LICHTENSTEIN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**MOTION TO CORRECT CLERICAL ERROR**

The United States of America, by and though the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Fed. R. Crim. P. 36 to correct two scrivener's errors in the Second Amended Preliminary Order of Forfeiture entered in the above-referenced case, ECF No. 178.

1.  On November 14, 2024, the Court sentenced defendant Ilya Lichtenstein. At sentencing, the Court entered the Second Amended Preliminary Order of Forfeiture, which is applicable against both defendants, with the consent of counsel for Mr. Lichtenstein and counsel for defendant Heather Morgan, who was also present at the hearing and indicated his consent on behalf of Ms. Morgan.

2.  On November 18, 2024, the Court sentenced Ms. Morgan.

3.  Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), the Second Amended Preliminary Order of Forfeiture became final as to each defendant at sentencing. The order "remains preliminary as to third parties until the [third-party] ancillary proceeding is concluded under Rule 32.2(c)." Fed. R. Crim. P. 32.2(b)(4)(A).

4.  In preparing for direct and publication notice to third parties pursuant to Fed. R. Crim. P. 32.2(b)(6), the government discovered two scrivener's errors in the descriptions of property subject to forfeiture. First, item *l* inadvertently double-counted the seizure of 11.2451

Ether (ETH) that was also included in the larger pools of seized ETH listed in item gg. Second, item gg inadvertently transposed two digits, erroneously listing 1,0<u>19</u>.23 ETH when the correct value was 1,0<u>91</u>.23 ETH.

5.  These scrivener's errors reflected errors in how the seized properties were described. They did not affect the substance of the defendants' forfeiture obligations.

6.  Pursuant to Fed. R. Crim. P. 36, "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." *See United States v. Powell*, 266 F. App'x 263, 266 (4th Cir. 2008) ("The errors most commonly subject to correction under Rule 36 are thus recording or scrivener's errors that make a difference. Thus, Rule 36 has been employed to amend a judgment to include an obviously omitted forfeiture order, or to correct a judgment that erroneously cited the controlling statute, or to correct the amount of a restitution ordered by the court, or to correct a judgment to refer to a lesser included offense to which the defendant pleaded guilty, rather than to the charge contained in the indictment.") (citations omitted).

7.  The government moves for entry of the attached Corrected Second Amended Attachment A, which corrects the two scrivener's errors noted above but is otherwise identical to the order entered at sentencing.

8.  Counsel for both defendants have been notified regarding the entry of the Corrected Second Amended Preliminary Order of Forfeiture.

>   Respectfully submitted,
>   MATTHEW M. GRAVES
>   UNITED STATES ATTORNEY
>   D.C. Bar No. 481052
>
> BY: /s/ Christopher B. Brown
>   Christopher B. Brown, D.C. Bar No. 1008763
>   Special Assistant United States Attorney
>   Rick Blaylock Jr., Texas Bar No. 24103294
>   Assistant United States Attorney
>   U.S. Attorney's Office for the District of Columbia
>   601 D Street, N.W.
>   Washington, DC 20530
>   (202) 353-0018 (Brown)
>   (202) 252-6765 (Blaylock)
>   Christopher.Brown8@usdoj.gov
>   Rick.Blaylock.Jr@usdoj.gov
>
>   /s/ Jessica Peck
>   Jessica Peck, N.Y. Bar Number 5188248
>   C. Alden Pelker, Maryland Bar
>   Trial Attorneys, U.S. Department of Justice
>   Computer Crime & Intellectual Property Section
>   1301 New York Ave., N.W., Suite 600
>   Washington, D.C. 20005
>   (202) 353-9455 (Peck)
>   (202) 616-5007 (Pelker)
>   Jessica.Peck@usdoj.gov
>   Catherine.Pelker@usdoj.gov