UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ILYA LICHTENSTEIN, *et al.*

Criminal No. 23-CR-239 (CKK)

LEAVE TO FILE GRANTED
Judge C Kollar-Kotelly
Jan 22, 2023

## PRO SE MOTION TO INTERVENE AND ASSERT VICTIM STATUS

### I. PRELIMINARY STATEMENT

Here, despite the Department of Justice's position that, for the purposes of MVRA, there are no 'victims' of the offenses for which the defendants are convicted, defendant I. Lichtenstein has admitted, but was not convicted for, to being the hacker who infiltrated Bitfinex's systems and stole BTC from accountholders. A restitution of *'specific property lost'* (Government's Supplemental Motion, January 14, 2025) to Bitfinex as in-kind restitution, favoring corporate restitution over individual compensation as suggested by the government, directly opposes victim rights established in the CVRA and MVRA, which emphasizes the importance of ensuring that victims, particularly individuals, receive full and timely compensation as well as receive timely notice of, and not be excluded from, any public court proceeding. Such restitution would mean that former accountholders bear the ultimate consequences in this case. Petitioner respectfully requests for appropriate restitution - in-kind - among 'victims', under which 'accountholders that lost value' in 2016.

### II. INTRODUCTION

Louis Maria Andrea Zuijderwijk (hereafter "Petitioner", or "Zuijderwijk"), respectfully submits his Pro Se Motion to this Honorable Court to intervene and be recognized as victim of cryptocurrency theft arising from the Bitfinex hack. On August 2, 2016, Petitioner suffered a loss of 3.2743 BTC (bitcoin) due to the crimes conducted by the defendant, I. Lichtenstein. Petitioner seeks acknowledgment of his victim status as defined by the Crime Victims' Rights Act (CRVA) and the Mandatory Victims' Restitution Act (MVRA) and requests the return of the stolen 3.2743 BTC.

## III. STATEMENT OF FACTS – BASIS FOR INTERVENTION

1. **Timeline of Events**

| | |
|---|---|
| **2013 - 2015:** | Petitioner accumulated BTC through purchases from a reputable broker in The Netherlands. |
| **March 2016:** | A total of 9.6204 BTC was transferred to Petitioner's personal account with Bitfinex, as documented in the ancillary petition submitted. |
| **August 2016:** | Bitfinex's systems were breached, resulting in a loss of 3.2743 BTC from Petitioner's account. Bitfinex immediately halted all trading activities, restricting users from accessing their accounts. Subsequent investigations revealed that approximately 119.756 BTC was stolen in total during this breach. |
| **August 2016:** | Bitfinex issued compensation in the form of unregistered BFX tokens (a securities a-like solution), totaling 1.977,8951 to petitioner's account. |
| **2017 - 2018:** | Petitioner maintained detailed documentation of losses incurred for potential future claims related to the recovery of stolen BTC. |
| **2022 - 2024:** | The government achieved near-complete recovery of stolen cryptocurrency linked to the Bitfinex hack. |

2. **Proof of Ownership**: Petitioner has maintained documented records proving ownership of the stolen BTC, including original purchase records from 2013 – 2015, bank statements and 'transaction hashes' recorded on the blockchain.

3. **Victim Status**: As a direct victim of the crimes committed by the defendant, Petitioner seeks to intervene and assert victim status in order to protect his right and title to the lost BTC. Analysis of the blockchain corroborates Petitioner's ownership of personal funds among the BTC that were recovered on February 4, 2022, by government agencies.

## IV. LEGAL GROUNDS FOR INTERVENTION

4. **Victims' Rights Under Federal Law**: Under 18 U.S.C. § 3664(f)(1)(B), federal law safeguards victims' rights to restitution, permitting victims to recover losses even when alternative compensation routes have been proposed.

5. **Violation of Terms of Service**: Per Bitfinex's Terms of Service, "*bitcoins in your wallet belong to and are owned by you.*" (section 5.1, Bitfinex terms 2016). Customers were provided a personal 'multi-signature wallet', a segregated wallet system (see partnership Bitfinex and BitGo https://blog.bitfinex.com/announcements/bitfinex-and-bitgo-partner-to-create-worlds-first/), at the exchange to safe keep BTC. Bitcoins explicitly belonged to customers only as per Bitfinex's Terms of Service.

6. **Harm**: Petitioner was a victim directly and proximately harmed due to the conduct of the defendant, constituting a legitimate basis for intervention and claim for restitution (18 U.S.C § 3663A(a)(2)).

## V. REQUEST FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

7. Grants permission to intervene in this case to seek restitution of the stolen BTC and any additional relief the Court deems just and appropriate.

8. Declare that the BFX tokens issued by Bitfinex do not constitute adequate compensation or substitution for the stolen 3.2743 BTC (18 U.S.C. § 3664(f)(1)(B)).

9. Ensures that fair restitution is prioritized among victims, like Petitioner, before considering claims from insurers or other entities (18 U.S.C. § 3664(j)).

Zuijderwijk has documented his claim in his ancillary petition submitted with the Clerk of Court on January 16, 2025.

**CERTIFICATE OF SERVICE**

I, Louis Maria Andrea Zuijderwijk, hereby certify that on this 20th day of January, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated below:

**CAHILL GORDON & REINDEL LLP**

1. **Anirudh Bansal**
32 Old Slip, New York, NY 10005
Email: abansal@cahill.com

2. **Angela F. Collins**
1990 K Street, N.W., Suite 950, Washington, DC 20006
Email: acollins@cahill.com

3. **Jason Michael Ecker**
32 Old Slip, New York, NY 10005
Email: jecker@cahill.com

4. **Samson Enzer**
32 Old Slip, New York, NY 10005
Email: SEnzer@cahill.com

5. **Kiersten A. Fletcher**
32 Old Slip, New York, NY 10005
Email: kfletcher@cahill.com

**U.S. DEPARTMENT OF JUSTICE**

1. **Rick E. Blaylock, Jr.**
601 D Street, NW, Washington, DC 20004
Email: rick.blaylock.jr@usdoj.gov

2. **Christopher Brodie Brown**
DOJ-Nsd, 950 Pennsylvania Avenue NW, Ste 6744a, Washington, DC 20530
Email: Christopher.Brown8@usdoj.gov

3. **Jessica Peck**
1301 New York Ave NW, Suite 655, Washington, DC 20005
Email: jessica.peck@usdoj.gov

4. **Catherine Pelker**
950 Pennsylvania Ave NW, Washington, DC 20530
Email: catherine.pelker@usdoj.gov

5. **Jolie Zimmerman**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW, Washington, DC 20530
Email: jolie.zimmerman@usdoj.gov

## METHOD OF SERVICE

The foregoing document was served via email.

Respectfully submitted,

Louis (Maria Andrea) Zuijderwijk
Pro se Victim
Delft, The Netherlands
Phone: 0031 630022852
le.zuijderwijk@gmail.com
louissls@xs4all.nl