**LEAVE TO FILE GRANTED**

*Judge C Kolla-Kotelly*
*Jan 22, 2025*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 1:23-CR-239 (CKK) |
| ILYA LICHTENSTEIN, et al., | |
| *Defendants.* | |

### THIRD-PARTY PETITIONERS iFINEX INC. AND BFXNA INC.'S MOTION FOR TREVOR BONDY GOPNIK'S ADMISSION *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(c), third-party petitioners iFinex Inc. and BFXNA Inc., respectfully move for the admission and appearance of attorney Trevor Bondy Gopnik *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of Trevor Bondy Gopnik, filed herewith. As set forth in the accompanying declaration, Trevor Bondy Gopnik is admitted, practicing, and a member in good standing of the State Bar of New York. This motion is supported and signed by Stephanie L. Brooker, an active and sponsoring member of the Bar of this Court.

Dated: January 16, 2025

Stephanie L. Brooker
D.C. Bar No. 475321
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
SBrooker@gibsondunn.com

*Counsel for Third-Party Petitioners iFinex Inc. and BFXNA Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing motion to be filed with the Clerk of Court via email on January 16, 2025, and the Clerk's office will send a notice of the electronic filing to all counsel of record in this case who have registered for the receipt of documents filed in this manner. *Pro se* intervenor Francisco Cavazos was not served a paper copy pursuant to Criminal Local Rule 40(d) because his address is not available.

Stephanie L. Brooker