UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants.* | No. 1:23-CR-239 (CKK) |

**DECLARATION OF BARRY H. BERKE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Berry H. Berke, declare as follows:

1.      I am counsel for third-party petitioners iFinex Inc. and BFXNA Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.      My full name is Barry Herman Berke.

3.      I am a partner with the law firm of Gibson, Dunn & Crutcher LLP. My office address is 200 Park Avenue, New York, NY 10166. My telephone number is (212) 351-3860.

4.      I am admitted, practicing, and a member in good standing of the Bar of the State of New York (Bar No. 2361541), and am admitted to practice before the following courts:

- U.S. District Court for the Southern District of New York

5.      I have never been disciplined by any bar.

6.      In the last two years, I have not been admitted *pro hac vice* in this Court.

7.    I do not engage in the practice of law from an office located in the District of
Columbia.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this
16th day of January 2025 in New York, NY.

_____
Barry H. Berke

2