LEAVE TO FILE GRANTED
Judge Kollar-Kotelly
Jan 29, 2024

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ILYA LICHTENSTEIN, et al., <br><br> Defendants. | Case No. 23-cr-239 (CKK) |

### MOTION TO INTERVENE OF HJALMAR PETERS, ALLAN NEWMAN, DOLAN HARRINGTON, CHRISTIAN DRESSLER, AND JUERGEN LANKAT

Movants Messrs. Hjalmar Peters ("Mr. Peters"), Allan Newman ("Mr. Newman"), Dolan Harrington ("Mr. Harrington,"), Christian Dressler ("Mr. Dressler"), and Juergen Lankat ("Mr. Lankat," and together with Messrs. Peters, Newman, Harrington, and Dressler, collectively, "Movants"), by and through their undersigned counsel, respectfully submit this motion to intervene pursuant to Fed. R. Civ. P. 24(a)(2) and Local Criminal Rule 57.6.

1.  On or about August 2, 2016, as a result of the hacking of Bitfinex and money laundering scheme perpetrated by Defendants Ilya Lichtenstein and Heather Morgan, Movants collectively lost nearly 30 Bitcoin, among other assets.

2.  On November 21, 2024, the Court issued an order (the "November 21 Order") scheduling a Restitution Hearing for February 21, 2025, ordering the Government to file its Supplemental Memorandum Regarding Restitution on January 14, 2025 (the "DOJ Memorandum"), and ordering any third-parties to file motions to intervene and/or objections to the DOJ Memorandum on or before January 28, 2025. *See* ECF No. 185.

3.  On January 16, 2025, Messrs. Newman and Peters e-filed verified ancillary petitions, pursuant to 21 U.S.C. § 853(n), for orders determining their interest in property that is

subject to forfeiture under the Second Amended Preliminary Order of Forfeiture entered by this Court on November 14, 2024, ECF. No. 178 (the "Preliminary Forfeiture Order"). *See* ECF Nos. 203-204 (Verified Ancillary Petitions of Messrs. Newman and Peters). On January 21, 2025, the Court granted Messrs. Newman and Peters leave to file the ancillary petitions, but did not grant them status as an intervenor. *See* ECF No. 206 (Minute Order granting leave to file).

4.  Messrs. Harrington, Dressler, and Lankat each intend to submit separate verified ancillary petitions, pursuant to 21 U.S.C. § 853(n), in the coming days. Those three ancillary petitions will be similar in both substance and as to the relief sought as the two ancillary petitions filed by Messrs. Newman and Peters that have already been allowed to be filed in this case.

5.  As further set forth in their respective ancillary petitions, Movants have interests in property that is subject to forfeiture under the Preliminary Forfeiture Order, and they are so situated that the disposition of this case may as a practical matter impair their ability to protect those interests. The Court has also implicitly approved the Movants' participation in this case as interested third-parties in the November 21 Order.

6.  Pursuant to the November 21 Order, Movants respectfully request leave to submit Movants' Memorandum in Support of Objection to the Government's Supplemental Memorandum Regarding Restitution, annexed hereto as **Exhibit 1** pursuant to LCvR 7(j).

7.  Accordingly, Movants respectfully requests that the Court permit them to intervene in this action, along with such other and further relief as the Court deems just and proper. A proposed order is annexed hereto as **Exhibit 2.**

Dated: January 28, 2025

**GREENSTEIN DELORME & LUCHS, P.C.**

By: /s/ *James D. Sadowski*
James D. Sadowski
DC Bar. # 446635
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: 202.452.1400
Fax: 202.452.1410
jds@gdllaw.com

**DAVIS+GILBERT LLP**
Joseph Cioffi
H. Seiji Newman
Joel Melendez
Adam Levy
1675 Broadway
New York, NY 10019
212-468-4800
jcioffi@dglaw.com
hnewman@dglaw.com
jmelendez@dglaw.com
alevy@dglaw.com

*Counsel for Third-Party Movants Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, and Juergen Lankat*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2025, I sent the foregoing Motion to Intervene, Memorandum, and proposed order by email to dcd_cmecf_cr@dcd.uscourts.gov and that I am sending a copy by email to all persons listed on the docket sheet for the receipt of a Notice of Electronic Filing. I am also emailing a copy to the two persons designated as intervenors in the ECF system. *See* email service list below.

    Eugene V. Gorokhov: eugene@burnhamgorokhov.com, michael@burnhamgorokhov.com
    Angela F. Collins: acollins@cahill.com, MA@cahill.com
    Charles Burnham: charles@burnhamgorokhov.com
    Christopher Brodie Brown: Christopher.Brown8@usdoj.gov, Angela.De.Falco@usdoj.gov, USADC.CriminalDocket@usdoj.gov, USADC.ECF.Cyber@usdoj.gov, USADC.ECF.Fraud2@usdoj.gov
    Kiersten A. Fletcher: kfletcher@cahill.com
    Jolie Zimmerman: jolie.zimmerman@usdoj.gov, usadc.docketing@usdoj.gov, usadc.ecfnatsec@usdoj.gov
    Catherine Pelker: catherine.pelker@usdoj.gov
    Jessica Peck: jessica.peck@usdoj.gov
    Anirudh Bansal: abansal@cahill.com
    Samson Enzer: SEnzer@cahill.com, MA@cahill.com
    Rick E. Blaylock, Jr.: rick.blaylock.jr@usdoj.gov, USADC.CriminalDocket@usdoj.gov, caseview.ecf@usdoj.gov, gtorrestrujillo@usa.doj.gov
    Jason Michael Ecker: jecker@cahill.com
    Louis (Maria Andrea) Zuijderwijk: louisIs@xs4all.nl, le.zuijderwijk@gmail.com
    Francisco Cavazos: FrankieCavazos@outlook.com

                                            /s/ James D. Sadowski
                                            James D. Sadowski