UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v. Criminal No. 23-CR-239 (CKK) ILYA LICHTENSTEIN, et al.

LEAVE TO FILE GRANTED
Judge CK Kolla-Kotelly
Jan 29, 2025

## Motion for Security through Anonymity, for Equitability and Witness Protection.

This motion respectfully seeks general measures to protect, encourage and address the imbalance of resources, and encourage potential whistleblowing in this unprecedented case involving the "largest ever financial seizure".

1. **Strict redaction, right to self-redact, pseudonymity**
   Victims have expressed fear of participation, due to exposure of sensitive personal information[1]. As an example, notary certificates from ECF 203 and 204 remain public and searchable online. These protections help to encourage victims' participation and prevent potential harm.

2. **Permission for Sealed Submissions or In Camera Review**
   This motion seeks general permission to submit documents under seal or in camera review. This measure provides a slightly fairer opportunity for victims, to address the imbalance of resources between victims and the company opposing them - Bitfinex, which grants itself access to billions of trustee funds.
   "*Bitfinex admits to dipping into Tether reserve funds to cover loss*"[2].

3. **Encouragement and Protection of Whistleblowers**
   The requested measures can be important for encouraging whistleblowers to come forward, since with $12 Billion at stake, it is highly likely (principle of proportionality), that Whistleblower could support justice.   More so, since the theft was only possible using multiple keys from different trustees and the trustee "BitGo" confirmed: *"BitGo systems were not breached in this attack and our software functioned correctly"*[3] –  So that Btfinex and the thief are inseparable, since the theft was impossible without Bitfinex' help, just like Bitfinex' Terms confirm: *"The backup key is broken up into multiple parts and requires multiple agents of Bitfinex in order to reconstruct it."*[4]

---

[1] https://github.com/Bitfinex-Victims-Rights/our-case/issues/4

[2] https://siliconangle.com/2019/04/30/bitfinex-admits-dipping-tether-reserve-funds-cover-loss/
https://www.reddit.com/r/Buttcoin/comments/b0ru8o/tether_comes_clean_admits_they_loan_tether_money/

[3] https://www.ccn.com/bitgo-claims-software-not-fault-bitfinex-hack/

[4] https://web.archive.org/web/20160609181027/https://www.bitfinex.com/terms

Thank you very much for your time and attention.

Respectfully submitted,

*[signature]*

Pro Se Victims' Representative

Jonas Paasch
700 Dovercourt Dr Unit 31 #163
Winnipeg, MB R3Y 1X5 Canada
Phone: 0017735414671
jonas-paasch@proton.me

## CERTIFICATE OF SERVICE

I, Jonas Paasch, hereby certify that on this 28th day of January, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated below:

### CAHILL GORDON & REINDEL LLP

1. **Anirudh Bansa** — abansal@cahill.com
2. **Angela F. Collins** — acollins@cahill.com
3. **Jason Michael Ecker** — jecker@cahill.com
4. **Samson Enzer** — SEnzer@cahill.com
5. **Kiersten A. Fletcher** — kfletcher@cahill.com

### U.S. DEPARTMENT OF JUSTICE

1. **Rick E. Blaylock, Jr.** — rick.blaylock.jr@usdoj.gov
2. **Christopher Brodie Brown** — Christopher.Brown8@usdoj.gov
3. **Jessica Peck** — jessica.peck@usdoj.gov
4. **Catherine Pelker** — catherine.pelker@usdoj.gov
5. **Jolie Zimmerman** — jolie.zimmerman@usdoj.gov

### METHOD OF SERVICE

The foregoing document was served via email.