# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

DANIEL AMATO
DANIEL R. ANDERSON
PETER J. ARMENIO
HELENE R. BANKS
ANIRUDH BANSAL
LANDIS C. BEST
CHRISTOPHER BEVAN
BROCKTON B. BOSSON
DONNA M. BRYAN
SARAH W. CHEN
EMEKA C. CHINWUBA
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
ANDREW COCHRAN
LEWIS RINAUDO COHEN
AYANO K. CREED
SEAN M. DAVIS
STUART G. DOWNING
MICHAEL A. DVORAK
ADAM M. DWORKIN
ANASTASIA EFIMOVA

SAMSON A. ENZER
JAMES Z. FANG
GERALD J. FLATTMANN JR.
KIERSTEN A. FLETCHER
HELENA S. FRANCESCHI
JONATHAN J. FRANKEL
SESI GARIMELLA
ARIEL GOLDMAN
PATRICK GORDON
JASON M. HALL
STEPHEN HARPER
CRAIG M. HOROWITZ
TIMOTHY B. HOWELL
COLLEEN TRACY JAMES
DAVID G. JANUSZEWSKI
BRIAN S. KELLEHER
ANDREW R. KELLY
RICHARD KELLY
JOEL KURTZBERG
TED B. LACEY
ANDREW E. LEE

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM
_____

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

221 W. 10th STREET, 3rd FLOOR
WILMINGTON, DE 19801
(302) 884-0000

CAHILL GORDON & REINDEL (UK) LLP
20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800
_____

WRITER'S DIRECT NUMBER

(212) 701-3125

ALIZA R. LEVINE
JOEL H. LEVITIN
MARK LOFTUS
JOHN MacGREGOR
MICHAEL MAKHOTIN
TRISTAN E. MANLEY
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
EDWARD N. MOSS
JOEL MOSS
NOAH B. NEWITZ
EDWARD C. O'CALLAGHAN
JULIANA OBREGON
JAVIER ORTIZ
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THOMAS ROCHER *

NIKOLAS X. RODRIGUEZ
PETER J. ROONEY
MATTHEW E. ROSENTHAL
THORN ROSENTHAL
TAMMY L. ROY
ANDREW SCHWARTZ
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
GREGORY STRONG
SEAN R. TIERNEY
AMIT TREHAN
HERBERT S. WASHER
FRANK WEIGAND
MILES C. WILEY
PETER G. WILLIAMS
DAVID WISHENGRAD
C. ANTHONY WOLFE
ELIZABETH M. YAHL

* ADMITTED AS A SOLICITOR IN
ENGLAND AND WALES ONLY

February 7, 2025

**VIA ECF**

The Honorable Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

> Re: ***Case No. 1:23-cr-00239 – Defendants' Response to Government's Proposal as to Forfeiture & Restitution***

Dear Judge Kollar-Kotelly:

As Your Honor is aware, we are counsel to Ilya Lichtenstein and Heather Morgan in the above-referenced matter. We write in response to the Government's Supplemental Motion Regarding Restitution (ECF No. 202) and Response to the Court's January 28, 2025 Order (ECF No. 220), which seek an order (1) returning to Bitfinex as in-kind restitution the approximately 95,000 Bitcoin recovered by the government from the Bitfinex Hack Wallet, as well as the Bitcoin Cash, Bitcoin Satoshi Vision, and Bitcoin Gold amounts generated from several hard forks, and (2) forfeiting all other assets contained in the Corrected Second Amended Attachment A (ECF No. 195), on the understanding that third-party claimants may assert claims to such property in an ancillary forfeiture proceeding. We have conferred with the government and understand that under its proposal, the defendants will not be subject to any additional restitution obligations, and instead restitution will be satisfied by the assets already forfeited from the defendants. On that understanding, the defendants do not object to the government's proposal. In the event the Court grants the government's request, the defendants further respectfully request that they be excused from further proceedings in this matter, including the restitution hearing scheduled for February 21, 2025.

We remain available to address any additional questions the Court may have.

CAHILL GORDON & REINDEL LLP

-2-

Respectfully submitted,

*/s/ Samson A. Enzer*

**CAHILL GORDON & REINDEL LLP**
Samson A. Enzer
Kiersten A. Fletcher
Jason M. Ecker
32 Old Slip
New York, NY 10005
(212) 701-3125

*Attorneys for Ilya Lichtenstein*

*/s/ Eugene Gorokhov*

**BURNHAM & GOROKHOV, PLLC**
Eugene Gorokhov (D.C. Bar No.979785)
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920
eugene@burnhamgorokhov.com

*Attorney for Heather Morgan*