UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 23-cr-239 (CKK)

ILYA LICHTENSTEIN, et al.,

Defendants.

# MOTION TO INTERVENE

COMES NOW Rafał Bielenia, proceeding Pro Se, ("Movant"), filing this Motion to Intervene in objection to the Department of Justice's ("DOJ") suggestion that Bitfinex should receive **94,643.29837084 Bitcoin** in voluntary restitution, as proposed in the "GOVERNMENT'S SUPPLEMENTAL MOTION REGARDING RESTITUTION" filed on January 14, 2025.

## BACKGROUND

1. On August 2, 2016, I was the victim of the Bitfinex hack. As a Bitfinex accountholder, **91.67763972 Bitcoin** were unlawfully taken from my own segregated wallet (address: **3Mw4jmtLWKtrudtMrdqgcFCsq49JmcbLQk**).
2. The unauthorized transfer occurred when the hacker transferred all Bitcoin from my wallet to their wallet (address: **16R51mmfg92dGP6FLEF5Vb45e2b7Yx8UaJ**) through transaction **4430e72e722c18953492cdab0ff0e8fda7ba0dfdc3ad10c7c52843e43dd3c8f4**.
3. On August 7, 2016, Bitfinex's official representative, Zane Tackett, published a list of affected wallets on Reddit, which included my wallet address.

## SEIZURE AND CUSTODY

4. On February 1, 2022, the Internal Revenue Service ("IRS") seized the stolen Bitcoin from the hacker's wallet and transferred them to a DOJ-controlled wallet (address: **bc1qazcm763858nkj2dj986etajv6wquslv8uxwczt**) through transaction **c49ff6bd054fb386cd02fc94ca34b8773229ed8a5538e023ef7bea772d70c17a**.
5. This transaction is documented in the "Corrected Second Amended Attachment A_23cr239," received from the DOJ with the "Notice of Criminal Forfeiture Action regarding U.S. v. Ilya Lichtenstein, et al., 1:23-CR-00239-CKK" on December 17, 2024, under Seizure Number **22-IRS-000070**.

## PARTIAL COMPENSATION AND OUTSTANDING CLAIM

6. On August 10, 2016, Bitfinex provided partial compensation of **58.61226540 Bitcoin** and **$4,869.53**. However, I remain uncompensated for **33.06537432 Bitcoin** of my original holdings.

## PROCEDURAL HISTORY

7. In response to the notice published on the DOJ's Large Cases website on October 31, 2024, I submitted a "Statement about the impact of the offense Case No. 23-CR-239," identifying myself as a victim and detailing the impact. This statement was presented to the Court on November 14, 2024.
8. Following receipt of the criminal forfeiture action notice on December 17, 2024, I filed a Petition for Remission on January 3, 2025, signed under penalty of perjury, providing conclusive evidence of my rightful ownership of the uncompensated **33.06537432 Bitcoin** and my status as an innocent victim of the hack.

## LEGAL POSITION

9. Having determined that I am not a victim of money laundering under the Mandatory Victim Restitution Act and that the forfeiture process was lawful, I elected not to file an Ancillary Petition contesting the forfeiture. Instead, I chose to assert my rights through the Petition for Remission, for which confirmation is attached.

## CONCLUSION

WHEREFORE, I respectfully request that this Court deny the proposed voluntary restitution of **94,643.29837084 Bitcoin** to Bitfinex, as this would constitute unjust enrichment at my expense. The seized Bitcoin includes assets for which Bitfinex is not the rightful owner, including my uncompensated portion of **33.06537432 Bitcoin**.

## ATTACHMENTS

The following documents are attached in support of this Motion:

1. Confirmation of Petition for Remission filing (Tracking Number: 249Y-F05-2A7-D1C, dated January 3, 2025)
   - All supporting evidence for the claims made in this Motion, including blockchain transaction records, wallet ownership verification, and compensation documentation, has been submitted as attachments to the Petition for Remission
   - The Petition was signed under penalty of perjury pursuant to 28 U.S.C. § 1746
2. Notice of Criminal Forfeiture Action regarding U.S. v. Ilya Lichtenstein, et al., 1:23-CR-00239-CKK (dated December 17, 2024)
3. Statement about the impact of the offense Case No. 23-CR-239 (filed November 2, 2024)

## CERTIFICATE OF SERVICE

I, Rafał Bielenia, hereby certify that on January 17, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated below:

**CAHILL GORDON & REINDEL LLP**
- **Anirudh Bansal**
  32 Old Slip, New York, NY 10005
  Email: abansal@cahill.com
- **Angela F. Collins**
  1990 K Street, N.W., Suite 950, Washington, DC 20006
  Email: acollins@cahill.com
- **Jason Michael Ecker**
  32 Old Slip, New York, NY 10005
  Email: jecker@cahill.com
- **Samson Enzer**
  32 Old Slip, New York, NY 10005
  Email: SEnzer@cahill.com
- **Kiersten A. Fletcher**
  32 Old Slip, New York, NY 10005
  Email: kfletcher@cahill.com

**U.S. DEPARTMENT OF JUSTICE**
- **Rick E. Blaylock, Jr.**
  601 D Street, NW, Washington, DC 20004
  Email: rick.blaylock.jr@usdoj.gov

- **Christopher Brodie Brown**
  DOJ-Nsd, 950 Pennsylvania Avenue NW, Ste 6744a, Washington, DC 20530
  Email: Christopher.Brown8@usdoj.gov
- **Jessica Peck**
  1301 New York Ave NW, Suite 655, Washington, DC 20005
  Email: jessica.peck@usdoj.gov
- **Catherine Pelker**
  950 Pennsylvania Ave NW, Washington, DC 20530
  Email: catherine.pelker@usdoj.gov
- **Jolie Zimmerman**
  U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
  555 Fourth Street, NW, Washington, DC 20530
  Email: jolie.zimmerman@usdoj.gov

**METHOD OF SERVICE**

The foregoing document was served via email to the parties listed above.
Executed: January 17, 2025.

**Respectfully submitted,**

*Signature*
Rafał Bielenia
Pro Se Movant
Armii Krajowej 4/32
15-661 Białystok, Poland
Email: rafal@bielenia.pl
Dated: January 17, 2025