LEAVE TO FILE GRANTED
Judge CKoller-Kotly
Feb 3, 2025

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ILYA LICHTENSTEIN and HEATHER
MORGAN, et al., Def.

CRIMINAL NO. 23-cr-239 (CKK)

LOUIS ZUIJDERWIJK,
FRANCISCO CAVAZOS, Intervenor.

PABLO GARCIA ILLESCAS,
IFINEX Inc AND BFXNA, Intr. Party

# MOTION TO SEAL CERTAIN RECORDS FROM BFXNA AND IFINEX INC.

Intervenor Francisco Cavazos, proceeding pro se, respectfully moves this Court for an order sealing specific documents and filings from disclosure to BFXNA and IFINEX Inc., two entities listed as interested parties in this case. This motion is brought pursuant to Federal Rule of Civil Procedure 26(c), which permits courts to issue protective orders to shield confidential and sensitive financial information from improper disclosure.

This case was established on December 4, 2024, when Petitioner's motion to intervene was acknowledged by the Court. On January 2, 2025, Petitioner filed an additional ancillary petition related to assets in the case. Petitioner has legal standing to contest the forfeiture because of

his legal ownership of 14.994 BTC, which was established in ECF 190 with tax-compliant documents. After the hack, BFXNA and IFINEX exhibited several disturbing behaviors similar to those of bad foreign actors. This is evidenced in Exhibit 4, where Bitfinex unilaterally terminated all U.S. clients and seized their funds through a generalized 36% haircut. At no time has Bitfinex demonstrated the ability to provide truthful information regarding these matters, and there is no reason to believe their legal team will act any differently. We seek to demonstrate this through the sealing of specific sensitive filings.

Petitioner has standing to contest the forfeiture as:

a) An owner with a superior legal interest under **21 U.S.C. § 853(n)(6)(A)**; and

b) A victim entitled to mandatory restitution under **18 U.S.C. § 3663A**.

---

## I. Legal Basis for SEALING

### Protecting Victim Privacy & Sensitive Financial Information for Corrupt Actors

Intervenor is a verified victim who is tax compliant and the rightful owner of specific Bitcoin holdings involved in this case. The documents at issue include personal financial records, transaction histories, and proprietary Bitcoin ownership evidence, which warrant protection under privacy rights and financial confidentiality laws.

### BFXNA & IFINEX Inc. Have Demonstrated a Troubling Lack of Care for Privacy or Victims

These entities have previously exhibited concerning practices regarding customer privacy and financial transparency. Their access to Intervenor's personal documents poses an undue risk of misuse, exposure, or potential retaliation. BFXNA and IFINEX Inc. have been implicated in regulatory scrutiny concerning financial transparency and customer privacy. Given their history, granting them access to sensitive claimant information poses a direct risk of misuse or potential harm.

### Precedent for Sealing Victim & Claimant Records

Courts have consistently sealed documents where disclosure would:

- Compromise a victim's personal and financial security.
- Allow non-party entities to exploit sensitive legal proceedings.
- Interfere with due process rights.

Sealing sensitive information is also supported by case law, such as **Doe v. Public Citizen, 749 F.3d 246, 270 (4th Cir. 2014)** (acknowledging that courts may protect financial and personal records from public disclosure when privacy interests outweigh the presumption of openness) and **United States v. Hubbard, 650 F.2d 293 (D.C. Cir. 1980)** (balancing public interest against privacy concerns).

### Precedent for Sealing Victim & Claimant Records

Courts have consistently sealed documents where disclosure would:

- Compromise a victim's personal and financial security.
- Allow non-party entities to exploit sensitive legal proceedings.
- Interfere with due process rights.

### Narrowly Tailored Request

This motion does not seek to seal all filings, only those containing sensitive claimant information. Intervenor requests that only **BFXNA** and **IFINEX Inc.** be restricted from viewing these documents, allowing all other relevant parties (including the Court and DOJ) full access.

## II. SPECIFIC DOCUMENTS REQUESTED TO BE SEALED

Intervenor requests that the Court seal the following documents in full from BFXNA and IFINEX Inc., while maintaining accessibility to the Court and the DOJ:

- **ECF 190** – Motion to Intervene and supporting exhibits.
- **ECF 200** – Relevant motions and evidence submitted by Intervenor.
- **Any pending motions or evidence** directly related to Intervenor Francisco Cavazos.

## III. CONCLUSION

For the foregoing reasons, Intervenor Francisco Cavazos respectfully requests that this Court grant the motion to seal the specified documents from BFXNA and IFINEX Inc. and all related parties to ensure the protection of financial privacy, personal security, and the integrity of the claims process.

Respectfully submitted,

/s/ Francisco Cavazos
Francisco Cavazos
Intervenor, Pro Se
Date: January 31, 2025

THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, **Francisco Cavazos**, hereby certify that on this 31st day of January, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated below:

## CAHILL GORDON & REINDEL LLP

1. **Anirudh Bansal**
   32 Old Slip, New York, NY 10005
   Email: abansal@cahill.com

2. **Angela F. Collins**
   1990 K Street, N.W., Suite 950, Washington, DC 20006
   Email: acollins@cahill.com

3. **Jason Michael Ecker**
   32 Old Slip, New York, NY 10005
   Email: jecker@cahill.com

4. **Samson Enzer**
   32 Old Slip, New York, NY 10005
   Email: SEnzer@cahill.com

5. **Kiersten A. Fletcher**
   32 Old Slip, New York, NY 10005
   Email: kfletcher@cahill.com

6. **Connor O'Shea**
   32 Old Slip, New York, NY 10005
   Email: co'shea@cahill.com

## U.S. DEPARTMENT OF JUSTICE

1. **Rick E. Blaylock, Jr.**
   601 D Street, NW, Washington, DC 20004
   Email: rick.blaylock.jr@usdoj.gov

2. **Christopher Brodie Brown**
   DOJ-Nsd, 950 Pennsylvania Avenue NW, Ste 6744a, Washington, DC 20530
   Email: Christopher.Brown8@usdoj.gov

3. **Jessica Peck**
   1301 New York Ave NW, Suite 655, Washington, DC 20005
   Email: jessica.peck@usdoj.gov

4. **Catherine Pelker**
   950 Pennsylvania Ave NW, Washington, DC 20530
   Email: catherine.pelker@usdoj.gov

5. **Jolie Zimmerman**
   U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
   555 Fourth Street, NW, Washington, DC 20530

Email: jolie.zimmerman@usdoj.gov

### Gibsone, Dunn & Crutcher LLP

1. **Stephanie Lauren Brooker**
   Email: sbrooker@gibsondunn.com

### METHOD OF SERVICE

The foregoing document was served via email and, where applicable, by hand delivery to the parties listed above.

Executed on the 31st day of January, 2025.

**Francisco Cavazos**
Intervenor, Pro Se
frankiecavazos@outlook.com

(817)-689-3183

*Francisco Cavazos*