LEAVE TO FILE GRANTED
*Judge Colleen Kollar-Kotelly*
*Feb 3, 2025*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ILYA LICHTENSTEIN and HEATHER
MORGAN, et al., Def.

LOUIS ZUIJDERWIJK,
FRANCISCO CAVAZOS, Intervenor.

PABLO GARCIA ILLESCAS,
IFINEX Inc AND BFXNA, Intr. Party

CRIMINAL NO. 23-cr-239 (CKK)

# Rebuttal to BFXNA and iFinex Inc.'s Third-Party Claim of Full Repayment (ECF 219)

**Petitioner Summary**

Pursuant to 18 U.S.C. § 3663A, 18 U.S.C. § 3771, 18 U.S.C. § 3663, ECF 178, ECF 203, ECF 204, and 28 CFR § 9.8, Movant Francisco Cavazos, proceeding Pro Se, respectfully moves this Honorable Court to order immediate restitution in the amount of $1,574,370 or the equivalent value of 14.994 BTC as of today's market value, and any other relief the court deems just and fit. This restitution claim arises due to the financial losses sustained as a direct result of the criminal conduct detailed herein.

The scheduled restitution hearing is documented under ECF 185 and set for February 21, 2025. Movant humbly requests the Court's consideration to advance this matter at its earliest

convenience, ensuring the timely and equitable restoration of justice. The basis of this claim was formally established in ECF 190 on December 4, 2024.

---

# I. Introduction

BFXNA and iFinex Inc.'s assertion that all affected customers were fully reimbursed is demonstrably false. The following rebuttal provides clear evidence from their own filings and external sources that:

1. Customers were not repaid in full.
2. BFXNA and iFinex Inc. failed to provide the promised audit or transparency regarding their repayment process.
3. U.S. law applies to foreign investors, invalidating their selective repayment strategy.

# II. False and Misleading Claims of Full Repayment

BFXNA and iFinex Inc. claim:

> "All affected customers have been fully reimbursed, either in cryptocurrency or other financial instruments." (**BFXNA Third-Party Claim, p. X**)

However, this is **contradicted** by the following:

1. **No Evidence of Actual Repayment in BTC or USD**
   - Instead of reimbursing customers in **Bitcoin or U.S. dollars**, BFXNA and iFinex Inc. issued **BFX tokens**, a financial instrument that lost significant value (**BFXNA Third-Party Claim, p. X**).
   - No documentation exists proving that these tokens were redeemable for their full original value.
2. **Selective Repayment & Exclusion of Certain Investors**

- The filing suggests that some **investors were excluded from the repayment process**, contradicting their claim of full restitution (**BFXNA Third-Party Claim, p. X**).
- Even if BFXNA and iFinex Inc. argue that **only foreign investors were harmed**, **this does not make their conduct legal**, as **U.S. laws protect foreign investors** when fraud is committed by U.S.-regulated entities.

3. **Failure to Provide Audit or Transparent Repayment Details**
   - BFXNA and iFinex Inc. **publicly promised an audit**, yet no such audit ever took place and is the very reason for petitioners intervention (<u>Bitfinex Post #135</u>).

   > "We are in the process of engaging a reputable, third party accounting firm to audit our balance sheet, but this continues to take longer than anticipated and than we would want. We apologize for any confusion in this matter." 4-5-2017

   - Their filing fails to present **any independent verification** of full reimbursement (**BFXNA Third-Party Claim, p. X**).
   - If all customers had been repaid, why **did they refuse to disclose** transaction records proving repayment?

# III. Evidence of Misrepresentation and Regulatory Violations

## 1. BFXNA and iFinex Inc.'s False Public Disclosures

- In 2016, BFXNA and iFinex Inc. explicitly promised full transparency, stating they would **disclose repayment mechanisms and conduct an independent audit** (<u>Bitfinex Post #135</u>).
- No such audit was ever completed. Instead, BFXNA and iFinex Inc. **misled investors worldwide**, violating securities and commodities laws.

## 2. CFTC Findings of Fraud Against iFinex & BFXNA

- The **CFTC investigation** (CFTC Press Release 8450-21) found that **iFinex and BFXNA were engaged in misleading practices**, misrepresenting reserves and misleading customers about their financial health.
- These findings **prove that BFXNA and iFinex Inc. have a documented history of lying** to regulators and the public.

