UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 23-cr-239 (CKK)** |
| | : | |
| **ILYA LICHTENSTEIN**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court for a seven-day extension to file its Reply due February 14, 2025. Additionally, given the Court's February 10, 2025 Order directing the Government to provide additional briefing on or before February 21, 2025, the Government requests that the Court allow the Government to combine its Reply with its additional briefing. In other words, should the Court grant the Government's request, it will file a combined response by on or before February 21, 2025.

As background, on November 21, 2024, the Court issued an order (ECF 185) setting a Restitution Hearing for February 21, 2025. The Court's Order also set a motion schedule, directing the Government to file its Supplemental Restitution Memorandum by January 14, 2025; directing third parties to file any Motions to Intervene by January 28, 2025; directing the defendants to file a Response by February 7, 2025; and directing the Government to file any Reply by February 14, 2025.

On February 10, 2025, the Court issued an order (ECF 247) vacating the restitution hearing scheduled for February 21, 2025, and directing the Government to provide briefing on three issues related to third-party concerns regarding mandatory restitution, voluntary restitution, and the

1

ancillary forfeiture proceeding. Upon receipt of that briefing, the Court will issue an opinion regarding "victim" status and reschedule the restitution hearing.

Because the issues to be addressed by the Government in its Reply to third-party motions to intervene and by the Government's additional briefing for the Court overlap substantially, the Government requests that its response may be combined and filed by on or before February 21, 2025.

Respectfully submitted,
EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY

BY:    */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Special Assistant United States Attorney
Rick Blaylock Jr., Texas Bar No. 24103294
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
(202) 353-0018 (Brown)
(202) 252-6765 (Blaylock)
Christopher.Brown8@usdoj.gov
Rick.Blaylock.Jr@usdoj.gov

*/s/ Jessica Peck*
Jessica Peck, N.Y. Bar Number 5188248
C. Alden Pelker, Maryland Bar
Trial Attorneys, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 353-9455 (Peck)
(202) 616-5007 (Pelker)
Jessica.Peck@usdoj.gov
Catherine.Pelker@usdoj.gov