# EXHIBIT A





# EXHIBIT B







You can use the trading features of the Trading Order Book through your 'Exchange Wallet.' You may access the Funding Order Book through your 'Trading Wallet.' Finally, you may deposit funds to Bitfinex using your 'Deposit Wallet.'

4    Agency: Neither Bitfinex nor BitGo acts as principals, counterparties, or market-makers in the transactions effected through trading on Bitfinex or in providing financing for financed trading on Bitfinex. However, Bitfinex administers and enforces contracts among parties engaged in financing activities on the Site. You hereby irrevocably appoint Bitfinex to act as your exclusive agent in respect of any contract on the Site in which you are a Financing Recipient. Specifically, you hereby grant Bitfinex agency, and you authorize and instruct Bitfinex: to implement, levy, monitor, and maintain a lien on all fiat amounts and Digital Tokens in your name or control on the Site in favor of one or more Financing Providers (a "Lien"); and, to liquidate any Digital Tokens in your name or control on the Site if necessary to ensure that any Financing Provider on the Site from whom you have obtained financing is repaid in full.

5    Wallets, Key Distributions & Bitgo:

5.1    Multi-Signature Wallet Key Distribution: Multi-Signature Wallets require multiple permissions—through private keys—to transmit funds from a bitcoin wallet. In a traditional bitcoin wallet, each address in that wallet has one associated private key that vests full power in the key holder to sign for and transmit funds from that address. So-called "m of n" multi-signature wallets allow for bitcoin addresses with two or more (n) associated private keys which can be configured to require some subset of them in order to sign transactions from those addresses. For example, each Multi-Signature Wallet is built on a '2 of 3' multi-signature configuration; there are three associated private keys, and any two of those keys can sign for transactions. Notwithstanding the distribution of the private keys and subject to any valid liens, encumbrances, and pending settlements, all bitcoins in your Multi-Signature Wallets belong to and are owned by you. You may, at any time, withdraw bitcoins from your Multi-Signature Wallet to the extent that they are not encumbered by any Liens. You agree that you will not withdraw any amount or bitcoins from the Site that are subject to or encumbered by any Lien, and agree to allow Bitfinex to block a withdrawal, as appropriate, for Encumbered Wallets.

5.2    U.S. Persons Engaged in Financing: If you are a verified U.S. Person engaged in financing on the Site, your financing transactions will be undertaken through Encumbered Wallets. One private key for each Encumbered Wallet is distributed to each of you, BFXNA, and BitGo. For the avoidance of doubt, this structure applies only to wallets of verified U.S. Persons containing bitcoins subject to one or more Liens. One key should be in your exclusive control at all times.

5.3    Other Wallets: If you are not a U.S. Person but are engaged in financing on the Site, or if you are a U.S. Person not engaged in financing on the Site, your transactions on the Site will be undertaken through Unencumbered Wallets. Two private keys for each Unencumbered Wallet are distributed to Bitfinex and one private key is distributed to BitGo. With respect to the Bitfinex private keys, one private key is an operational key and one is a backup key. The backup key is broken up into multiple parts and requires multiple agents of Bitfinex in order to reconstruct it.

5.4    BitGo's Role: BitGo provides certain services to Bitfinex. In connection with its provision of those services to Bitfinex, BitGo holds one private key for each Multi-Signature Wallet and uses those keys to sign transactions as directed by Bitfinex. Unless compelled by an arbitrator or otherwise required by applicable law, BitGo will only use a private key to sign a Multi-Signature Wallet transaction that is first signed by Bitfinex. For the avoidance of doubt, you acknowledge, understand, and agree that BitGo will not use any private key it holds to co-sign multi-signature transactions as directed by you without the consent of Bitfinex unless compelled by an arbitrator under these Terms of Service.

