1

LEAVE TO FILE GRANTED

*Judge C Kolla-Kotell*

*3/3/25*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Filed as a supplement to ECF [190], Ex. 6 is to be filed under seal*

UNITED STATES OF AMERICA,

v.

ILYA LICHTENSTEIN and
HEATHER MORGAN, *et al., Def.*

*FRANCISCO CAVAZOS,*
*Intervenor.*

CRIMINAL NO. 23-cr-239 (CKK)

## SUPPLEMENTAL EVIDENCE IN SUPPORT OF THIRD PARTY PETITION (ECF No. 190)

**Francisco Cavazos**, pro se petitioner and victim, respectfully moves this Court to **supplement his Third-Party Petition (ECF No. 190, filed December 17, 2024)** pursuant to **21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c)(1)(B)**. This motion introduces newly available evidence confirming Petitioner's ownership of **14.99415235 BTC**, stolen in the **August 2, 2016 Bitfinex hack**. Petitioner further **requests an expedited hearing**, as continued delays risk impairing his ability to assert his rightful claim, potentially depriving him of **due process** and access to the case

## I. INTRODUCTION

This motion supplements the record with an **official hacked account list**, produced **four days after the Bitfinex breach and before any compensation was issued**, identifying all affected account holders. **Petitioner's account appears on line 482, page 23**, providing **verifiable forensic evidence of ownership prior to the hack.** Additionally, this evidence contains **key financial blockchain data**, including the **transaction ID, targeted wallets, and the 2,073 hacker-controlled addresses used in the money laundering conspiracy.**

The DOJ has asserted that **victims of the Bitfinex hack were not victims of the subsequent money laundering conspiracy.** However, this evidence **directly refutes that claim** by demonstrating that **account holders, including Petitioner, suffered continued victimization as their stolen funds were laundered—primarily through prolonged withholding—by Ilya Lichtenstein and Heather Morgan. The charges for which Lichtenstein and**

Morgan are being convicted stem directly from the Bitfinex hack, making it impossible to separate the initial theft from the subsequent financial crimes.

While the government has not charged Lichtenstein and Morgan with the act of hacking itself, their continued laundering of stolen funds—enabled by the prolonged withholding of Petitioner's assets—inflicted ongoing financial harm. Because these crimes are inextricably linked, Petitioner's funds must be returned under the Mandatory Victims Restitution Act (MVRA), 18 U.S.C. § 3663A, which mandates restitution for victims of offenses involving fraud, theft, and laundering. The government's failure to recognize this ongoing harm undermines victims' rights and prolongs financial injury through procedural delays.

## II. RELEVANCE AND MATERIALITY

1. **Direct Proof of Ownership** – The official account list explicitly ties Petitioner to the 14.99415235 BTC, refuting the DOJ's claim that only Bitfinex qualifies as a victim.
2. **Multi-Signature Wallet Structure** – At the time of the hack, Bitfinex account holders—including Petitioner—held their funds in multi-signature wallets, requiring three private keys: one controlled by Bitfinex, one by BitGo, and one by the account holder. This structure, despite Bitfinex's operational failures, provides scientific and verifiable proof of ownership.
3. **Seizure and Commingling by the FBI** – The Bitcoin in question remained dormant in separate wallets until the FBI's seizure. The government's own transaction hash (3fe798be890c7db8beaca9d005cd650e787b1b16bc5e47eef26bfa87124b6a95) confirms that the recovered BTC—now subject to forfeiture—includes Petitioner's rightful property. (See ECF 195, attachment 1, Second Amended Preliminary Order of Forfeiture)
4. **Commingling Does Not Negate Ownership** – The FBI's seizure may have inadvertently commingled distinct victim accounts, but this administrative act does not alter pre-seizure ownership. Victims should not bear the consequences of the government's handling of assets, nor should it interfere with rightful claims under 21 U.S.C. § 853(n).

## III. REQUEST FOR RELIEF

For the reasons stated, Petitioner respectfully requests that the Court:

1. **Accept this supplementary evidence** into the record in support of ECF 190.
2. **Acknowledge the forensic and scientific proof of ownership of the 14.99415235 BTC** prior to the hack.
3. **Grant an expedited hearing** to prevent further delays that may deprive Petitioner of due process.
4. **Consider the impact of the FBI's seizure and commingling of separate accounts**, ensuring victims are not prejudiced by the government's asset management.

**Respectfully submitted,**

Francisco Cavazos

Pro Se Victim-Movant

Denton, Texas

(817) 689-3183

Frankiecavazos@outlook.com

_____

THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **Francisco Cavazos**, hereby certify that on this 27th day of February, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated below:

# CAHILL GORDON & REINDEL LLP

1. **Anirudh Bansal**

   32 Old Slip, New York, NY 10005

   Email: abansal@cahill.com

2. **Angela F. Collins**

   1990 K Street, N.W., Suite 950, Washington, DC 20006

   Email: acollins@cahill.com

3. **Jason Michael Ecker**

   32 Old Slip, New York, NY 10005

   Email: jecker@cahill.com

4. **Samson Enzer**

   32 Old Slip, New York, NY 10005

   Email: SEnzer@cahill.com

5. **Kiersten A. Fletcher**

   32 Old Slip, New York, NY 10005

   Email: kfletcher@cahill.com

6. **Connor O'Shea**

   32 Old Slip, New York, NY 10005

   Email: co'shea@cahill.com

## U.S. DEPARTMENT OF JUSTICE

1. **Rick E. Blaylock, Jr.**

   601 D Street, NW, Washington, DC 20004

   Email: rick.blaylock.jr@usdoj.gov

2. **Christopher Brodie Brown**

   DOJ-Nsd, 950 Pennsylvania Avenue NW, Ste 6744a, Washington, DC 20530

   Email: Christopher.Brown8@usdoj.gov

3. **Jessica Peck**

   1301 New York Ave NW, Suite 655, Washington, DC 20005

   Email: jessica.peck@usdoj.gov

4. **Catherine Pelker**

   950 Pennsylvania Ave NW, Washington, DC 20530

   Email: catherine.pelker@usdoj.gov

5. **Jolie Zimmerman**

   U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA

   555 Fourth Street, NW, Washington, DC 20530

Email: jolie.zimmerman@usdoj.gov

## Gibsone, Dunn & Crutcher LLP

1. **Stephanie Lauren Brooker**
   Email: sbrooker@gibsondunn.com

## METHOD OF SERVICE

The foregoing document was served via email and, where applicable, by hand delivery to the parties listed above.

Executed on 2/17/2025.

**Francisco Cavazos**
Intervenor, Pro Se
frankiecavazos@outlook.com

(817)-689-3183

*Francisco Cavazos*