UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>    *Defendants,*<br><br>and<br><br>JOHN DOE<br><br>    *Intervenor, Claimant, and Third-Party Petitioner.* | CRIMINAL NO. 23-cr-239 (CKK) |

**DECLARATION IN SUPPORT OF MOTION TO INTERVENE, FOR AN ORDER OF RESTITUTION, AND IN OBJECTION TO GOVERNMENT'S RESTITUTION MEMORANDUM**

I, ▮▮▮▮▮▮, declare as follows:

    1.    I am a Bitfinex accountholder, and a third-party petitioner, claimant, and intervenor seeking restitution in the above-captioned matter.

**Ownership of Assets in My Bitfinex Account**

    2.    According to the Bitfinex Terms of Service that were in place before, during, and after the August 2016 hack, the BTC in my Bitfinex accounts belonged to and were owned by me, exclusively.

    3.    Attached as **Exhibit A** is a true and correct copy of the Bitfinex Terms of Service that were in place as of June 9, 2016, as pulled from the internet archive, web.archive.org.

    4.    Attached as **Exhibit B** is a true and correct copy of the Bitfinex Terms of Service that were in place as of August 8, 2016, as pulled from the internet archive.

1

5. Based on the Terms of Service, it was my understanding that all BTC in my wallets belonged to and were owned by me, and that ownership of the assets I deposited and the assets I obtained through exchange never passed through or to Bitfinex.

6. I held two accounts on Bitfinex at the time of the hack, opened in early 2014 and early 2016. In total, my Bitfinex wallets held approximately 1,735 BTC immediately prior to the hack, in addition to other assets, as follows:

| User ID | Pre-Hack BTC Balance | Pre-Hack ETH Balance | Pre-Hack USD Balance |
|---|---|---|---|
|  | 1733.56637 BTC | 6841.82085 ETH | n/a |
|  | 1.44 BTC | n/a | $4,513.25 |
| Total | 1735.00637 BTC | 6841.82085 ETH | $4,513.25 |

7. Attached as **Exhibit C** are copies of the account verification reflecting my ownership of the Bitfinex account with User ID ▬.

8. I acquired the BTC in the account with User ID ▬ pursuant to an exchange of ETH for BTC. First, I deposited ETH that already belonged to me into my Bitfinex ETH deposit wallet. Then, I exchanged a portion of that ETH for 1733.56637 BTC, which was executed by Bitfinex through a series of separately identifiable transactions, all of which were processed prior to the hack. Attached as **Exhibits D-1** and **D-2** are excerpts of the account transaction data generated by Bitfinex, reflecting relevant exchange transactions by which my acquisition of BTC was completed.

9. Attached as **Exhibit E** are copies of the account verification reflecting my ownership of the Bitfinex account with User ID ▬.

10. I deposited BTC into in the account with User ID ▬ acquired in various direct or over-the-counter ("OTC") transactions prior to depositing them with Bitfinex. I was the sole owner of each of the BTC that I deposited into my Bitfinex account. Substantially all of the BTC

in this account at the time of the hack arose from a deposit on March 6, 2016, which accounted for 1.82633867 BTC of my post-deposit balance of 1.83138487 BTC. The BTC balance in my ▮ account was reduced somewhat thereafter as a result of margin funding and trading fee transactions, culminating in a balance of 1.44085144 BTC immediately prior to the hack. Attached as **Exhibits F-1** and **F-2** are excerpts of the account transaction data generated by Bitfinex, reflecting the relevant deposit and subsequent transactions leading up to and through the hack and reallocation.

11. On information and belief, Bitfinex's internal transaction records identify the wallets in which my BTC was held and the particular seller(s) with whom my transactions were matched, and from whom I thereby acquired the legal ownership of the BTC for each particular transaction. While the assets are traceable, Bitfinex's internal transaction records are necessary to match my account transaction data in Exhibits D-1, D-2, F-1, and F-2 to specific on-chain holdings and movements of BTC.

**The Theft and Partial Recovery via Bitfinex Reallocation**

12. On information and belief, records internal to Bitfinex will confirm the particular wallet addresses at which my BTC was held, and will confirm that all or substantially all of my BTC was stolen by the Defendants during the hack.

13. In August 2016, after the hack, I recovered a portion of the value of my stolen BTC from Bitfinex as a result of Bitfinex's reallocation of user assets. After the reallocation, my account balances were as follows:

| User ID | Post-Hack BTC Balance | Post-Hack ETH Balance | Post-Hack USD Balance |
|---|---|---|---|
| ▮ | 1108.32097 BTC | 4374.18135 ETH | n/a |
| ▮ | 0.92 BTC | n/a | $2,584.79 |

14. First, Bitfinex's reallocation of assets had the effect of forcibly converting 36.06% of my ETH and USD to BTC. As part of this process, Bitfinex reduced my ETH balance in the account with User ID ▮▮▮▮ by 2467.6395 ETH, and also reduced the USD balance in my account with User ID ▮▮▮▮ by $1,988.46, as compared to my pre-hack balances.

15. Based on the exchange rates used by Bitfinex for the purposes of the reallocation—which are shown in the account balance adjustment entries to my account in Exhibits D-1 and F-1—the ETH converted by Bitfinex was equivalent to 41.62097 BTC and the USD converted by Bitfinex was equivalent to 3.2919 BTC, for a total of 44.92097 BTC.

16. In other words, 44.92097 BTC that was placed back into my accounts were not a recovery of my stolen BTC, but simply a forced conversion of my own remaining asserts from ETH and USD to BTC.

17. After converting my non-BTC assets, Bitfinex updated my BTC balances to reflect a total balance across both accounts of 1109.24097 BTC. Thus, in addition to the 44.92097 BTC attributable to the conversion of my own non-BTC assets, the reallocation also provided me a recovery of 1,064.32 BTC.

18. As a result, after the reallocation, my remaining loss from Defendants theft—calculated as my pre-hack balance of 1,735.00637 BTC, less the net recovery of 1,064.32 BTC that I received as part of the reallocation—was 670.68637 BTC.

**BFX Tokens**

19. After the hack, Bitfinex issued claim tokens called "BFX." I received 402,832.20630 BFX. I did not request the issuance of any BFX, nor did I sign any agreement in exchange for receipt of BFX.

20. The terms of the BFX tokens stated that the tokens were granted "without reduction of or other release or waiver of any claims you may have against the Bitfinex Group." Attached hereto as **Exhibit G** is a true and correct copy of the BFX token terms issued by Bitfinex.

21. I did not receive any other recovery from Bitfinex or otherwise.

I declare under penalty of perjury under the laws of the District of Columbia and the United States that the foregoing is true and correct.

Executed this 28th day of January, 2025.

