# EXHIBIT C





**BITFINEX**

Log Out

English ⌄

# Verification Status

✅ **Full**

With your current verification status you can do:

✓ Deposit and Withdraw Digital Assets

✓ Deposit and Withdraw Stablecoins

✓ Exchange Trading

✓ OTC Trading

✓ Margin Trading & Funding

✓ Public Pulses

✓ Multipliers in affiliate program

✓ Faster Digital Assets Deposits

✓ Bitfinex Pay Merchants

✓ SEPA Transfers*

✓ Derivatives Trading*

✓ Unus Sed LEO Trading*

✓ Bank Wires

# Your Information

— Account Type: Individual

You have been verified to Full level

**Personal Info**                                      View

**Country of Residency**                               View

**Email Address**                                      View

## Merchant - Bitfinex Pay

Bitfinex Pay allows qualifying accounts to receive payments as a merchant.

Learn More

Verify

## Bitfinex Securities El Salvador Verification

Accounts eligible to trade securities can apply for additional verification by filling out the FATCA form.

Verify

🛡 **SECURITIES REINVENTED**

## Bitfinex Securities AIFC Verification

Access tokenized equities, bonds and investment funds. 24/7, 365 days.

🛡 Upgrade to Trade Securities

# Bank Accounts