**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants*.<br><br>*************<br><br>XYZ INC.<br><br>*Intervenor, Claimant, and*<br>*Third-Party Petitioner.* | Case No. 23-cr-239 (CKK) |

**[PROPOSED] ORDER GRANTING XYZ'S MOTION TO INTERVENE**

WHEREAS XYZ, proceeding by pseudonym, has moved to intervene in order to assert its rights as a victim, its rights to certain property forfeited by Defendants, and objected to any disposition of assets in which XYZ has or may have an interest, through restitution or otherwise;

XYZ's Motion to Intervene is **GRANTED**;

XYZ is granted leave to file such matter is it deems necessary to assert or protect its rights and interests in accordance with Federal Rule of Criminal Procedure 32.2(c), 21 U.S.C. § 853(n), or 18 U.S.C. §§ 3663A, 3771.

The United States of America shall not convey or transfer any BTC or other asset forfeited by or seized from Defendants except upon a further, final order of this Court.

**SO ORDERED.**

_____
United States District Judge