**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>　　*Defendants,*<br><br>　　and<br><br>JOHN DOE<br>　　*Petitioner and Third-Party Claimant.* | CRIMINAL NO. 23-cr-239 (CKK) |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2(c)(2), I, David Bitkower, hereby move this Court for an Order for admission to practice *pro hac vice* on behalf of Shailee Diwanji Sharma to appear as co-counsel for the Petitioner, John Doe, in the above-captioned case. I, David Bitkower, a member in good standing of the Bar of this Court, sign this Motion as the sponsor for the admission *pro hac vice* of Shailee Diwanji Sharma.

Shailee Diwanji Sharma is a member in good standing with the Bar of the State of New York (where Shailee Diwanji Sharma regularly practices), as well as the Bar of the Commonwealth of Massachusetts, and a Certificate of Good Standing from both courts as well as a Declaration for Admission *Pro Hac Vice,* are attached hereto.

Dated: March 21, 2025                    Respectfully submitted,

                                         COUNSEL FOR PETITIONER


                                         By:  */s/ David Bitkower*
                                         David Bitkower
                                         JENNER & BLOCK LLP
                                         1155 Avenue of the Americas
                                         New York, New York 10036
                                         Tel.: 202-639-6048
                                         dbitkower@jenner.com


                                         */s/ Shailee Diwanji Sharma*
                                         Shailee Diwanji Sharma
                                         JENNER & BLOCK LLP
                                         1155 Avenue of the Americas
                                         New York, NY 10036-2711
                                         Telephone: 212-407-1758
                                         ssharma@jenner.com