UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>ILYA LICHTENSTEIN and HEATHER MORGAN,<br>   Defendants. | Criminal No. 23-239 (CKK) |

ORDER

This case involves two defendants who have been sentenced by this Court on money laundering charges. A restitution order has not yet been entered by this Court although – in their Plea Agreements – Defendants Ilya Lichtenstein and Heather Morgan identified Bitfinex as a voluntary victim for purposes of restitution because Defendant Lichtenstein admittedly hacked Bitfinex accounts. *See* Lichtenstein Plea, ECF No. 96, at 10 ("[Y]our client agrees to pay restitution to Bitfinex in an amount to be determined at sentencing."); Morgan Plea, ECF No. 101, at 10 (same). For the reasons explained in detail in the accompanying Memorandum Opinion, the Court concludes that the complex legal and factual issues in this case regarding restitution warrant application of the carve-out in the Mandatory Victim Restitution Act for complex restitution issues. *See* 18 U.S.C. §3663A(c)(3)(B). Accordingly, it is hereby this 4th day of April 2025,

ORDERED that this Court awards $0 in restitution to Bitfinex. This Court declines to hold a restitution hearing and shall adjudicate the disposal of the forfeited assets solely through a third-party forfeiture ancillary proceeding. It is further

ORDERED that Bitfinex's [270] Motion for Leave to File a Sur-Reply is DENIED.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE