

**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Kevin R. Feldis** was admitted to the Alaska Bar Association and to the practice of law in Alaska in November of 1997, and is presently an Active member in good standing of the Alaska Bar Association.

Dated April 7, 2025.



ALASKA BAR ASSOCIATION

Danielle Bailey
Executive Director