IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ILYA LICHTENSTEIN and<br>HEATHER RHIANNON MORGAN,<br><br>　　　　　　Defendants. | No. 1:23-CR-239 (CKK) |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION OF KEVIN R. FELDIS *PRO HAC VICE***

　　The Court has reviewed Petitioner AH-1's Motion for Admission of Kevin R. Feldis *Pro Hac Vice*. Upon consideration of that motion, the Court hereby grants Attorney Feldis leave to appear and practice *pro hac vice* as counsel for Petitioner AH-1 in the above-captioned matter.

　　SO ORDERED this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE