**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants*. | No. 1:23-CR-239 (CKK) |

**THIRD-PARTY PETITIONERS iFINEX INC. AND BFXNA INC.'S MOTION FOR LAURA E. VARTAIN'S ADMISSION *PRO HAC VICE***

Pursuant to Criminal Local Rule 44.1(c), third-party petitioners iFinex Inc. and BFXNA Inc., respectfully move for the admission and appearance of attorney Laura E. Vartain *pro hac vice* in the above-captioned matter.

This motion is supported by the Declaration of Laura E. Vartain, filed herewith.  As set forth in the accompanying declaration, Laura E. Vartain is admitted, practicing, and a member in good standing of the State Bar of California.  This motion is supported and signed by Stephanie L. Brooker, an active and sponsoring member of the Bar of this Court.

Dated: April 16, 2025

*/s/ Stephanie L. Brooker*
Stephanie L. Brooker
D.C. Bar No. 475321
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
SBrooker@gibsondunn.com

*Counsel for Third-Party Petitioners iFinex Inc. and BFXNA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I caused a true and correct copy of the foregoing to be electronically filed via the Court's CM/ECF system which will accomplish service on all parties who are registered users. I further certify that on April 14, 2025, I caused a service copy of the foregoing to be sent via email to the persons listed below who may not be included on the CM/ECF service list:

- Francisco Cavazos, frankiecavazos@outlook.com
- Louis Zuijderwijk, le.zuijderwijk@gmail.com
- Jonas Paasch, jonas-paasch@proton.me
- Rafal Bielenia, rafal@bielenia.pl
- Pablo Garcia Illescas, lmusa@dfllp.com

/s/ *Stephanie L. Brooker*
Stephanie L. Brooker

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | NO. 1:23-CR-239 (CKK) |
| ILYA LICHTENSTEIN, et al., | |
| *Defendants*. | |

**DECLARATION OF LAURA ELIZABETH VARTAIN**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Laura E. Vartain, declare as follows:

1.      I am co-counsel for third-party petitioners iFinex Inc. and BFXNA Inc. in the above-captioned action.  I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.      My full name is Laura Elizabeth Vartain Horn.

3.      I am a Partner with the law firm of Kirkland & Ellis LLP.  My office address is 555 California Street, San Francisco, California 94104.  My telephone number is (415) 439-1400.

4.      I am admitted, practicing, and a member in good standing of the Bar of the State of California (Bar. No. 258485), and am admitted to practice before the following courts:

- United States District Court, Northern District of California

- United States District Court, Eastern District of California

5.      I have never been disciplined by any bar.

6.      In the last two years, I have not been admitted *pro hac vice* in this Court.

7.     I do not engage in the practice of law from an office located in the District of Columbia.

8.     I am familiar with this Court's local rules.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 14th day of April 2025 in San Francisco, California.

_____
Laura E. Vartain

2



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *LAURA ELIZABETH VARTAIN HORN*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that Laura Elizabeth Vartain Horn, #258485, was on the 2nd day of December 2008, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 16th day of April 2025.

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme
Court

By:_____
Karissa Castro, Deputy Clerk