UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants*. | No. 1:23-CR-239 (CKK) |

### NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I, Laura E. Vartain, am admitted or otherwise authorized to practice in this court. *See* Minute Order, dated April 17, 2025 (granting motion to appear *pro hac vice*). I appear in this case as co-counsel for iFinex Inc. and BFXNA Inc.

Dated: April 17, 2025

                                            Respectfully submitted,

                                            */s/ Laura E. Vartain*
                                            Laura E. Vartain
                                            KIRKLAND & ELLIS LLP
                                            555 California Street
                                            San Francisco, CA 94104
                                            Telephone: (415) 439-1400
                                            laura.vartain@kirkland.com

                                            *Co-counsel for iFinex Inc. and BFXNA Inc.*