UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

                v.                                                  Criminal No. 23-CR-239 (CKK)

**ILYA LICHTENSTEIN,** *et al.*

### MOTION FOR LEAVE TO AMEND ANCILLARY PETITION

Petitioner L.M.A. Zuijderwijk, acting pro se, respectfully moves this Honorable Court for leave to amend the ancillary petition previously filed in the above-captioned case. This motion is filed pursuant to Federal Rule of Civil Procedure 15(a)(2) and 21 U.S.C. § 853. In support thereof, Petitioner states the following:

1. Petitioner respectfully requests leave to amend its original petition to adjust the claimed amount of bitcoin to 9.07868043; the exact amount that was <u>directly stolen from its Bitfinex account</u> by defendant Lichtenstein. This claim represents less than 0,00008% of the assets that is now subject to forfeiture.

2. Petitioners claim supersedes *any* competing claims over these bitcoin stolen from its account. The proposed amendment does not adversely affect or prejudice the rights or interests of any other party in this proceeding, and aligns with the methodology used by other claimants calculating their claims.

3. Petitioner submits that permitting this amendment will not cause any undue delay and is prepared to submit the amended petition within one (1) day of the Court's approval of this motion.

4. Petitioner is proceeding pro se and asks this Honorable Court to exercise leniency in considering this request in the interest of justice.

WHEREFORE, Petitioner respectfully requests that the Court grant leave to amend the ancillary petition and for any other relief as the Court deems just and proper.

Respectfully submitted,

Louis (Maria Andrea) Zuijderwijk

Pro se Victim

Delft, The Netherlands

le.zuijderwijk@gmail.com, louissls@xs4all.nl

I, Louis Maria Andrea Zuijderwijk, hereby certify that on this 22th day of April, 2025, a true and correct copy of the foregoing document was served to all parties in the above-captioned matter.