AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cr-239 (CKK) |
| ILYA LICHTENSTEIN, et. al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe                                                                                                .

Date:   05/02/2025                                         /s/ Shailee Diwanji Sharma
                                                                              *Attorney's signature*

                                                            Shailee Diwanji Sharma 687705 (MA) 5292206 (NY)
                                                                         *Printed name and bar number*

                                                                              Jenner & Block, LLP
                                                                           1155 Avenue of the Americas
                                                                            New York, NY 10036-2711

                                                                                      *Address*

                                                                            SSharma@jenner.com
                                                                                   *E-mail address*

                                                                                 (212) 407-1758
                                                                                *Telephone number*

                                                                                 (212) 891-1699
                                                                                   *FAX number*