UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>          *Defendants*. | No. 1:23-CR-239 (CKK) |

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record

      I, Nick Harper, am admitted to practice in this Court and I appear as counsel in the above-captioned matter on behalf of third-party petitioners iFinex Inc. and BFXNA Inc.

Dated: May 7, 2025

                                                               Respectfully submitted,

                                                               /s/ *Nick Harper*
                                                               Nick Harper
                                                               D.C. Bar No. 144707
                                                               NHarper@gibsondunn.com
                                                               GIBSON, DUNN & CRUTCHER LLP
                                                               1700 M Street, N.W.
                                                               Washington, D.C. 20036-4504
                                                               Telephone: (202) 831-8065
                                                               Facsimile: (202) 467-0539

                                                               *Counsel for Third-Party Petitioners iFinex Inc. and BFXNA Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the District of Columbia on all parties registered for CM/ECF in the above-captioned matter. I further certify that I caused a service copy of the foregoing to be sent via email and/or mail to the persons listed below who may not be included on the CM/ECF service list. *Pro se* petitioner "A.B." was not served by email or mail because neither his email address nor physical address has been provided.

Louis Zuijderwijk

Jonas Paasch

Rafal Bielenia

Pablo Garcia Illescas

Francisco Cavazos


*/s/ Nick Harper*

Nick Harper