**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 23-cr-239 (CKK) |
| ILYA LICHTENSTEIN, et al., | |
| *Defendants*. | |
| ************* | |
| XYZ INC. | |
| *Intervenor, Claimant, and Third-Party Petitioner*. | |

**[PROPOSED] ORDER DENRYING BITFINEX'S MOTION**

WHEREAS iFinex Inc. and BFXNA Inc. have moved to dismiss the third-party claim filed

by XYZ Inc. (proceeding by pseudonym); for the reasons stated in XYZ's opposition,

iFinex Inc. and BFXNA Inc.'s Motion is **DENIED**;

**SO ORDERED.**

_____
United States District Judge