# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>Defendants. | Case No.  23-cr-239 (CKK) |

## **ORDER**

Upon consideration of the Out of Time Motion to Intervene submitted under seal on April __, 2025, by interested third-party Richard Roe (the "Movant"), it is hereby:

ORDERED that the Movant's Motion to Intervene is GRANTED for purposes of allowing the Movant to intervene as a third party, and ORDERED that Movant's motion to file an out of time ancillary petition is GRANTED.

                                                              _____
                                                              COLLEEN KOLLAR-KOTELLY
                                                              UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>Defendants. | Case No. 23-cr-239 (CKK) |

### AFFIDAVIT OF ▋▋▋▋

▋▋▋▋▋  )
         ) ss:
▋▋▋▋▋  )

I, , being duly sworn, deposes and says:

1. I am submitting this Affidavit in connection with the Motion to File Out of Time Motion to Intervene and Verified Ancillary Petition (the "Motion").

2. I am a trauma surgeon at the ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋, and I am a ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋.

3. During a typical week, I maintain a very busy schedule. It is not uncommon for me to work over 100 hours in a week.

4. As a direct result of the hack of Bitfinex in 2016, over 494 Bitcoin was removed from my Bitcoin wallet.

5. Since the hack, I periodically check for updates related to Bitfinex, and several times a year I conduct my own independent research regarding my hacked Bitcoin. This

includes searching for terms such as "Bitfinex," "hack," "cryptocurrency," and other similar terms.

6. Over the past six months, however, I have been especially busy, both professionally and personally. I have not had the time to conduct my research, and I was unaware of any opportunity to assert my rights to recover my lost Bitcoin.

7. During this busy time, though, I still read the New York Times and Google News (a news aggregation website), and I did not see any articles reporting that Bitfinex customers like myself have an opportunity to participate in this proceeding and seek the return of their assets. Even today, it still does not appear that this is being widely reported.

8. On April 12, 2025, I did a periodic check by typing "Bitfinex hack" into Google search and found an article from CoinMarketCap.com with a headline stating that the Government said that Bitcoin recovered from the hackers should be given to Bitfinex.[1] This led me to conduct further research and I discovered a Reddit post mentioning that individuals may be able to file claims in this proceeding.[2] That same day, I reached out to attorneys at Davis+Gilbert LLP, and it was only after I engaged them, during the week of April 14, 2025, that I became aware of my legal right to file an ancillary petition.

9. My attorneys and I were prepared to submit this Affidavit and the Motion (including the accompanying Ancillary Petition) last week, but Bitfinex's counsel requested expressly that we refrain from submitting the papers until after the weekend.

10. I note that I was also an accountholder with the Mt. Gox cryptocurrency exchange at the time of its hack in 2014. Although I did not lose any assets during this hack, I received

---

[1] *See* https://coinmarketcap.com/academy/article/358e0548-d374-4503-afe1-7532a548a26f (last accessed April 21, 2025)
[2] *See* https://www.reddit.com/r/CryptoCurrency/comments/1hstrm4/to_all_2016_bitfinex_hack_victims/ (last accessed April 21, 2025).

dozens of emails from the Japanese government about how the hacked coins were to be returned. I expected to receive similar communications from the U.S. Government or Bitfinex if there was an opportunity to recover my assets.

11. I never received any notice from the U.S. Government or Bitfinex of my legal right to file an ancillary petition, or that the deadline to file such petition was February 19, 2025. In fact, I never received any notices from the U.S. Government concerning the Bitfinex hack, and I am not aware of any notices published by the U.S. Government or Bitfinex setting forth the February 19, 2025, deadline.



