# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>Defendants. | Case No. 23-cr-239 (CKK) |

### NOTICE OF APPEARANCE OF COUNSEL
### FOR THIRD PARTIES RICHARD ROE, HJALMAR PETERS AND ALLAN NEWMAN

To: The clerk of the court and all parties and counsel of record.

PLEASE TAKE NOTICE of the appearance of Alexandria J. Smith, Esq., an attorney with the law firm of Greenstein DeLorme & Luchs, P.C. I am admitted or otherwise authorized to practice in this court, and I appear in this case as local counsel for third parties Richard Roe, Hjalmar Peters and Allan Newman.

                                                  Respectfully submitted

Date: May 27, 2025

/s/ Alexandria J. Smith
Alexandria J. Smith (#1481067)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC 20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Email: ajs@gdllaw.com
*Counsel for Third Parties Richard Roe, Hjalmar Peters and Allan Newman*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May, 2025, I filed the foregoing Notice of Appearance, and a copy should be served by Notice of Electronic Filing on all persons designated to receive electronic notice in this case. I further certify that I caused a service copy of the foregoing to be sent via email to the persons listed below who may not be included on the CM/ECF service list:

Rafal Bielenia

Petitioner "A.B."

Pablo Garcia Illescas' Attorney

Francisco Cavazos

Jonas Paasch

Louis Zuijderwijk

/s/ Alexandria J. Smith
Alexandria J. Smith

8440\0001\4918-1410-1574.v1