UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.    Criminal No. 23-CR-239 (CKK)

ILYA LICHTENSTEIN, *et al.*

## Motion for Leave to File an Amended Ancillary Petition

Petitioner Jonas Paasch respectfully moves the Honourable Court for leave to file an amended petition to: (1) correct terminological inaccuracies; (2) add newly discovered, public tracing detail into Exhibit A; and (3) shorten the petition in the interest of judicial efficiency. Petitioner respectfully notes that his current petition was submitted under significant health and time constraints, and may have caused confusion by referencing the MVRA too. His forfeiture notice was received on April 25 and directed the filing of an ancillary petition "within 35 days of the Government sending this Notice."
Respectfully submitted,
Jonas Paasch
Dated: June 1, 2025

*[signature]*

jonas-paasch@proton.me
700 Dovercourt Dr Unit 31 #163
Winnipeg, MB R3Y 1X5 Canada


**CERTIFICATE OF SERVICE:** I, Jonas Paasch, hereby certify that a true and correct copy of the foregoing document is served upon the following individuals by e-mail: **All pro se petitioners;** Mick E. Blaylock, Jr <rick.blaylock.jr@usdoj.gov>; Aitan D. Goelman <agoelman@zuckerman.com>; Alexandria Jean Smith <ajs@gdllaw.com>; Barry H. Berke <BBerke@gibsondunn.com>; Catherine Pelker <catherine.pelker@usdoj.gov>; Christopher R MacColl <cmaccoll@zuckerman.com>; David Bitkower <dbitkower@jenner.com>; David W.T. Daniels <ddaniels@perkinscoie.com>; Denis Nicholas Harper <nharper@gibsondunn.com>; James Donald Sadowski <jds@gdllaw.com>; Jessica Peck <jessica.peck@usdoj.gov>; Jolie Zimmerman <jolie.zimmerman@usdoj.gov, usadc.docketing@usdoj.gov, usadc.ecfnatsec@usdoj.gov>; Kayvan B. Sadeghi <ksadeghi@jenner.com>; Kevin Feldis <kfeldis@perkinscoie.com>; Laura Vartain Horn <laura.vartain@kirkland.com>; Lawrence W. McMahon <lmcmahon@jenner.com>; Mark C. Holscher <mark.holscher@kirkland.com>; Sara Cervantes <scervantes@jenner.com>; Shailee Diwanji Sharma <ssharma@jenner.com>
**METHOD OF SERVICE:** The foregoing document was served via email.