UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants.* | Case No.  23-cr-239 (CKK) |

## NOTICE OF WITHDRAWAL OF PRO HAC VICE APPLICATION

On May 30, 2025, a motion for the admission and appearance of Mr. Joel M. Melendez *pro hac vice* was filed by third-party petitioners Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, Juergen Lankat, Charles Reed Venturella, Company Doe, Tom Doe, and Richard Roe (collectively, the "Movants"), signed by a supporting and sponsoring member of the Bar of this Court.  ECF No. 354 (the "PHV Motion").  The PHV Motion is currently pending.

PLEASE TAKE NOTICE THAT Mr. Melendez is no longer associated with Davis+Gilbert LLP and hereby respectfully withdraws the PHV Motion in this ancillary forfeiture proceeding.  Each of the Movants continues to be represented by attorneys from Davis+Gilbert LLP and Greenstein DeLorme & Luchs, P.C.

Respectfully submitted

Date:  December 5, 2025

/s/ Alexandria J. Smith
Alexandria J. Smith (D.C. Bar No. 1781067)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC  20006
Telephone:  (202) 452-1400
Facsimile:  (202) 452-1400
Email:  ajs@gdllaw.com
*Counsel for Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, Juergen Lankat, Charles Reed Venturella, Company Doe, Tom Doe, and Richard Roe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2025, I filed the foregoing Notice of Withdrawal of Pro Hac Vice Application using the Court's electronic filing system and a copy should be served by a notice of electronic filing on all counsel of record in the case.  In addition, in accordance with ECF #347, I have also served a copy of this application on all pro se Petitioners by email using the email addresses sent to me by the Clerk's office.

/s/ Alexandria J. Smith
Alexandria J. Smith

2