**FILED UNDER SEAL PURSUANT TO SEALED ORDER DATED OCTOBER 2, 2026 (ECF No. 382)**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

ILYA LICHTENSTEIN and HEATHER MORGAN,

Defendants,

and

JOHN DOE, et al.,

Petitioners/Third-Party Claimants.

___________________________________/

Criminal No. 23-239 (CKK)

UNDER SEAL

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

I, Christophe L. DiFalco, am admitted or otherwise authorized to practice in this Court. See Minute Order, dated November 6, 2026, granting Motion for Admission Pro Hac Vice, ECF No. 388. I appear in this case as counsel for Petitioner Pablo Garcia Illescas.

Dated: November 6, 2026

Respectfully submitted,

/s/ Christophe L. DiFalco

Christophe L. DiFalco
DiFalco & Fernandez, LLLP
1 Alhambra Plaza, Suite 1460
Coral Gables, FL 33134
Telephone: 305-569-9800
Email: cld@dflllp.com
Counsel for Petitioner Pablo Garcia Illescas

**FILED UNDER SEAL PURSUANT TO SEALED ORDER DATED OCTOBER 2, 2026 (ECF No. 382)**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

ILYA LICHTENSTEIN and HEATHER MORGAN,

Defendants,

and

JOHN DOE, et al.,

Petitioners/Third-Party Claimants.

_____________________________________________/

Criminal No. 23-239 (CKK)

UNDER SEAL

**DECLARATION OF CHRISTOPHE L. DiFALCO IN SUPPORT OF NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

Pursuant to the Court's Minute Order, dated November 6, 2026, granting the Motion for Admission Pro Hac Vice of Christophe L. DiFalco ECF No. 388, I, Christophe L. DiFalco, declare that I am familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2026

Respectfully submitted,

/s/ Christophe L. DiFalco

Christophe L. DiFalco
DiFalco & Fernandez, LLLP
1 Alhambra Plaza, Suite 1460
Coral Gables, FL 33134
Telephone: 305-569-9800
Email: cld@dflllp.com
Counsel for Petitioner Pablo Garcia Illescas