## IV. Violations of U.S. Securities and Commodity Laws

### 1. Securities Exchange Act of 1934 (15 U.S.C. § 78j & Rule 10b-5)

- **Violation:** Fraudulent Misrepresentation & Omission of Material Facts.
- **How It Applies:**
  - BFXNA and iFinex Inc. misrepresented that customers were fully reimbursed, while failing to disclose that many were issued devalued BFX tokens.
  - The failure to conduct an audit constitutes **omission of material facts**, violating **Rule 10b-5**.

### 2. Securities Act of 1933 (15 U.S.C. §§ 77e & 77q)

- **Violation:** Unregistered Securities Offering & Fraudulent Inducement.
- **How It Applies:**
  - BFX tokens may constitute **unregistered securities** under **Howey Test** principles.
  - BFXNA and iFinex Inc. failed to register these tokens while using them for repayment.

### 3. Commodity Exchange Act (CEA) (7 U.S.C. §§ 1-26)

- **Violation:** False Statements About Asset Reserves.
- **How It Applies:**
  - The **CFTC's investigation** confirmed that BFXNA and iFinex Inc. **misrepresented reserves and liquidity**.

- Their claim of full repayment while using devalued BFX tokens is **fraud under the CEA**.

### 4. Wire Fraud (18 U.S.C. § 1343)

- **Violation:** Engaging in Deceptive Practices Using Electronic Communication.
- **How It Applies:**
    - BFXNA and iFinex Inc. disseminated false statements worldwide via **emails, website posts, and financial reports**.
    - If victims, including the undersigned, received false information and acted upon it, this could constitute **wire fraud**.

## V. Conclusion

BFXNA and iFinex Inc.'s claim of full repayment is **provably false**, as:

1. **Not all customers were repaid in full**, with many receiving only devalued BFX tokens (**BFXNA Third-Party Claim, p. X**).
2. **They failed to provide an audit or disclose repayment details**, violating their own public promises (**BFXNA Third-Party Claim, p. X**).
3. **Regulatory findings establish a pattern of fraud and misrepresentation**, which undermines any claim of transparency or fairness.
4. **U.S. law applies to foreign investors**, making their selective repayment strategy both illegal and indefensible.

Accordingly, this Court should **reject BFXNA and iFinex Inc.'s claim** and recognize the legitimate restitution owed to affected victims.

Respectfully submitted,

/s/ Francisco Cavazos
Francisco Cavazos

Intervenor, Pro Se

Date: January 31, 2025

_____

THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **Francisco Cavazos**, hereby certify that on this 31st day of January, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated below:

# CAHILL GORDON & REINDEL LLP

1. **Anirudh Bansal**
   32 Old Slip, New York, NY 10005
   Email: abansal@cahill.com

2. **Angela F. Collins**
   1990 K Street, N.W., Suite 950, Washington, DC 20006
   Email: acollins@cahill.com

3. **Jason Michael Ecker**
   32 Old Slip, New York, NY 10005
   Email: jecker@cahill.com

4. **Samson Enzer**
   32 Old Slip, New York, NY 10005
   Email: SEnzer@cahill.com

5. **Kiersten A. Fletcher**
   32 Old Slip, New York, NY 10005
   Email: kfletcher@cahill.com

6. **Connor O'Shea**

32 Old Slip, New York, NY 10005

Email: co'shea@cahill.com

## U.S. DEPARTMENT OF JUSTICE

1. **Rick E. Blaylock, Jr.**
   601 D Street, NW, Washington, DC 20004
   Email: rick.blaylock.jr@usdoj.gov

2. **Christopher Brodie Brown**
   DOJ-Nsd, 950 Pennsylvania Avenue NW, Ste 6744a, Washington, DC 20530
   Email: Christopher.Brown8@usdoj.gov

3. **Jessica Peck**
   1301 New York Ave NW, Suite 655, Washington, DC 20005
   Email: jessica.peck@usdoj.gov

4. **Catherine Pelker**
   950 Pennsylvania Ave NW, Washington, DC 20530
   Email: catherine.pelker@usdoj.gov

5. **Jolie Zimmerman**
   U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
   555 Fourth Street, NW, Washington, DC 20530
   Email: jolie.zimmerman@usdoj.gov

## Gibsone, Dunn & Crutcher LLP

1. **Stephanie Lauren Brooker**
   Email: sbrooker@gibsondunn.com

## METHOD OF SERVICE

The foregoing document was served via email and, where applicable, by hand delivery to the parties listed above.

Executed on the 31st day of January, 2025.

**Francisco Cavazos**

Intervenor, Pro Se

frankiecavazos@outlook.com

(817)-689-3183

*Francisco Cavazos*