5.5    Instructing BitGo: In the event of any dispute or disagreement between you and BFXNA as to claims on the bitcoins in an Encumbered Wallet, you may instruct BitGo to stop using the private key held by BitGo to sign transactions from the Encumbered Wallet by using the credentials communicated to you by BitGo to access the Encumbered Wallet interface on BitGo and clicking on the "freeze wallet" button. After contacting BitGo, you may agree and settle any dispute with BFXNA or you may compel BFXNA, you, and BitGo to submit to arbitration as set out in these Terms of Service, wherein the merits of any competing arguments and claims about the bitcoins in the Encumbered Wallet shall be finally and conclusively resolved. Any costs of BitGo associated with any customer complaint or instructions to BitGo (separate and apart from arbitral proceedings, if any) shall be borne by the complaining or instructing customer. Any costs of BFXNA associated with any customer complaint or instructions to BFXNA (separate and apart from arbitral proceedings, if any) shall

---

**Txid and Bitcoin Addresses Connected To The Bitfinex Theft**

r/Bitcoin • 9 yr. ago
zanetackett

A lot of people have requested a list of addresses and transactions related to the theft. I believe there are already lists out there as several people have sent me some, but here is an official one:

http://pastebin.com/2X5A5EEZ

We'll continue to post updates as they become available.

Archived post. New comments cannot be posted and votes cannot be cast.

38    46    Share

Sort by: Best ~

dooglus • 9 yr. ago
I made a wallet.dat that has all these addresses in 'watchonly' mode, so you can watch if and when the attacker spends his ill-gotten gains.

8    Award    Share    ...

zanetackett OP • 9 yr. ago
That's pretty cool, thanks for helping out!

3    Award    Share    ...

viajero_loco • 9 yr. ago • Edited 9 yr. ago
same data, sorted after stolen amount: http://pastebin.com/4JOhSCZX

---

r/Bitcoin    Join

Bitcoin - The Currency of the Internet
Bitcoin is the currency of the Internet: a distributed, worldwide, decentralized digital money. Unlike traditional...

Show more

Created Sep 9, 2010
Public

7.7M          2.4K          Top 1%
Members    • Online    Rank by size

COMMUNITY BOOKMARKS

Resources ~
Podcasts ~
Other Bitcoin Sites ~

RESOURCES

• Don't invest recklessly
• Getting Started
• FAQ / Wiki
• Resources
• Common Myths
• How to buy bitcoins worldwide
• Bitcoin as a medium of exchange
• Will I earn money by mining bitcoin?

# EXHIBIT C

 Gmail                                    **Rafal Bielenia <rafal@bielenia.pl>**

### [Bitfinex status] Investigating : Security Breach

**noreply@statuspage.io** <noreply@statuspage.io>                    Tue, Aug 2, 2016 at 8:06 PM
To: rafal@bielenia.pl

# Security Breach

## Incident Report for Bitfinex

### Investigating

Today we discovered a security breach that requires us to halt all trading on
Bitfinex, as well as halt all digital token deposits to and withdrawals from Bitfinex.

We are investigating the breach to determine what happened, but we know that
some of our users have had their bitcoins stolen. We are undertaking a review to
determine which users have been affected by the breach. While we conduct this
initial investigation and secure our environment, bitfinex.com will be taken down
and the maintenance page will be left up.

The theft is being reported to—and we are co-operating with—law enforcement.

As we account for individualized customer losses, we may need to settle open
margin positions, associated financing, and/or collateral affected by the breach.
Any settlements will be at the current market prices as of 18:00 UTC. We are
taking this necessary accounting step to normalize account balances with the
objective of resuming operations. We will look at various options to address
customer losses later in the investigation. While we are halting all operations at
this time, we can confirm that the breach was limited to bitcoin wallets; the other
digital tokens traded on Bitfinex are unaffected.

We will post updates as and when appropriate on our status page
(Bitfinex.statuspage.io) and on the maintenance page. We are deeply concerned
about this issue and we are committing every resource to try to resolve it. We ask
for the community's patience as we unravel the causes and consequences of this
breach.

Aug 2, 18:06 UTC

Bielenia Mail - [Bitfinex status] Investigating : Security Breach

View status page or unsubscribe from these emails.
Powered by StatusPage.io

10.02.2025, 12:18                                    Bielenia Mail - [Bitfinex status] Update : Security Breach

 Gmail                                                    **Rafał Bielenia <rafal@bielenia.pl>**

---

### [Bitfinex status] Update : Security Breach

**noreply@statuspage.io** <noreply@statuspage.io>                         Wed, Aug 3, 2016 at 7:43 PM
To: rafal@bielenia.pl

---

# Security Breach

## Incident Report for Bitfinex

### An Incident Update Has Been Posted

As it stands, we are continuing to investigate the hack and cooperating with
authorities and the top blockchain analytic companies in the space to track
the stolen bitcoins. In the meantime, we have been working on getting the
platform up and running on a secure instance so that users can log in and
see if their accounts have been affected as well as the state of their
positions and orders. We hope to have an update with more substance
later today UTC time.

Aug 3, 17:43 UTC

PREVIOUS UPDATES

#### Investigating

Today we discovered a security breach that requires us to halt all trading on Bitfinex, as well
as halt all digital token deposits to and withdrawals from Bitfinex.

We are investigating the breach to determine what happened, but we know that some of our
users have had their bitcoins stolen. We are undertaking a review to determine which users
have been affected by the breach. While we conduct this initial investigation and secure our
environment, bitfinex.com will be taken down and the maintenance page will be left up.

The theft is being reported to—and we are co-operating with—law enforcement.

As we account for individualized customer losses, we may need to settle open margin
positions, associated financing, and/or collateral affected by the breach. Any settlements will
be at the current market prices as of 18:00 UTC. We are taking this necessary accounting
step to normalize account balances with the objective of resuming operations. We will look at
various options to address customer losses later in the investigation. While we are halting all
operations at this time, we can confirm that the breach was limited to bitcoin wallets; the other

digital tokens traded on Bitfinex are unaffected.

We will post updates as and when appropriate on our status page (Bitfinex.statuspage.io) and on the maintenance page. We are deeply concerned about this issue and we are committing every resource to try to resolve it. We ask for the community's patience as we unravel the causes and consequences of this breach.

Our representative, Zane Tackett, will be posting updates on reddit (/u/zanetackett)

Aug 2, 18:06 UTC

View status page or unsubscribe from these emails.
Powered by StatusPage.io

 Gmail

Rafał Bielenia <rafal@bielenia.pl>

---

**[Bitfinex status] Monitoring : Bitfinex Interim Update**

**noreply@statuspage.io** <noreply@statuspage.io>
To: rafal@bielenia.pl

Sat, Aug 6, 2016 at 6:02 PM

# Bitfinex Interim Update

## Incident Report for Bitfinex

### New Incident Status: Monitoring

Interim Announcement
August 6, 2016

Following the theft on August 2nd, the Bitfinex team has been working tirelessly
towards bringing the platform back online in a secure and controlled manner. We
have finalized the accounting of losses incurred and are currently coordinating
strategic plans for compensating customers.

We intend to come online within 24-48 hours with limited platform functionality.
Additional announcements will be made as we progressively enable more
platform features and return to full operations. We appreciate that our customers
and the public want this handled quickly, but it needs to be done a way in which
all assets are secure and immune from vulnerabilities. Every resource is being
leveraged to make that happen in a safe and optimal way.

As disclosed in earlier announcements, all withdrawals, open orders, and open
funding offers have been cancelled and all financed positions have been settled.
Exact settlement prices were published on August 3rd.

After much thought, analysis, and consultation, we have arrived at the conclusion
that losses must be generalized across all accounts and assets. This is the
closest approximation to what would happen in a liquidation context. Upon
logging into the platform, customers will see that they have experienced a
generalized loss percentage of 36.067%. In a later announcement we will explain
in full detail the methodology used to compute these losses.

We are actively discussing various strategic options with numerous potential
investors as part of our strategy to fully compensate our customers. Such

Bielenia Mail - [Bitfinex status] Monitoring : Bitfinex Interim Update

discussions, however, are in early stages and will likely take time to play out. In the meantime, In place of the loss in each wallet, we are crediting a token labeled BFX to record each customer's discrete losses. Tokens will be distributed without release or waiver. The BFX tokens will remain outstanding until redeemed in full by Bitfinex or possibly exchanged—upon the creditor's request and Bitfinex's acceptance—for shares of iFinex Inc. We are still sorting out many details on this; we will post further updates in the coming days.

Thank you for your continued patience and for the many generous offers of support that we have received over the last several days. Notwithstanding this attack, we continue to believe in the possibilities associated with bitcoin. We will continue to update our customers and the public as and when we can.

Aug 6, 16:02 UTC

View status page or unsubscribe from these emails.
Powered by StatusPage

9.02.2025, 19:10                          Bielenia Mail - [Bitfinex status] Identified : Site Relaunch

 Gmail                                    **Rafał Bielenia <rafal@bielenia.pl>**

---

### [Bitfinex status] Identified : Site Relaunch

**noreply@statuspage.io** <noreply@statuspage.io>                    Mon, Aug 8, 2016 at 2:07 AM
To: rafal@bielenia.pl

# Site Relaunch

## Incident Report for Bitfinex

### New Incident Status: Identified

Site Relaunch

We are beginning the process of bringing the platform online in a controlled and secure way. Currently the site is available on a read-only basis as we continue to work towards enabling full functionality. This means that users will be able to log into their accounts but trading, depositing, and withdrawing will remain disabled at this time.

Please be aware of the following changes required by the ongoing platform recovery:
Users will be required to reset their password.
Users will be required to reset their 2FA, if applicable.
Clef has been disabled for all accounts. We have reset our security keys with Clef, requiring users to re-enroll.
All API keys have been revoked. The creation of new API keys will be re-enabled within the next 48 hours.
Please take this time to log in and review your account and balances, taking note of the adjustments caused by the closing of open margin positions and the application of the Extraordinary Loss Adjustment. The loss adjustment is represented by your balance in "BFX" tokens which are priced at 1.00 USD until we are able to allow trading of that token, likely within the next week. The trading of BFX tokens may be restricted for US customers.
Full platform functionality will come online in progressive steps in the coming days. Withdrawing, depositing and exchange trading will come online first, with margin trading (for non-US customers) to resume sometime after that. Further announcements will be made when the schedule for turning on those features is finalized. Once again, we thank you for your patience.
The Bitfinex Team

https://mail.google.com/mail/u/0/?ik=2cf5ec7239&view=pt&search=all&permmsgid=msg-f:1542051437478027569&simpl=msg-f:1542051437478027569          1/2

9.02.2025, 19:10                         Bielenia Mail – [Bitfinex status] Identified : Site Relaunch

On-page notifications on the trading pages:

> Trading, depositing, and withdrawing are temporarily disabled. We will be
enabling full platform functionality in the coming days. Thank you for your
patience.
Aug 8, 00:07 UTC

View status page or unsubscribe from these emails.
Powered by StatusPage

 Gmail                                      Rafał Bielenia <rafal@bielenia.pl>

---

**[Bitfinex status] Monitoring : Site Relaunch**

noreply@statuspage.io <noreply@statuspage.io>            Wed, Aug 10, 2016 at 4:04 PM
To: rafal@bielenia.pl

# Site Relaunch
## Incident Report for Bitfinex

### New Incident Status: Monitoring

Today, August 10th, 2016, at 16:00:00 UTC we will be enabling additional
platform features as we continue to restore service after the incident on August
2nd. Exchange trading will be enabled for all currencies and pairs, while deposits
and withdrawals will be enabled for BTC, ETC, ETH, and USD - with LTC and
Tether to follow shortly thereafter. Exchange trading will also be enabled for the
BFX token on pairs BFXUSD and BFXBTC. We are working on tokenizing BFX
via the Omni Layer to allow withdrawals for the BFX token, but we are still
working out some protocol level details. Please note that U.S. residents will only
be able to sell—not buy—BFX tokens at this time. Terms for the BFX token are
available here. Requirements for token transfers are here. Parameters for
assigning Margin Trading will be re-enabled for non-U.S. residents later this
week.

In the past week, we have taken significant steps to ensure that we can restore
service in a secure environment. We have added additional platform and
infrastructure security checks; regenerated all encrypted services, including
wallets, security tokens, and passwords; moved funds to multisig cold storage; re-
evaluated all third-party integrations; performed a comprehensive system audit in
order to identify vulnerabilities; and, rebuilt our entire platform on new
infrastructure.

Please note that we have invalidated all deposit addresses that were generated
before August 9 19:00:00 UTC for all cryptocurrencies except Tether USDT.
Please do not deposit to these older addresses as this will cause substantial
delay in deposit processing. All deposit addresses now shown on the site or
generated by the API are the new addresses. Please be sure to use these new
deposit addresses when depositing cryptocurrencies.

Bielenia Mail - [Bitfinex status] Monitoring : Site Relaunch

We are aware that many questions remain and we intend to discuss the theft, the distribution of losses, and our recovery plan in follow-up announcements. We are trying to be as transparent as we can be while we continue to try to make the best of a terrible situation. We regret the loss that took place, but we continue to remain confident in Bitcoin, the trading community, and our plan to compensate our customers. As always, we remain open to constructive commentary and suggestions from all sides.

Aug 10, 14:04 UTC

View status page or unsubscribe from these emails.
Powered by StatusPage

 **Gmail**                                    **Rafał Bielenia <rafal@bielenia.pl>**

---

**Update from Bitfinex CEO, Jean Louis van der Velde - Aug 27 04:05 AM**

---

Bitfinex <admin@bitfinex.com>                                Sat, Aug 27, 2016 at 4:05 AM
To: rafal@bielenia.pl

# BITFINEX

## Update from Bitfinex CEO, Jean Louis van der Velde

Dear Customer,

As you are probably aware, Bitfinex suffered a security breach on August 2nd. On behalf of the entire Bitfinex team, I want to thank you for your patience during the time when we were offline and for your continued support during our recovery to complete, secure operation.

Throughout the incident and recovery we have been posting updates on our announcements page and blog, but I also wanted to take a moment to reach out to you directly.

As the CEO, I first and foremost would like to express my deepest sympathy for those affected by the security breach. I am resolved to regain your trust in our platform, and I want to discuss the initiatives we are exploring so that we can make our users whole.

What follows is an overview of the incident, an outline of the progress we have made so far, and details regarding our plans for the future — including our plans to compensate users affected by the breach.

---

### Overview

The Bitfinex trading platform suffered a security breach and theft on August 2, 2016 which required us to halt all platform operations. At 12:27 UTC we froze all wallets across the platform, canceled outstanding withdrawals, and stopped crediting deposits.

Immediately thereafter we engaged several companies to assist in tracing the stolen bitcoin and began conducting a security audit to find potential exploits and determine the scope of the hack. We contacted the FBI and European authorities and have

9.02.2025, 19:11    Bitfinex Mail - Update from Bitfinex CEO, Jean Louis van der Velde - Aug 27 04:05 AM

been cooperating with them in ongoing investigations.

At approximately 18:00 UTC, all site operations were halted and a notice was posted. All open orders and margin funding offers were cancelled and open margin positions were settled using prices prevailing at the time trading was suspended. More details regarding the exact prices used can be found in that particular announcement on August 3rd.

After much thought, analysis, and consultation, we arrived at the conclusion that losses must be allocated across all accounts and assets. This is the closest approximation to what would happen in a liquidation context. Looking at your account, you will see that you have experienced an allocated loss percentage of 36.067%. You will also notice that as part of our compensation plan, you have been issued BFX tokens proportional to the loss that was applied to your account.

## Compensation Plans

To recognize the loss you experienced and which needs to be repaid, we issued BFX tokens with a face value of 1 USD to all users in proportion to their loss. These tokens should be seen as notional placeholders or contingent obligations, and our aim is to redeem all outstanding tokens at their full face value.

In order to redeem these tokens, we are exploring several options: (1) the recovery of the stolen coins; (2) outside investment in Bitfinex; (3) operating our trading platform with periodic redemption of the tokens issued and outstanding; (4) exchanging BFX for equity in Bitfinex.

With respect to time, options (1), (2), and (4) would mean a relatively quick redemption of the BFX tokens; option (3) would take longer. Further information regarding the BFX tokens are available here on the site.

For option (4), above, we have begun working with BnkToTheFuture, BFX Trust, and other groups to investigate methods of converting BFX tokens to Bitfinex equity. As you can imagine, because we operate a company with international customers in multiple countries this is not a straightforward process, but our goal is to give as many BFX token holders as possible the ability to participate. We are still in the early stages of this process and I ask for your patience as this develops.

## Relaunch

After the incident on August 2nd, the platform was re-launched in stages: On August 7th, the team brought the site up in a read-only mode so users could login and view the status of their accounts. On August 10th, we relaunched withdrawals, deposits, and exchange trading for all pairs. At that time we made two new pairs available - BFX/USD and BFX/BTC - so that you can exchange the new BFX tokens for BTC or

9.02.2025, 19:11    Bitfinex Mail - Update from Bitfinex CEO, Jean Louis van der Velde - Aug 27 04:05 AM

USD if you wish. Two days later, on August 12th, we re-enabled margin trading for non-U.S. residents.

In the eight days the platform was offline, the team moved all funds to cold wallets, completely rebuilt our servers, moved datacenters, and ran a number of security checks in conjunction with Ledger Labs before being satisfied that it would be safe to bring the Bitfinex platform back online. Even though there is no evidence indicating user data was stolen, we are requiring that all users change their password and two-factor authentication as a precautionary measure. Note that during our platform rebuild we regenerated deposit addresses for all accounts. Please only deposit to addresses created after August 7th.

For more details about the incident please refer to the answers to these most common questions.

## Moving Forward

Despite the difficult situation, I am proud of how our management, technical, operation, and support teams have responded. I believe that we have made the best possible decisions in recovering and moving forward. I also want to sincerely thank our users and those in the community who have been supportive during this difficult time. Thank you.

There is still much to do, but in the coming weeks we will continue to demonstrate our commitment to our users and our resourcefulness in making them whole. It is our goal to redeem all BFX tokens as quickly and smoothly as possible. We will continue to press forward and we will keep you informed as we progress.

We have partnered with Ledger Labs to assist in performing a comprehensive security audit and we will publish a revised security policy summary in the coming weeks There are other initiatives in progress, however at this stage we cannot give out information regarding ongoing investigations with third party consultancies and law enforcement agencies.

We are deeply grateful to all of our users for their continued support and to those that continue to trade with Bitfinex, thus enabling us to be optimistic regarding our goal to repay everyone that suffered losses. We will continue to listen to constructive advice and suggestions and our support team will be happy to hear from you in this regard.

Sincerely,
Jean Louis van der Velde, CEO

Regards,
The Bitfinex Team

9.02.2025, 19:11                    Bielenia Mail - Update from Bitfinex CEO, Jean Louis van der Velde - Aug 27 04:05 AM

https://www.bitfinex.com

Mobile apps now available

 

Read more about the mobile apps

*Copyright © 2016 Bitfinex, All rights reserved.*

Want to change your email settings?
You can update your preferences in your account settings.
Want to disable these emails?
Review our Anti-Spam Policy.

# EXHIBIT D



